# Exhibit 1

CFN: 2022O299462 BOOK 33125 PAGE 342
DATE:04/12/2022  08:09:00 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

<u>Record & Return to:</u>
Martha L. Mendez, PA dba Title Team
2600 S Douglas Road Suite 506
Miami FL 33134

<u>Prepared by:</u>
Martha L. Mendez, PA dba Title Team
2600 S Douglas Road Suite 506
Miami FL 33134

## Certification of Trust

Before me, the undersigned authority, personally appeared Iteb Zaibet as President of Luxury Properties, Inc. a Delaware corporation as successor trustee of **Luxury Properties Trust dated March 2, 2018** ("Affiant"), who deposes and says:

1. Affiant is the current acting trustee(s) of the **Luxury Properties Trust dated March 2, 2018**, (the "Trust").   [*If acting as successor trustee, attach the pages from the Trust establishing appointment as successor trustee*].

2. Affiant certifies that this Certification of Trust pertains to the trust property located at:

    UNIT NO. 4601, MARINABLUE, A CONDOMINIUM, ALL AS SET FORTH IN THE DECLARATION OF CONDOMINIUM AND THE EXHIBITS ATTACHED THERETO AND FORMING A PART THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 26234, PAGE 3186, AND ALL AMENDMENTS THERETO, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA. THE ABOVE DESCRIPTION INCLUDES, BUT IS NOT LIMITED TO, ALL APPURTENANCES TO THE CONDOMINIUM UNIT ABOVE DESCRIBED, INCLUDING THE UNDIVIDED INTEREST IN THE COMMON ELEMENTS OF SAID CONDOMINIUM.

    Also known as: **888 Biscayne Boulevard #4601, Miami, FL, 33132** (the "Property").

3. Affiant certifies that the Trust is currently in existence and has not been revoked, modified, or amended in any manner that would cause the representations contained in this Certification of Trust to be incorrect.

4. The Trust provides that, as currently acting trustee, Affiant has full power and authority to mortgage and/or convey the Property without obtaining consent from any Trust beneficiary.

5. The Settlor(s) are the creators of the Trust; and the Settlor(s) of the Trust was/were Iteb Zaibet.

6. The Settlor(s) of the Trust is still alive.

2600 S. Douglas Road, Suite 506, Coral Gables, Florida 33134
Phone: 786-636-8938 • Facsimile: 786-636-8941•Email: martha@titleteam.net

NotaryCam Doc ID: 3314f32e-3d02-4cb2-8261-22f745616031

7. The Property is not the homestead property of the Settlor.

8. That this Certificate is made for the purpose of inducing WFG National Title Insurance Company to insure title to the Property.

9. Affiant further states that Affiant is familiar with the nature of an oath, and with the penalties as provided by the laws of the State aforesaid for falsely swearing to statements made in an instrument of this nature.

*Iteb Zaibet*
_____
Iteb Zaibet as President of Luxury Properties, Inc.
a Delaware corporation as successor trustee of **Luxury Properties Trust dated March 2, 2018**

STATE OF VIRGINIA)
COUNTY OF York_____)

The foregoing instrument was acknowledged before me by means of ____ physical presence or ☒ online notarization, on 03/24/22, by Iteb Zaibet as President of Luxury Properties, Inc. a Delaware corporation as successor trustee of **Luxury Properties Trust dated March 2, 2018**.

_____
NOTARY PUBLIC
Print Name: Tynnishua O'shayne Fowler

My Commission Expires: 5/31/2024
Personally, Known _____ OR Produced Identification   X_____
Type of Identification Produced  France Passport

```
TYNNISHUA O'SHAYNE FOWLER
Electronic Notary Public
Commonwealth of Virginia
Registration No. 7704888
My Commission Expires May 31, 2024
```

Completed via Remote Online Notarization using 2 way Audio/Video technology.

2600 S. Douglas Road, Suite 506, Coral Gables, Florida 33134
Phone: 786-636-8938 ● Facsimile: 786-636-8941●Email: martha@titleteam.net

NotaryCam Doc ID: 3314f32e-3d02-4cb2-8261-22f745616031