# Exhibit 2

| | DEPOSIT WIRING INSTRUCTIONS | |



2166 Mariner Blvd, Spring Hill, FL 34609, États-Unis
+1 727-372-6611
Floridaluxuryrealty.com

These are the wiring instructions to AAA Plus Financial Group Inc.

Buyer :        Patrick MULLER

SELLER:      FLORIDA LUXURY REALTY CORP

AMOUNT:    €1.525,000.00

PROPERTY:   5421 Bayview Dr, Fort Lauderdale, FL 33308

BANK:         Wells Fargo (420 MONTGOMERY ST SAN FRANCISCO, CA 94104)

ADDRESS:    2181 SW Newport Isles Port ST Lucie, Fl. 34953, États-Unis

PHONE:       +1 954-860-7023

ACCOUNT:   AAA Plus Financial Group Inc.

ABA:          121000248

ACCOUNT#:  6899382565

SWIFT/BIC : WFBIUS6S

Should you need additional information or have any questions, please call our office at **+1 954-860-7023**