# Exhibit 3

# Initiate Business Checking℠

December 31, 2021 ■ Page 1 of 6



AAA-PLUS FINANCIAL GROUP, INC.
2181 SW NEWPORT ISLES BLVD
PORT SAINT LUCIE FL 34953-4579

## Questions?

Available by phone 24 hours a day, 7 days a week
We accept all relay calls, including 711
**1-800-CALL-WELLS** (1-800-225-5935)

En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles,
infographics, and other resources on the topics of money movement, account
management and monitoring security and fraud prevention, and more.

## Account options

A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com/biz or call the number above if you have
questions or if you would like to add new services.

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 12/1 | $2,786.42 |
| Deposits/Credits | 1,390,214.18 |
| Withdrawals/Debits | - 1,344,785.37 |
| **Ending balance on 12/31** | **$48,215.23** |

Account number: ▉▉▉▉▉▉

**AAA-PLUS FINANCIAL GROUP, INC.**

Florida account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility
requirements please call the number listed on your statement or visit your Wells Fargo branch.

December 31, 2021 ■ Page 2 of 6



---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 12/1 | | | | | |
| 12/1 | | | | | |
| 12/2 | | | | | |
| 12/2 | | | | | |
| 12/3 | | // Eur500000 43497176 H01112036188873 Muller Patrick Patrick Investment Real Estate | 557,557.50 | | |
| 12/3 | | | | 35.95 | 559,542.09 |
| 12/6 | | | | 1,200.00 | |
| 12/6 | | | | 126.68 | |
| 12/6 | | | | 2,800.00 | 555,415.41 |
| 12/7 | | Wire Trans Svc Charge - Sequence: 211207117162 Srf# 0066553341014855 Trn#2112071171 62 Rfb# | | 30.00 | |
| 12/7 | | Wire Trans Svc Charge - Sequence: 211207122216 Srf# 0066553341109855 Trn#211207122216 Rfb# | | 35.00 | |
| 12/7 | | Purchase authorized on 12/06 Corporate Filings 888-7898466 WY S581340449218868 Card 6161 | | 325.00 | |
| 12/7 | | Purchase authorized on 12/06 Cash App*Johnny* Ad 8774174551 CA S581340817744845 Card 6161 | | 1,500.00 | |
| 12/7 | | WT Fed#01781 Professional Bank /Ftr/Bnf=Windmill Title Company Real Estate Srf# 0066553341014855 Trn#211207117162 Rfb# | | 100,000.00 | |
| 12/7 | | WT 211207-122216 Sparkasse Baden /Bnf=Bargello Uhren Juwelen Gmbh Srf# 0066553341109855 Trn#211207122216 Rfb# | | 37,581.89 | |
| 12/7 | | Online Transfer to J-King Best Cleaning Services, Inc Business Checking xxxxxx7430 Ref #b0D2WV57x on 12/07/21 | | 1,000.00 | |
| 12/7 | | Online Transfer to Tenord Y Preferred Checking xxxxxx1637 Ref #b0D2WVG7G on 12/07/21 | | 1,000.00 | 413,943.52 |
| 12/8 | | Purchase authorized on 12/07 Aci*Santander Cons 888-999-6676 NE S581341794404936 Card 6161 | | 3,001.75 | 410,941.77 |
| 12/9 | | Purchase authorized on 12/08 Aci*Santander Cons 888-999-6676 NE S381342598238871 Card 6161 | | 2,529.75 | 408,412.02 |
| 12/10 | | | | | |
| 12/10 | | Wire Trans Svc Charge - Sequence: 211210202768 Srf# 0066552344253395 Trn#211210202768 Rfb# | | 30.00 | |
| 12/10 | | WT Fed#00313 Ocean Bank /Ftr/Bnf=NEW Miami Realty Corp Escrow Acct Srf# 0066552442533995 Trn#211210202768 Rfb# | | 140,000.00 | 268,685.90 |
| 12/13 | | Online Transfer Ref #IbOD46Jnd7 to Wells Fargo Business Secured Credit Card Xxxxxxxxxxxx6645 on 12/13/21 | | 650.00 | 268,035.90 |
| 12/14 | | // Eur500000 43725272 H01112146142491 Muller Patrick Patrick Investment Real Estate | 554,423.00 | | |
| 12/14 | | | | | |
| 12/14 | | | | | 822,538.71 |
| 12/15 | | | | | |
| 12/15 | | | | | |
| 12/15 | | Recurring Transfer to AAA-Plus Financial Group, Inc. Business Checking Ref #OpOD4KS7Qg xxxxxx0925 | | 25.00 | |
| 12/15 | | Online Transfer to J-King Best Cleaning Services, Inc. Business Checking xxxxxx7430 Ref #IbOD4Twzg3 on 12/15/21 | | 3,000.00 | |

