# Exhibit 5

CFN: 20220083309 BOOK 32987 PAGE 3558
DATE:01/28/2022 09:07:19 AM
DEED DOC 4,410.00
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

This Document Prepared By:
MIKE DELATEJA
WINDMILL TITLE COMPANY
9360 SUNSET DRIVE #285
MIAMI, FL 33173

Parcel ID Number: 01-3231-068-0340

# Warranty Deed

**This Indenture,** Made this 29th day of December, 2021 A.D., **Between**
CONDE GROUP, LLC, a Florida limited liability company

of the County of Martin, State of Florida, **grantor,** and
LUXURY PROPERTIES TRUST

whose address is: 888 BISCAYNE BLVD. #2501, MIAMI, FL 33132

of the County of Miami-Dade, State of Florida, **grantee.**

**Witnesseth** that the GRANTOR, for and in consideration of the sum of
------------------------TEN DOLLARS ($10)---------------------- DOLLARS,
and other good and valuable consideration to GRANTOR in hand paid by GRANTEE, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said GRANTEE and GRANTEE'S heirs, successors and assigns forever, the following described land, situate, lying and being in the County of Miami-Dade State of Florida to wit:

Unit 4601 of MarinaBlue, a Condominium according to the Declaration of Condominium thereof, recorded in Official Records Book 26234, Page(s) 3186, of the Public Records of Miami-Dade County, Florida, and any amendments thereto, together with its undivided share in the common elements.

Subject to current taxes, easements and restrictions of record.

and the grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

**In Witness Whereof,** the grantor has hereunto set its hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Printed Name: _____
Witness

CONDE GROUP, LLC, a Florida limited liability company
By: _____ (Seal)
EDUARDO SOFFICI JR., MANAGER
P.O. Address: 2522 SW SAINT LUICE BLVD, Stuart, FL 34996

Printed Name: Joe DeLateja
Witness

**STATE OF** Florida
**COUNTY OF** Miami-Dade

The foregoing instrument was acknowledged before me by means of __X__ physical presence or _____ online notarization, this 29th day of December, 2021 by EDUARDO SOFFICI JR., MANAGER of CONDE GROUP, LLC, a Florida limited liability company
who is personally known to me or who has produced his Florida driver's license as identification.

BARBARA C. FERRER
Notary Public - State of Florida
Commission # GG 285320
My Comm. Expires Jan 8, 2023
Bonded through National Notary Assn.

Printed Name: _____
Notary Public
My Commission Expires:

21-1220

Laser Generated by © Display Systems, Inc., 2021 (863) 763-5555 Form FLWD-1