CFN: 20230438514 BOOK 33766 PAGE 4243
DATE:06/27/2023  08:52:11 AM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PATRICK MULLER, an individual, and MOUNA BOUZID, an individual,

    *Plaintiffs,*

v.

ITEB ZAIBET a/k/a "Swagg Man", an individual, LOLITA C. REBULARD, an individual, LUXURY PROPERTIES INC., a Delaware corporation, BEACH PROPERTIES RENTAL, INC., a Delaware corporation, LUXURY PROPERTIES TRUST u/a/d March 2, 2018, AAA PLUS FINANCIAL GROUP INC., a Florida corporation, YVETTE TENORD, an individual, JOHNNY PREVILUS, an individual, RES INVESTMENT INTER, INC., a Florida corporation, INFINITE RES INVESTMENT, LLC, a Nevada limited liability company, NEW MIAMI REALTY, CORP., a Florida corporation, and GUZMAN305 TRUST, a Florida trust,

    *Defendants.*
_____/

CASE NO.: 1:23-cv-22276-BB

## NOTICE OF LIS PENDENS

**TO: DEFENDANTS, ITEB ZAIBET A/K/A "SWAGG MAN", AN INDIVIDUAL, LOLITA C. REBULARD, AN INDIVIDUAL, LUXURY PROPERTIES INC., A DELAWARE CORPORATION, BEACH PROPERTIES RENTAL, INC., A DELAWARE CORPORATION, LUXURY PROPERTIES TRUST U/A/D MARCH 2, 2018, AAA PLUS FINANCIAL GROUP INC., A FLORIDA CORPORATION, YVETTE TENORD, AN INDIVIDUAL, JOHNNY PREVILUS, AN INDIVIDUAL, RES INVESTMENT INTER, INC., A FLORIDA CORPORATION, INFINITE RES INVESTMENT, LLC, A NEVADA LIMITED LIABILITY COMPANY, NEW MIAMI REALTY, CORP., A FLORIDA CORPORATION, AND GUZMAN305 TRUST, A FLORIDA TRUST, ANY TENANTS OR OTHERS IN POSSESSION AND ALL OTHERS WHOM IT MAY CONCERN:**

    **YOU ARE HEREBY NOTIFIED** that the above-named Plaintiffs have filed a Verified Complaint against the above-named Defendants on June 20, 2023, Case No. 1:23-cv-22276-BB,

CFN: 20230438514 BOOK 33766 PAGE 4244

pending in the United States District Court for the Southern District of Florida, which action seeks, *inter alia,* the imposition of an equitable lien over the real property stated below.

The description of the property is as follows: **888 BISCAYNE BOULEVARD, #2501, MIAMI, FL 33132,** situated, lying, and being in Miami-Dade County, Florida, to wit:

> UNIT 4401 OF MARQUIS, A CONDOMINIUM ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, RECORDED IN OFFICIAL RECORDS BOOK 26920, PAGE(S) 3495, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, AND ANY AMENDMENTS THERETO, TOGETHER WITH ITS UNDIVIDED SHARE IN THE COMMON ELEMENTS

FOLIO NO. 01-3231-070-0310

Dated: June 20, 2023

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Counsel for Plaintiffs*
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
E-Service: ftlemaildesig@lewisbrisbois.com

By: */s/ David H. Haft*
David H. Haft
Florida Bar No. 68992
david.haft@lewisbrisbois.com
aviva.pasternak@lewisbrisbois.com