IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2022-011832-CA-01
SECTION: CA08
JUDGE: Lourdes Simon

**Muller, Patrick**

Plaintiff(s)

vs.

**Zaibet, Iteb**

Defendant(s)

_____/

## ORDER DISSOLVING LIS PENDENS

This matter having come before the Court on August 17, 2022, via zoom, upon Luxury Properties Trust's ("Trust") Emergency Motion to Dissolve Fraudulent Notices of Lis Pendens ("Motion"), and the Court, having heard argument of counsel, having reviewed the Motion and the Complaint and the attachments thereto, and noting that there is a sale pending on one of the properties owned by the Trust, the Court hereby,

**ORDERS AND ADJUDGES:**

As to the Trust property located at **888 Biscayne Blvd., Apt. 4601, Miami, Florida 33132** (Folio #**01-3231-068-0340**), which is subject to a pending sale, and the emergency basis for this Motion, the Court finds that, pursuant to Florida Statute 48.23, there being no written instrument to support the filing of a Lis Pendens on this property and, where the Complaint and attachments thereto fail to establish a nexus to this property sufficient to otherwise maintain a Lis Pendens (see *Bluestar Plams v LED Trust*, 128 so3d 36, (Fla 3d DCA 2012), the Motion is GRANTED.

**The Lis Pendens, OR Book 33265; Page 3473, is hereby DISSOLVED.**

The hearing is continued as to the other two Lis Pendens and properties referenced in the Motion, and the parties shall coordinate with the Court a new time and date to schedule a further hearing to resolve the Motion as to these two properties.

Upon *ore tenus* motion, Plaintiff is granted leave to amend the complaint within 10 days of the date of this order.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>17th day of August, 2022</u>.

<u>2022-011832-CA-01 08-17-2022 2:34 PM</u>
Hon. Lourdes Simon

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
David P Reiner II, eservice@reinerslaw.com
David P Reiner II, efile@reinerslaw.com
Renee M Smith, rms@reneemsmithesq.com
Renee M Smith, barbi@reneemsmithesq.com
Renee M Smith, thomas@reneemsmithesq.com

**Physically Served:**