CFN: 20180195568 BOOK 30922 PAGE 1887
DATE:04/03/2018 01:52:11 PM
DEED DOC 2,835.00
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

Prepared by and return to:
**Isaac Benmergui, Esq.**
**Attorney at Law**
**Law Offices of Isaac Benmergui, P.A.**
**10800 Biscayne Boulevard Suite 350A**
**North Miami, FL 33161**
**305-397-8547**
File Number: **11-18-034**
Will Call No.:

_____[Space Above This Line For Recording Data]_____

# Warranty Deed

**This Warranty Deed** made this **27th** day of **March, 2018** between **FINANCIERE ARTHENCO, a French Company** which was misidentified as Arthenco in that deed in OR Book 26338, Page 4151, whose post office address is **22 Avenue Bugeaud, 75116 Paris France**, grantor, and **Luxury Properties Trust** whose post office address is **888 Biscayne Blvd, Apt 2501, Miami, FL 33132**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Miami-Dade County, Florida** to-wit:

> Unit 2501, MarinaBlue, a Condominium, all as set forth in the Declaration of Condominium and the Exhibits attached thereto and forming a part thereof, as recorded in Official Records Book 26234, Page 3186, and all amendments thereto, of the Public Records of Miami-Dade County, Florida. The above description includes, but is not limited to, all appurtenances to the condominium unit above described, including the undivided interest in the common elements of said condominium.
>
> Parcel Identification Number: 01-3231-068-0130
>
> Subject to taxes for 2018 and subsequent years; covenants, conditions, restrictions, easements, reservations and limitations of record, if any.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to **December 31, 2017**.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

DoubleTime®

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: PETRILLI ANTONELLA

Witness Name: THEURIE ANNE

FINANCIERE ARTHENCO, a French Company

By: _____
Alain Dahan, President

Country of France
Paris

The foregoing instrument was acknowledged before me this 26th day of March, 2018 by Alain Dahan, President of FINANCIERE ARTHENCO, a French Company, on behalf of said firm. He [_] is personally known or [X] has produced a driver's license as identification.

[Notary Seal]

Notary Public

Printed Name: Le soussigné, Denis SALZES, notaire à Paris,
My Commission Expires: Certifie uniquement la signature de M. Alain Dahan
Apposée ci-contre
A l'exception du contenu du document

A Paris le 12/III/2018

Denis SALZES
NOTAIRE
49, Avenue des Gobelins
(Entrée, 37 rue Lebrun)
75013 PARIS
Tél. : 01 47 07 63 00
Fax : 01 47 07 97 88