UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO.: 1:23-cv-22276-BB

PATRICK MULLER, an individual, and
MOUNA BOUZID, an individual,

   *Plaintiffs,*

v.

ITEB ZAIBET a/k/a "Swagg Man", an individual, LOLITA C. REBULARD, an individual, LUXURY PROPERTIES INC., a Delaware corporation, BEACH PROPERTIES RENTAL, INC., a Delaware corporation, LUXURY PROPERTIES TRUST u/a/d March 2, 2018, AAA PLUS FINANCIAL GROUP INC., a Florida corporation, YVETTE TENORD, an individual, JOHNNY PREVILUS, an individual, RES INVESTMENT INTER, INC., a Florida corporation, INFINITE RES INVESTMENT, LLC, a Nevada limited liability company, NEW MIAMI REALTY, CORP., a Florida corporation, and GUZMAN305 TRUST, a Florida trust,

   *Defendants.*
_____/

## **DEFENDANT'S NOTICE OF APPEARANCE**

    Cody German, Esq. of COLE, SCOTT & KISSANE, P.A. hereby gives notice of his appearance on behalf of Defendant, NEW MIAMI REALTY CORP, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

CASE NO.: 1:23-cv-22276-BB

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of July, 2023 a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

>COLE, SCOTT & KISSANE, P.A.
>Counsel for Defendant *NEW MIAMI REALTY, CORP.*
>Cole, Scott & Kissane Building
>9150 South Dadeland Boulevard, Suite 1400
>P.O. Box 569015
>Miami, Florida 33256
>Telephone (786) 268-6415
>Facsimile (305) 373-2294
>Primary e-mail: cody.german@csklegal.com
>Secondary e-mail: bernadette.gomez@csklegal.com

By: s/ Cody German
CODY GERMAN
Florida Bar No.: 58654