UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PATRICK MULLER, an individual, and MOUNA BOUZID, an individual,

    *Plaintiffs,*

v.

ITEB ZAIBET a/k/a "Swagg Man", an individual, LOLITA C. REBULARD, an individual, LUXURY PROPERTIES INC., a Delaware corporation, BEACH PROPERTIES RENTAL, INC., a Delaware corporation, LUXURY PROPERTIES TRUST u/a/d March 2, 2018, AAA PLUS FINANCIAL GROUP INC., a Florida corporation, YVETTE TENORD, an individual, JOHNNY PREVILUS, an individual, RES INVESTMENT INTER, INC., a Florida corporation, INFINITE RES INVESTMENT, LLC, a Nevada limited Liability company, NEW MIAMI REALTY, CORP., a Florida corporation, and GUZMAN305 TRUST, a Florida trust,

    *Defendants*.
_____/

CASE NO: 1:23-cv-22276-BB

**PLAINTIFFS' MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT LUXURY PROPERTIES INC.**

To:    Clerk of the United States District Court for the Southern District of Florida

Plaintiffs, Patrick Muller and Mouna Bouzid (collectively, the "Plaintiffs"), by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 55(a), respectfully requests that the Clerk of the Court enter a default against Defendant LUXURY PROPERTIES INC. ("Defendant"), for failure to answer, plead, or otherwise defend in a timely manner. In support of this request for entry of default against Defendant, Plaintiffs rely upon the record in this case and the declaration attached hereto as **Exhibit "1."**

Dated: July 26, 2023.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Counsel for Plaintiff*
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
E-Service: ftlemaildesig@lewisbrisbois.com

By: *s/David H. Haft*
    David H. Haft, Esq.
    Florida Bar No.: 68992
    david.haft@lewisbrisbois.com
    aviva.pasternak@lewisbrisbois.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day of July 2023, a true and correct copy of the foregoing was filed via the CM/ECF system, which will serve a true and correct copy of the same to all attorneys of record below.

| | |
|---|---|
| **David P. Reiner, II**<br>Reiner & Reiner, P.A.<br>9100 So. Dadeland Blvd, Suite 901<br>Miami, Florida 33156-7815<br>Tel: (305) 670-8282; Fax: (305) 670-8989<br>dpr@reinerslaw.com   eservice@reinderslaw.com<br>*Counsel for Luxury Properties Trust dated March 2, 2018* | **Cody German & Bernadette M. Gomez**<br>COLE, SCOTT & KISSANE, P.A.<br>9150 South Dadeland Boulevard, Suite 1400<br>Miami, Florida 33256<br>Tel: (786) 268-6415 Fax: (305) 373-2294<br>Cody.german@csklegal.com<br>Bernadette.gomez@csklegal.com<br>*Counsel for New Miami Realty Corp.* |

**Steven H. Osber**
Conrad & Scherer, L.L.P.
633 South Federal Highway, 8th Floor
Fort Lauderdale, FL 33301
Tel: (954) 847-3305; Fax: (954) 463-9244
SOsber@conradscherer.com
AThomas@conradscherer.com
JAdamsky@conradscherer.com
AThomas@conradscherer.com
*Counsel for Johnny Previlus, Yevette Tenord, Res Investment Inter Inc., Infinite Res Investment, LLc and AAA Plus Financial Group, Inc.*

                                         *s/David H. Haft*
                                          David H. Haft