# Exhibit 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| PATRICK MULLER, an individual, and MOUNA BOUZID, an individual, | CASE NO: 1:23-cv-22276-BB |
| *Plaintiffs,* | |
| v. | |
| ITEB ZAIBET a/k/a "Swagg Man", an individual, LOLITA C. REBULARD, an individual, LUXURY PROPERTIES INC., a Delaware corporation, BEACH PROPERTIES RENTAL, INC., a Delaware corporation, LUXURY PROPERTIES TRUST u/a/d March 2, 2018, AAA PLUS FINANCIAL GROUP INC., a Florida corporation, YVETTE TENORD, an individual, JOHNNY PREVILUS, an individual, RES INVESTMENT INTER, INC., a Florida corporation, INFINITE RES INVESTMENT, LLC, a Nevada limited Liability company, NEW MIAMI REALTY, CORP., a Florida corporation, and GUZMAN305 TRUST, a Florida trust, | |
| *Defendants.* | |
| _____/ | |

**DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT LUXURY PROPERTIES INC.**

I, David H. Haft, Esq., pursuant to 28 U.S.C. §1746, declare as follows:

1. I am an attorney at Lewis Brisbois Bisgaard & Smith, LLP and represent Plaintiffs, Patrick Muller and Mouna Bouzid (collectively, the "Plaintiffs"), in the above-referenced action, and I am familiar with the file, records, and pleadings in this matter.

2. On June 20, 2023, Plaintiffs filed a Fourteen (14) Count Complaint (the "Complaint") against, *inter alia,* Defendant LUXURY PROPERTIES INC. ("Defendant").

3. On June 27, 2023, Defendant was served with the summons, a copy of the Complaint, and all other initial filings in this case. *See* DE 19.

4. A response to the Complaint from Defendant was due on or before July 18, 2023. *See* DE 19.

5. Notwithstanding, Defendant has failed to appear, plead, or otherwise defend within the time allowed and, therefore, is now in default.

6. Accordingly, Plaintiffs request that the Clerk of the Court enter a default pursuant to Federal Rule of Civil Procedure 55(a) against Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of July 2023.

By: *s/David H. Haft*
David H. Haft, Esq.
Florida Bar No.: 68992