# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PATRICK MULLER, et al.

    PLAINTIFF(S)

v.

ITEB ZAIBET, et al.,

    DEFENDANT(S).

CASE NUMBER
1:23−cv−22276−BB

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

    It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Beach Properties Rental, Inc.**

as of course, on the date July 26, 2023.

**Angela E. Noble**
CLERK OF COURT

By _/s/ *Esperanza Buchhorst−Rodriguez*_
Deputy Clerk

cc:  Judge Beth Bloom
      Patrick Muller

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)