# Exhibit 1

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2022-011832-CA-01

PATRICK MULLER and MOUNA BOUZID,

    Plaintiffs,

vs.

ITEB ZAIBET, *et al.,*

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND DISCHARGE OF LIS PENDENS

**COMES NOW**, the Plaintiffs, PATRICK MULLER and MOUNA BOUZID ("Plaintiffs"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal without prejudice of instant action, with each party to bear their own costs and fees associated with same, and give notice that the below described Notices of Lis Pendens filed in this action are hereby release and discharged.

1. Notice of Lis Pendens dated November 1, 2022, and recorded on November 3, 2022, in Official Records Book 33451, Page 2519, of the public records of Miami-Dade County, Florida, as to the following described real property situated in Miami-Dade County, Florida:

   **UNIT 4601 OF MARINA BLUE, A CONDOMINIUM ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, RECORDED IN OFFICIAL RECORDS BOOK 26234, PAGE(S) 3186, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, AND ANY AMENDMENTS THERETO, TOGETHER WITH ITS UNDIVIDED SHARE IN THE COMMON ELEMENTS**

   **FOLIO NO. 01-3231-068-0340**

   Property Address: 888 Biscayne Boulevard, #4601, Miami, FL 33132.

2. Notice of Lis Pendens dated November 1, 2022, and recorded on November 3, 2022, in Official Records Book 33451, Page 2520, of the public records of Miami-Dade County, Florida, as to the following described real property situated in Miami-Dade County, Florida:

**UNIT 4401 OF MARQUIS, A CONDOMINIUM ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, RECORDED IN OFFICIAL RECORDS BOOK 26920, PAGE(S) 3495, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, AND ANY AMENDMENTS THERETO, TOGETHER WITH ITS UNDIVIDED SHARE IN THE COMMON ELEMENTS**

**FOLIO NO. 01-3231-070-0310**

Property Address: 1100 Biscayne Boulevard, #4401, Miami, FL 33132.

3. Notice of Lis Pendens dated November 1, 2022, and recorded on November 3, 2022, in Official Records Book 33451, Page 2521, of the public records of Miami-Dade County, Florida, as to the following described real property situated in Miami-Dade County, Florida:

**UNIT 2501 OF MARINA BLUE, A CONDOMINIUM ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, RECORDED IN OFFICIAL RECORDS BOOK 26234, PAGE(S) 3186, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, AND ANY AMENDMENTS THERETO, TOGETHER WITH ITS UNDIVIDED SHARE IN THE COMMON ELEMENTS**

**FOLIO NO. 0l-3231-068-0130**

Property Address: 888 Biscayne Boulevard, #2501, Miami, FL 33132.

Dated: July 26, 2023.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Counsel for Plaintiffs*
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
E-Service: ftlemaildesig@lewisbrisbois.com

By: *s/David H. Haft*
David H. Haft, Esq.
Florida Bar No.: 68992
david.haft@lewisbrisbois.com
aviva.pasternak@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by the Florida e-Filing Portal on this 26th day of July, 2023 to: David R. Reiner II, Esq., Reiner & Reiner, P.A., Attorneys for *Defendant Luxury Property Trust*, 9100 South Dadeland Boulevard, Suite 901, Miami, FL 33156, email: dpr@reinerslaw.com.

                                                                                  */s/ David H. Haft*
                                                                                  David H. Haft, Esq.