UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 2023-cv-22276-BB**

PATRICK MULLER, an individual, and MOUNA
BOUZID, an individual,

    Plaintiffs,

vs.

ITEB ZAIBET a/k/a "Swagg Man", an individual,
LOLITA C. REBULARD, an individual, LUXURY
PROPERTIES INC., a Delaware corporation,
BEACH PROPERTIES RENTAL, INC., a Delaware
corporation, LUXURY PROPERTIES TRUST u/a/d
March 2, 2018, AAA PLUS FINANCIAL GROUP
INC., a Florida corporation, YVETTE TENORD, an
individual, JOHNNY PREVILUS, an individual,
RES INVESTMENT INTER, INC., a Florida
corporation, INFINITE RES INVESTMENT, LLC,
a Nevada limited liability company, NEW MIAMI
REALTY, CORP., a Florida corporation, and
GUZMAN305 TRUST, a Florida trust,

    Defendants.
_____/

## DEFENDANT AAA PLUS FINANCIAL GROUP, INC.'S, CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The undersigned counsel on behalf of Defendant, AAA Plus Financial Group, Inc., hereby discloses the following pursuant to Federal Rule of Civil Procedure 7.1.

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have any interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

a. **Patrick Muller** – *Plaintiff*

b. **Lewis Brisbois Bisgaard & Smith, LLP** - *Counsel for Plaintiff, Patrick Muller*

c. **David H. Haft** - *Counsel for Plaintiff, Patrick Muller*

d. **Mouna Bouzid** - *Plaintiff*

e. **Lewis Brisbois Bisgaard & Smith, LLP** - *Counsel for Plaintiff, Mouna Bouzid*

f. **David H. Haft** – *Counsel for Plaintiff, Mouna Bouzid*

g. **New Miami Realty Corp.** – *Defendant*

h. **Cole, Scott & Kissane, P.A.** - *Counsel for Defendant, New Miami Realty, Corp.*

i. **Cody German** - *Counsel for Defendant, New Miami Realty, Corp.*

j. **Bernadette M. Gomez** - *Counsel for Defendant, New Miami Realty, Corp.*

k. **Iteb Zaibet a/k/a "Swagg Man"** – *Defendant*

l. **Lolita C. Rebulard** - *Defendant*

m. **Luxury Properties, Inc.** - *Defendant*

n. **Beach Properties Rental, Inc.** - *Defendant*

o. **Luxury Properties Trust u/a/d March 2, 2018** – *Defendant*

p. **Reiner & Reiner, P.A.** – *Counsel for Defendant, Luxury Properties Trust*

q. **David P. Reiner, II** - *Counsel for Defendant, Luxury Properties Trust*

r. **AAA Plus Financial Group, Inc.** – *Defendant*

s. **Conrad & Scherer, LLP** - *Counsel for Defendant, AAA Plus Financial Group, Inc.*

t. **Steven H. Osber** - *Counsel for Defendant, AAA Plus Financial Group, Inc.*

u. **Ivette Tenord** – *Defendant*

v. **Conrad & Scherer, LLP** - *Counsel for Defendant, Ivette Tenord*

  w. **Steven H. Osber -** *Counsel for Defendant, Ivette Tenord*

  x. **Johnny Previlus –** *Defendant*

  y. **Conrad & Scherer, LLP -** *Counsel for Defendant, Johnny Previlus*

  z. **Steven H. Osber -** *Counsel for Defendant, Johnny Previlus*

  aa. **RES Investment Inter, Inc. –** *Defendant*

  bb. **Conrad & Scherer, LLP -** *Counsel for Defendant, RES Investment Inter, Inc.*

  cc. **Steven H. Osber -** *Counsel for Defendant, RES Investment Inter, Inc.*

  dd. **Infinite RES Investment, LLC –** *Defendant*

  ee. **Conrad & Scherer, LLP -** *Counsel for Defendant, Infinite RES Investment, LLC*

  ff. **Steven H. Osber -** *Counsel for Defendant, Infinite RES Investment, LLC*

  gg. **Guzman305 Trust –** *Defendant*

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  **None known at this time.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

  **None known at this time.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

  **None known at this time.**

Defendant, AAA Plus Financial Group, Inc. certifies that, except as disclosed above, that is unaware of any actual or potential conflict of interest involving the district judge and magistrate

judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

### CORPORATE DISCLOSURE STATEMENT

AAA Plus Financial Group, Inc. is a Florida Profit Corporation and is not publicly held. There is no parent corporation or any publicly held corporation owning 10% or more of stock of Defendant.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2023 a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

Respectfully submitted,

**CONRAD & SCHERER, LLP**
633 S. Federal Hwy., Suite 800
Fort Lauderdale, Florida 33316
Telephone: (954) 462-5500
Facsimile: (954) 463-9244
Email: SOsber@conradscherer.com
AThomas@conradscherer.com

By: */s/ Steven H. Osber*
Steven H. Osber
Florida Bar No. 86088