UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-22276-BLOOM/Otazo-Reyes

PATRICK MULLER and
MOUNA BOUZID,

    Plaintiffs,

v.

ITEB ZAIBET, *et al.*,

    Defendants.
_____/

**ORDER REFERRING MOTIONS TO MAGISTRATE JUDGE FOR A**
**REPORT AND RECOMMENDATIONS**

Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that the following Motions are referred to Magistrate Judge Alicia Otazo-Reyes for a Report and Recommendations:

1. Defendant Luxury Properties Trust's Motion to Dissolve Lis Pendens, **ECF No. [21]**;

2. Defendant Luxury Properties Trust's Motion to Dismiss or Stay, **ECF No. [25]**;

3. Defendant New Miami Realty, Corp.'s Motion to Dismiss, **ECF No. [29]**;

4. Defendants' Johnny Previlus and Yvette Tenord's Motion to Dismiss, **ECF No. [63]**;

5. Defendants' AAA Plus Financial Group Inc., Res Investment Inter, Inc, and Infinite Res Investment, LLC's Motion to Dismiss, **ECF No. [64]**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 24, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record