**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-cv-22276-BLOOM/OTAZO-REYES**

PATRICK MULLER and
MOUNA BOUZID,

      Plaintiffs,

v.

ITEB ZAIBET, *et al.*,

      Defendants.

_____/

## ORDER RE: STATUS CONFERENCE

THIS CAUSE came before the Court for Telephonic Status Conference held on August 31, 2023, pursuant to the Court's Order Referring Motions to Magistrate Judge for Report and Recommendation [D.E. 68]. In accordance with the undersigned's rulings at the Status Conference, it is

ORDERED AND ADJUDGED that:

1.      Defendant Luxury Properties Trust ("Defendant Luxury Trust") Trust's Motion to Dismiss or Stay [D.E. 25] is DENIED as moot. Defendant Luxury Trust shall file a response to the Verified Complaint [D.E. 1] by **September 10, 2023**.

2.      A hearing on Defendant Luxury Trust's Motion to Dissolve Lis Pendens [D.E. 21] is SET for **September 6, 2023, at 2:30 PM**. The hearing will be conducted by Zoom video conference. Log-in instructions will be provided to counsel via e-mail.

3.      A hearing on: (1) Defendant New Miami Realty Corp.'s Motion to Dismiss [D.E. 29]; (2) Defendants Johnny Previlus and Yvette Tenord's Motion to Dismiss [D.E. 63]; and (3) Defendants AAA Plus Financial Group Inc., Res Investment Inter, Inc., and Infinite Res Investment, LLC's Motion to Dismiss [D.E. 64], is SET for **September 26, 2023, at 2:00 PM**. The hearing will be conducted by Zoom video conference.  Log-in instructions will be provided to counsel via e-mail.

      **DONE AND ORDERED** in Chambers at Miami, Florida this 31st day of August, 2023.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     United States District Judge Beth Bloom
       Counsel of Record