| | |
|---|---|
| **From:** | Haft, David <David.Haft@lewisbrisbois.com> |
| **Sent:** | Tuesday, August 29, 2023 4:03 PM |
| **To:** | Gina Guzman; Pasternak, Aviva; david@dhaftlaw.com |
| **Cc:** | Lisa Alvarez; Gina Salcedo |
| **Subject:** | RE: 23M-1963 // 1100 Biscayne Blvd #4401, Miami, FL 33132 // Emperatriz Gomez |

Ms. Guzman—

The payoff for the below lis pendens is $1,400,000.00. Please let me know if you need me to provide you with wire instructions. Please also advise regarding the amount of the proposed sale price and expected closing date for this transaction and, if available, the names and contact information for the Seller's agent(s) and/or attorneys.

Thank you.



**David H. Haft**
**Partner**
**David.Haft@lewisbrisbois.com**

**T: 954.828.0357 F: 954.678.4090**

110 S.E. 6th Street, Suite 2600, Fort Lauderdale, FL 33301 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Gina Guzman <ginaguzman@nuworldtitle.com>
**Sent:** Tuesday, August 29, 2023 12:28 PM
**To:** Haft, David <David.Haft@lewisbrisbois.com>; Pasternak, Aviva <Aviva.Pasternak@lewisbrisbois.com>; david@dhaftlaw.com
**Cc:** Lisa Alvarez <lisa@nuworldtitle.com>; Gina Salcedo <gina@nuworldtitle.com>
**Subject:** [EXT] RE: 23M-1963 // 1100 Biscayne Blvd #4401, Miami, FL 33132 // Emperatriz Gomez

Good afternoon,

We are reaching out to you regarding the attached lis pendens please provide a payoff.

==10. Dismissal of litigation with prejudice and discharge of the Lis Pendens filed in Case styled Patrick Muller, an individual, and Mouna Bouzid, an individual vs. Iteb Zaibet, an individual and Lolita C. Rebulard, an individual and Luxury Properties Trust, being Case No. 23-CV-22276-BB in Miami-Dade County, Florida, as disclosed by Notice of Lis Pendens recorded in Official Records Book 33766, Page 4243 and Official Records Book 33766, Page 4245.==

1

Thank you! 😊

*Please reply to all on this email.*

Please note, based on our Underwriting instructions as Settlement Agent, sale proceeds will be paid only to the owner of record. Our Underwriting companies do not authorize the payment of sale or loan proceeds to any party other than the seller or borrower on title, NO EXCEPTIONS!!

****IMPORTANT NOTICE: Email Phishing Scams are on the rise – please note that all of our bank accounts are with BANESCO USA. If you receive any emails listing another banking institution other than BANESCO USA, please contact our office IMMEDIATELY. We will NEVER ask you to wire funds in advance of closing, we will ONLY ask you to wire once we have been able to provide you a copy of your closing figures to review. PROTECT YOURSELF AND YOUR FUNDS -  ALWAYS CALL YOUR DEDICATED PROCESSOR/CLOSER BEFORE WIRING ANY FUNDS!! For further information, please see the attached link: https://www.consumer.ftc.gov/articles/how-recognize-and-avoid-phishing-scams

**IMPORTANT NOTICE: Always independently confirm wiring instructions verbally with a call to a trusted and verified phone number. Never wire money without double-checking that the wiring instructions are correct.**

***PLEASE NOTE: CASH TO CLOSE for real estate transactions over $15,000.00 must be WIRED to our account prior to closing. Wire instructions will be provided upon request***

*Best Regards,*



*Gina Guzman*
Processor/Closer
**Nu World Title**, LLC.
**12741 Miramar Parkway Suite 101**
**Miramar, FL 33027**
Direct: (954) 361-1332
Office: (954) 719-5685
Fax: (954) 212-0497
Email:ginaguzman@nuworldtitle.com
Website: www.nuworldtitle.com

Visit us at:   







*Other office locations:*

**Bird Road | Kendall | West Kendall |Central Florida | Davie | Ft. Lauderdale | Miami Lakes|Wellington | Sunset | New Jersey**

"Make a difference today for someone who's fighting for their tomorrow."