December 31, 2021 ■ Page 3 of 6



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/15 | | Online Transfer to Tenord Y Preferred Checking xxxxxx1637 Ref #Ib0D4Txbc2 on 12/15/21 | | 1,000.00 | |
| 12/15 | | Fpl Direct Debit ElecPymt 12/21 4869055527 Webi AAA Plus Financial Gro | | 166.92 | 818,952.05 |
| 12/20 | | Withdrawal Made In A Branch/Store | | 2,000.00 | |
| 12/20 | < | Business to Business ACH Debit - Capital One Mobile Pmt 211217 3H566Oqcvupz1V2 Johnny Previlus | | 452.26 | 816,499.79 |
| 12/21 | | Purchase authorized on 12/21 Wal-Mart Super Center Margate FL P000000573517096 Card 6161 | | 504.94 | 815,994.85 |
| 12/22 | < | Business to Business ACH Debit - Capital One Mobile Pmt 211221 3H6U46G67for9Ke Johnny Previlus | | 780.09 | 815,214.76 |
| 12/23 | | // Eur250000 43939031 H0111223611050 Muller Patrick Patrick Investment Real Estate | 277,130.00 | | |
| 12/23 | | Wire Trans Svc Charge - Sequence: 211223154613 Srf# 0066555357688096 Trn#211223154613 Rfb# | | 30.00 | |
| 12/23 | | Wire Trans Svc Charge - Sequence: 211223154455 Srf# 0066555357467096 Trn#211223154455 Rfb# | | 35.00 | |
| 12/23 | | Purchase authorized on 12/21 Florida Power & Li 800-541-9049 FLS 301356152662171 Card 6161 | | 322.72 | |
| 12/23 | | | | | |
| 12/23 | | WT Fed#05345 Space Coast Credit /Ftr/Bnf=Res Investment Interinc Srf# 0066555357688096 Trn#211223154613 Rfb# | | 300,000.00 | |
| 12/23 | | ATM Withdrawal authorized on 12/23 1700 W Commercial Blvd Fort Lauderda FL 0007579 ATM ID 0983Z Card 6161 | | 300.00 | |
| 12/23 | | | | | |
| 12/23 | | WT 211223-154455 Sparkasse Baden /Bnf=Barello Uhren Juwelen Srf# 0066555357467096 Trn#211223154455 Rfb# | | 101,728.00 | 689,569.70 |
| 12/24 | | Purchase authorized on 12/24 Macy's 3106 NW FedeJensen Beach FL P000000333741354 Card 6161 | | 3,834.00 | |
| 12/24 | | | | | 685,608.05 |
| 12/28 | | Wire Trans Svc Charge - Sequence: 211228089247 Srf# 0066478362113907 Trn#211228089247 Rfb# | | 30.00 | |
| 12/28 | | WT Fed#08505 Professional Bank /Ftr/Bnf=Windmill Title Company Srf# 0066478362113907 Trn#211228089247 Rfb# | | 636,985.36 | 48,592.69 |
| 12/29 | | | | | 48,572.74 |
| 12/30 | < | Business to Business ACH Debit - Capital One Mobile Pmt 211229 3H8Jagb574Kvcj2 Johnny Previlus | | 357.51 | 48,215.23 |
| **Ending balance on 12/31** | | | | | **48,215.23** |
| **Totals** | | | **$1,390,214.18** | **$1,344,785.37** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2021 - 12/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** Have any ONE of the following account requirements | Minimum required | This fee period |

December 31, 2021 ■ Page 4 of 6



## Monthly service fee summary (continued)

| How to avoid the monthly service fee | Minimum required | This fee period | |
|---|---|---|---|
| • Average ledger balance | $1,000.00 | $501,183.00 | 0 |
| • Minimum daily balance | $500.00 | $2,020.54 | 0 |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 22 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

### Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.