**At NU World Title, LLC, we pride ourselves on providing you with excellent customer service. It is our collective goal to provide you with the highest degree of professional service on every transaction. If we have met your expectations, please let us know!  However, if we have fallen short in meeting our goal, please contact my regional manager Denise Villar at Dvillar@nuworldtitle.com. Please include the subject property address as reference.**

**From:** Gina Guzman
**Sent:** Tuesday, August 29, 2023 12:13 PM
**To:** david.haft@lewisbrisbois.com; aviva.pasternak@lewisbrisbois.com
**Cc:** Lisa Alvarez <lisa@nuworldtitle.com>; Gina Salcedo <gina@nuworldtitle.com>
**Subject:** 23M-1963 // 1100 Biscayne Blvd #4401, Miami, FL 33132 // Emperatriz Gomez

Good afternoon,

We are reaching out to you regarding the attached lis pendens please provide a payoff.

==10. Dismissal of litigation with prejudice and discharge of the Lis Pendens filed in Case styled Patrick Muller, an individual, and Mouna Bouzid, an individual vs. Iteb Zaibet, an individual and Lolita C. Rebulard, an individual and Luxury Properties Trust, being Case No. 23-CV-22276-BB in Miami-Dade County, Florida, as disclosed by Notice of Lis Pendens recorded in Official Records Book 33766, Page 4243 and Official Records Book 33766, Page 4245.==

**Thank you!** 

*Please reply to all on this email.*

**Please note, based on our Underwriting instructions as Settlement Agent, sale proceeds will be paid only to the owner of record. Our Underwriting companies do not authorize the payment of sale or loan proceeds to any party other than the seller or borrower on title, NO EXCEPTIONS!!**

****IMPORTANT NOTICE: Email Phishing Scams are on the rise – please note that all of our bank accounts are with BANESCO USA. If you receive any emails listing another banking institution other than BANESCO USA, please contact our office IMMEDIATELY. We will NEVER ask you to wire funds in advance of closing, we will ONLY ask you to wire once we have been able to provide you a copy of your closing figures to review. PROTECT YOURSELF AND YOUR FUNDS - ALWAYS CALL YOUR DEDICATED PROCESSOR/CLOSER BEFORE WIRING ANY FUNDS!! For further information, please see the attached link: https://www.consumer.ftc.gov/articles/how-recognize-and-avoid-phishing-scams

**IMPORTANT NOTICE: Always independently confirm wiring instructions verbally with a call to a trusted and verified phone number. Never wire money without double-checking that the wiring instructions are correct.**

***PLEASE NOTE: CASH TO CLOSE for real estate transactions over $15,000.00 must be WIRED to our account prior to closing. Wire instructions will be provided upon request***

*Best Regards,*



*Gina Guzman*
Processor/Closer
Nu World Title, LLC.
**12741 Miramar Parkway Suite 101**
**Miramar, FL 33027**
Direct: (954) 361-1332
Office: (954) 719-5685
Fax: (954) 212-0497
Email: ginaguzman@nuworldtitle.com
Website: www.nuworldtitle.com

Visit us at:  







*Other office locations:*

**Bird Road | Kendall | West Kendall |Central Florida | Davie | Ft. Lauderdale | Miami Lakes|Wellington | Sunset | New Jersey**

"Make a difference today for someone who's fighting for their tomorrow."

**At NU World Title, LLC, we pride ourselves on providing you with excellent customer service. It is our collective goal to provide you with the highest degree of professional service on every transaction. If we have met your expectations, please let us know!  However, if we have fallen short in meeting our goal, please contact my regional manager Denise Villar at Dvillar@nuworldtitle.com. Please include the subject property address as reference.**