# ✓ IMPORTANT ACCOUNT INFORMATION

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important, so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Deposit Account Agreement ("Account Agreement") dated October 15, 2021. Effective February 15, 2022, the following applies to wire transfers transactions: the section titled "Funds Transfer Services" has revisions to the introductory paragraph, we added subsections titled "Funds Transfer Security Procedure" and "Rejecting a Funds Transfer Request", and the subsection titled "Your duty to report unauthorized or erroneous funds transfers" has been revised.

If you are enrolled in Wells Fargo Online®, Wells Fargo Business Online®, Wells Fargo Mobile®, or Wells Fargo Advisors® online services, you reviewed and accepted our Online Access Agreement ("OAA") when you enrolled in those services. We have added a new section 15(c) Transfers Security Procedures (Business Customers and Online Wire Transfers) to the OAA to provide more clarity regarding the security procedures that apply to certain online transactions and the various addenda agreements. The updated version of the OAA will go into effect on February 15, 2022.

No, you don't need to take any action. This notice is simply to let you know that certain terms in the Account Agreement and the OAA have been updated. Your continued use of your account and, if enrolled, in the above online services will be your acceptance

December 31, 2021 ■ Page 5 of 6



to these updated terms. Please review the Account Agreement and OAA, and only continue to use the above online services if you agree to all terms.

For more details, please access the Consumer Account Addenda at www.wellsfargo.com/online-banking/consumer-account-fees/ or the complete OAA at www.wellsfargo.com/online-banking/online-access-agreement/upcoming.

---

Good News! The daily purchase limit for each debit/ATM card linked to your checking account is being increased to $10,000 effective between December 1 and December 13, 2021. To view your card's daily dollar limits at any time, sign on at wellsfargo.com/cardcontrol and click on Card details. Note: your card and account must be in open status for the increase to be applied. If you recently updated your card's daily purchase limit above or below $10,000 before the change noted above is processed, this change will not be applied.

December 31, 2021 ■ Page 6 of 6



---

## General statement policies for Wells Fargo Bank

• **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

• **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect any automatic payments you receive. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your            $ _____
register or transfers into               $ _____
your account which are not               $ _____
shown on your statement.               + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                        **TOTAL** $ _____

**SUBTRACT**
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Initiate Business Checking℠

January 31, 2022 ∎ Page 1 of 5



AAA-PLUS FINANCIAL GROUP, INC.
2181 SW NEWPORT ISLES BLVD
PORT SAINT LUCIE FL 34953-4579

## Questions?

Available by phone 24 hours a day, 7 days a week
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (287)
         P.O. Box 6995
         Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $48,215.23 |
| Deposits/Credits | 503,310.00 |
| Withdrawals/Debits | - 550,913.39 |
| **Ending balance on 1/31** | **$611.84** |

Account number ▬▬▬▬▬▬
**AAA-PLUS FINANCIAL GROUP, INC.**

Florida account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

January 31, 2022 ■ Page 2 of 5



---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 1/3 | | | | | |
| 1/3 | | | | | 47,754.48 |
| 1/4 | | Purchase authorized on 01/03 Cash App*Willem Jo 877-417-4551 FL S382004146265573 Card 6161 | | 1,000.00 | 46,754.48 |
| 1/5 | | | | | 46,992.23 |
| 1/6 | | Online Transfer From Previlus J Everyday Checking xxxxxx1576 Ref #Ib0D9RC5W3 on 01/06/22 | 10,000.00 | | |
| 1/6 | | Wire Trans Svc Charge - Sequence: 220106151888 Srf# 0066705006681967 Trn#220106151888 Rfb#r | | 35.00 | |
| 1/6 | | WT 220106-151888 Sparkasse Baden /Bnf=Bargello Uhren Juwelen Gmbh Srf# 0066705006681967 Trn#220106151888 Rfb# | | 30,842.95 | 26,114.28 |
| 1/7 | | // Eur250000 44182562 H01201076190236 Muller Patrick Patrick Investment Real Estate | 278,152.25 | | |
| 1/7 | | Wire Trans Svc Charge - Sequence: 220107132514 Srf# Ow00001887223113 Trn#220107132514 Rfb#r Ow00001887223113 | | 45.00 | |
| 1/7 | | Purchase authorized on 01/06 Cash App* 8774174551 CA S582006559122356 Card 6161 | | 226.00 | |
| 1/7 | | WT 220107-132514 Albaraka Turk Parti /Bnf=Paradise Dis Ticaret Limi Srf# Ow00001887223113 Trn#220107132514 Rfb# Ow00001887223113 | | 20,000.00 | 283,995.53 |
| 1/10 | | Wire Trans Svc Charge - Sequence: 220110156989 Srf# Ow00001892737431 Trn#220110156989 Rfb#r Ow00001892737431 | | 45.00 | |
| 1/10 | | Purchase authorized on 01/07 Cash App*Willem Jo 877-417-4551 FL S582007600333183 Card 6161 | | 1,500.00 | |
| 1/10 | | Purchase authorized on 01/07 Reggora Httpswww.Prot MA S302007677994563 Card 6161 | | 850.00 | |
| 1/10 | | WT Fed#06189 Zhejiang Tailong C /Ftr/Bnf=Yongjiu Trading Company Limited Srf# Ow00001892737431 Trn#220110156989 Rfb# Ow00001892737431 | | 14,000.00 | 267,600.53 |
| 1/11 | | Purchase authorized on 01/09 Christ Fellowship 561-799-7600 FL S382009764306390 Card 6161 | | 1,500.00 | 266,100.53 |
| 1/12 | | | | | 266,061.08 |
| 1/13 | | WT Seq126299 WF Return Wires IN Proc /Org= Srf# 20220112001 72212 Trn#220113126299 Rfb# | 19,920.00 | | |
| 1/13 | | WT Fed#05377 Space Coast Credit /Org=Res Investment Inter, Inc Srf# 2631779030177953 Trn#220113124646 Rfb# | 195,000.00 | | |
| 1/13 | | Wire Trans Svc Charge - Sequence: 220113124646 Srf# 2631779030177953 Trn#220113124646 Rfb# | | 15.00 | |
| 1/13 | | | | | 480,934.00 |
| 1/14 | | | | | |
| 1/14 | | Purchase authorized on 01/13 Fiverr 855-5859699 NY S382014002220009 Card 6161 | | 155.25 | |
| 1/14 | | Purchase authorized on 01/13 Cash App*Willem Jo 877-417-4551 FL S462014097923232 Card 6161 | | 1,150.00 | |
| 1/14 | | Purchase authorized on 01/14 Best Buy Store00012583 Davie FL P462014747115772 Card 6161 | | 255.74 | 479,347.02 |
| 1/18 | | Wire Trans Svc Charge - Sequence: 220118151192 Srf# 0065535018825238 Trn#220118151192 Rfb#r | | 30.00 | |
| 1/18 | | Wire Trans Svc Charge - Sequence: 220118246452 Srf# Ow00001909632768 Trn#220118246452 Rfb#r Ow00001909632768 | | 45.00 | |
| 1/18 | | Recurring Payment authorized on 01/15 Progressive *Insur 800-776-4737 OH S382015289286183 Card 6161 | | 1,857.00 | |

January 31, 2022 ■ Page 3 of 5



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/18 | | Recurring Transfer to AAA-Plus Financial Group, Inc. Business Checking Ref #Op0Dcmjnl8 xxxxxx0925 | | 25.00 | |
| 1/18 | | WT Fed#03258 Professional Bank /Ftr/Bnf=Windmill Title Company Real Estate Srf# 0066555018826238 Trn#2201181151192Rfb# | | 466,396.79 | |
| 1/18 | | WT 220118-246452 Raiffeisenbank Jugo /Bnf=Sahbi Hmimida Srf# Ow0000190963 2768 Trn#220118246452 Rfb# Ow00001909632768 | | 8,000.00 | |
| 1/18 | < | Business to Business ACH Debit - Capital One Mobile Pmt 220114 3L081J5YI8Id4Xa Johnny Previlus | | 499.29 | 2,493.94 |
| 1/19 | | Purchase authorized on 01/18 Nic*Division of CO Egov.Com FL S582016796993184 Card 6161 | | 900.00 | 1,593.94 |
| 1/24 | | Purchase authorized on 01/21 Cash App*Josiane D 8774174551 CAS302022071511169 Card 6161 | | 100.00 | |
| 1/24 | | Recurring Payment authorized on 01/22 Ooma Inc 888-711-6662 CAS582022475939992 Card 6161 | | 84.41 | |
| 1/24 | | | | | |
| 1/24 | < | Business to Business ACH Debit - Capital One Crcardpmt 220121 3L3Dbra56W8Ev5A Johnny Previlus | | 150.00 | 1,242.39 |
| 1/28 | | | | | 793.39 |
| 1/31 | | | | | |
| 1/31 | | | | | |
| 1/31 | | | | | |
| 1/31 | | | | | 611.84 |
| **Ending balance on 1/31** | | | | | **611.84** |
| **Totals** | | | **$503,310.00** | **$550,913.39** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< Business to Business ACH:  If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2022 - 01/31/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| • Average ledger balance | $1,000.00 | $139,759.00 ☑ |
| • Minimum daily balance | $500.00 | $611.84 ☑ |

C1C1

January 31, 2022 ■ Page 4 of 5



---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 9 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

**Other Wells Fargo Benefits**

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.



# IMPORTANT ACCOUNT INFORMATION

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important, so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Deposit Account Agreement ("Account Agreement") dated October 15, 2021. Effective February 15, 2022, the following applies to wire transfers transactions: the section titled "Funds Transfer Services" has revisions to the introductory paragraph, we added subsections titled "Funds Transfer Security Procedure" and "Rejecting a Funds Transfer Request", and the subsection titled "Your duty to report unauthorized or erroneous funds transfers" has been revised.

If you are enrolled in Wells Fargo Online®, Wells Fargo Business Online®, Wells Fargo Mobile®, or Wells Fargo Advisors® online services, you reviewed and accepted our Online Access Agreement ("OAA") when you enrolled in those services. We have added a new section 15(c) Transfers Security Procedures (Business Customers and Online Wire Transfers) to the OAA to provide more clarity regarding the security procedures that apply to certain online transactions and the various addenda agreements. The updated version of the OAA will go into effect on February 15, 2022.

No, you don't need to take any action. This notice is simply to let you know that certain terms in the Account Agreement and the OAA have been updated. Your continued use of your account and, if enrolled, in the above online services will be your acceptance to these updated terms. Please review the Account Agreement and OAA, and only continue to use the above online services if you agree to all terms.

For more details, please access the Consumer Account Addenda at www.wellsfargo.com/online-banking/consumer-account-fees/ or the complete OAA at www.wellsfargo.com/online-banking/online-access-agreement/upcoming.

January 31, 2022 ■ Page 5 of 5



---

### General statement policies for Wells Fargo Bank

• **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

• **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect any automatic payments you receive. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your                    $ _____
register or transfers into                          $ _____
your account which are not                          $ _____
shown on your statement.                          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL  $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL  $ _____

**SUBTRACT**
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount** $ |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Initiate Business Checking℠
February 28, 2022 ∎ Page 1 of 5



**REDACTED INFORMATION FALLS OUTSIDE THE SCOPE OF THE ORDER**

AAA-PLUS FINANCIAL GROUP, INC.
2181 SW NEWPORT ISLES BLVD
PORT SAINT LUCIE FL 34953-4579

## Questions?

Available by phone 24 hours a day, 7 days a week
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring security and fraud prevention, and more.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $611.84 |
| Deposits/Credits | |
| Withdrawals/Debits | |
| **Ending balance on 2/28** | |

Account number: ▮▮▮▮▮▮▮
**AAA-PLUS FINANCIAL GROUP, INC.**

Florida account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

February 28, 2022 ■ Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/1 | | Purchase authorized on 01/31 Cash App*Willem J o 877-417-4551 FL S582032069843118 Card 6161 | | 100.00 | |
| 2/1 | | | | | |
| 2/2 | | | | | |
| 2/4 | | | | | |
| 2/7 | | | | | |
| 2/8 | | WT Seq#49222 Gg Financial Intl LLC /Org= Srf# Ow00001958140713 Trn#220208049222 Rfb# Ow00001958140713 | 5,000.00 | | |
| 2/8 | | Wire Trans Svc Charge - Sequence: 220208049222 Srf# Ow00001958140713 Trn#220208049222 Rfb# Ow00001958140713 | | 15.00 | |
| 2/8 | | Purchase authorized on 02/04 Amzn Mktp US*Fk9Mj Amzn.Com/Bill WA S582036021358408 Card 6161 | | 77.61 | |
| 2/8 | | Online Transfer to AAA-Plus Financial Group, Inc. Business Checking xxxxxx0925 Ref #IbODk43Hrn on 02/08/22 | | 5,000.00 | 236.51 |
| 2/9 | | Overdraft Fee for a Transaction Posted on 02/08 $5,000.00 Online Transfer to AAA-Plus Financial Group, IN C. Business Checking xxxxxx0925 Ref #IbODk43Hrn O | | 35.00 | |
| 2/9 | | WT Seq#20290 G and H Preferred Logis /Org= Srf# Ow00001958902703 Trn#220209020290 Rfb# Ow00001958902703 | 25,000.00 | | |
| 2/9 | | WT Seq#77332 G and H Preferred Logis /Org= Srf# 0066388040017789 Trn#220209077332 Rfb# | 10,000.00 | | |
| 2/9 | | Wire Trans Svc Charge - Sequence: 220209020290 Srf# Ow00001958902703 Trn#220209020290 Rfb# Ow00001958902703 | | 15.00 | |
| 2/9 | | Wire Trans Svc Charge - Sequence: 220209077332 Srf# 0066388040017789 Trn#220209077332 Rfb# | | 15.00 | |
| 2/9 | | Purchase authorized on 02/05 Corporate Filings 888-7898466 WY S302036559329749 Card 6161 | | 250.00 | |
| 2/9 | | | | | 34,886.51 |
| 2/10 | | Fpl Direct Debit Elec Pymt 02/22 7047098558 Webi AAA Plus Financial Gro | | 118.07 | 34,768.44 |
| 2/11 | | Online Transfer From AAA-Plus Financial Group, Inc. Business Checking xxxxxx0925 Ref #IbODksbg2N on 02/11/22 | 19,000.00 | | |
| 2/11 | | Wire Trans Svc Charge - Sequence: 220211123736 Srf# 0066305042175700 Trn#220211123736 Rfb# | | 30.00 | |
| 2/11 | | Purchase authorized on 02/10 Bossrevolutionmone WWW.Idt.Net NJ S582041856342971 Card 6161 | | 410.99 | |
| 2/11 | | WT Fed#02110 Seacoast National /Ftr/Bnf=South Florida Title Services Inc Srf# 0066305042175700 Trn#220211123736 Rfo# | | 48,700.00 | 4,627.45 |
| 2/14 | | Recurring Payment authorized on 02/10 Comcast Cable Comm 800-Comcast FL S582042230681981 Card 6161 | | 316.86 | |
| 2/14 | | | | | |
| 2/14 | | | | | |
| 2/14 | | | | | |
| 2/14 | | | | | |
| 2/14 | | | | | 4,186.87 |
| 2/15 | | | | | |
| 2/15 | | | | | |

February 28, 2022 ■ Page 3 of 5



**REDACTED INFORMATION FALLS OUTSIDE THE SCOPE OF THE ORDER**

Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|---------------------|---------------------|
| 2/15 | | Online Transfer From AAA-Plus Financial Group, Inc. Business Checking xxxxxx0925 Ref #IbODir2Hjy on 02/15/22 | 16,000.00 | | |
| 2/15 | | Recurring Transfer to AAA-Plus Financial Group, Inc. Business Checking Ref #OpODljgbb5 xxxxxx0925 | | 25.00 | 27,461.87 |
| 2/16 | | Tpg Products Sbtpg LLC 220215 53V7Jeqiyee56Oq AAA Plus Financial Gro | 398.00 | | |
| 2/16 | | Wire Trans Svc Charge - Sequence: 220216019898 Srf# Ow0000197529 1391 Trn#2202160 19898 Rfb# Ow0000197529 1391 | | 30.00 | |
| 2/16 | | Purchase authorized on 02/15 Nic*Division of CO E.gov.Com FL S302046842342531 Card 6161 | | 143.75 | |
| 2/16 | | Purchase authorized on 02/15 Nic*Division of CO E.gov.Com FL S382047013449197 Card 6161 | | 143.75 | |
| 2/16 | | WT Seq#19898 G and H Preferred Logis /Bnf=G and H Preferred Logistic LLC Srf# Ow0000197529 1391 Trn#2202160 19898 Rfb# Ow0000197529 1391 | | 19,500.00 | |
| 2/16 | | Online Transfer to Previlus J Everyday Checking xxxxxx1576 Ref #IbODlx8Kbd on 02/16/22 | | 2,500.00 | |
| 2/16 | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Lauderd FL P0000000800079598 Card 6161 | | ▓▓▓▓ | 5,496.00 |
| 2/17 | | Wire Trans Svc Charge - Sequence: 220217151639 Srf# Ow00001979423387 Trn#220217 151639 Rfo# Ow00001979423387 | | 30.00 | |
| 2/17 | | WT Seq151639 Gg Financial Intl LLC /Bnf=Gg Financial Srf# Ow00001979423387 Trn#220217 151639 Rfb# Ow00001979423387 | | 5,000.00 | 466.00 |
| 2/18 | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓▓▓ | 462.76 |
| 2/22 | | Tpg Products Sbtpg LLC 220218 Ywzrgwieioob6ly AAA Plus Financial Gro | 550.00 | | |
| 2/22 | | Purchase authorized on 02/21 Hergos Inc. Lantana FL P000000780543706 Card 6161 | | 42.63 | 970.13 |
| 2/23 | | Recurring Payment authorized on 02/22 Ooma,Inc 888-711-6662 CA S382053479076209 Card 6161 | | 84.41 | 885.72 |
| 2/24 | | ATM Check Deposit on 02/24 1700 W Commercial Blvd Fort Lauderda FL 0000884 ATM ID 0983I Card 6161 | 505.00 | | |
| 2/24 | | Online Transfer From AAA-Plus Financial Group, Inc. Business Checking xxxxxx0925 Ref #IbODnnlwrk on 02/24/22 | 1,600.00 | | |
| 2/24 | | Online Transfer From Tenord Y Preferred Checking xxxxxx1637 Ref #Ib0Dnnm5Bc on 02/24/22 | 2,700.00 | | 5,690.72 |
| **Ending balance on 2/28** | | | | | ▓▓▓▓▓ |
| **Totals** | | | **$88,053.00** | **$82,974.12** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2022 - 02/28/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|-----------------------------------|-------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| • Average ledger balance | $1,000.00 | $5,579.00  ☑ |
| • Minimum daily balance | $500.00 | $236.51  ☐ |

February 28, 2022 ■ Page 4 of 5



---

Monthly service fee summary (continued)
C1/C1

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 12 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

**Other Wells Fargo Benefits**

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

February 28, 2022 ■ Page 5 of 5



---

## General statement policies for Wells Fargo Bank

• **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

• **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect any automatic payments you receive. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your            $ _____
register or transfers into               $ _____
your account which are not               $ _____
shown on your statement.               + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total amount** | | $ _____ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801