UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PATRICK MULLER, an individual, and
MOUNA BOUZID, an individual,

     *Plaintiffs*,

v.

ITEB ZAIBET a/k/a "Swagg Man", an individual, LOLITA C. REBULARD, an individual, LUXURY PROPERTIES INC., a Delaware corporation, BEACH PROPERTIES RENTAL, INC., a Delaware corporation, LUXURY PROPERTIES TRUST u/a/d March 2, 2018, AAA PLUS FINANCIAL GROUP INC., a Florida corporation, YVETTE TENORD, an individual, JOHNNY PREVILUS, an individual, RES INVESTMENT INTER, INC., a Florida corporation, INFINITE RES INVESTMENT, LLC, a Nevada limited liability company, NEW MIAMI REALTY, CORP., a Florida corporation, and GUZMAN305 TRUST, a Florida trust,

     *Defendants*.

_____/

CASE NO.: 23-cv-22276-BB

## PLAINTIFFS' NOTICE OF FILING

Plaintiffs, Patrick Muller ("Muller") and Mouna Bouzid ("Bouzid") (collectively, the "Plaintiffs"), by and through the undersigned counsel, hereby give notice of filing the following supplemental documents[1] in further support of Plaintiffs' Response in Opposition (the "Response") [D.E. 28] and request for denial of the Motion to Dissolve Lis Pendens (the "Motion")

---

[1] The instant supplemental filing is being made pursuant to the directions and request of the Honorable Magistrate Judge Alicia Otazo-Reyes made at the September 6, 2023, hearing on Defendant's Motion to Dissolve.

[D.E. 21][2] filed by Defendant Luxury Properties Trust u/a/d March 2, 2018 (the "Trust" or "Defendant"):

1. Wire Transfer Confirmations provided by Windmill Title Company Real Estate evidencing the transfer of funds on behalf of the Trust with respect to the 2501 Property and 4401 Property.

2. Certified Translation dated July 13, 2023 of email correspondence sent by Defendant Lolita Rebulard to Plaintiffs regarding payment of taxes and other charges on the 2501 Property from monies provided by Plaintiffs.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Counsel for Plaintiffs*
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
E-Service: ftlemaildesig@lewisbrisbois.com

By: */s/ David H. Haft*
   David H. Haft
   Florida Bar No. 68992
   david.haft@lewisbrisbois.com
   aviva.pasternak@lewisbrisbois.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 8th day of September, 2023, a true and correct copy of the foregoing was filed via the CM/ECF system, which will serve a true and correct copy of the same to all attorneys of record.

*/s/David H. Haft*
David H. Haft

---

[2] The Motion seeks, in part, to dissolve the Lis Pendens filed by Plaintiffs against the real property located at 888 Biscayne Boulevard, Unit 2501, Miami, FL 33132 (the "2501 Property") [D.E. 13] and 1100 Biscayne Boulevard, Unit 4401, Miami, FL 33132 (the "4401 Property") [D.E. 14], respectively, purportedly owned by the Trust.

jcferrer@wtclosings.com

| | |
|---|---|
| From: | PROFESSIONAL BANK <wireroom@myprobank.com> |
| Sent: | Tuesday, January 18, 2022 2:55 PM |
| To: | bferrer@wtclosings.com; mikedelateja@wtclosings.com; jcferrer@wtclosings.com |
| Subject: | Funds Transfer Inc Ref=220118I5I000186 |

Professi(
396 Alhambra Circle,
Coral Gables
Phone: 866
Email: customerservice@mypr(

automated message. Please do not reply **

# INCOMING WIRE TRANSFER NOTIFICATION

ransfer Ref# : 220118I5I000186                                   Date# : 01/18,
  20220118MMQFMPO7000508 RFB : OMAD : 20220118MMQFMP5I0018601181348FT01
ABA :  ▓▓▓▓▓▓▓    OCEAN BANK MIA

XXXXX74205                                  OBI : **FILE NUMBER 21 1203**
LUXURY PROPERTIES TRUST
9360 SUNSET DRIVE
SUITE 285
MIAMI, FL 33173 US
                                            BBI :
NEW MIAMI REALTY CORP
10950 N KENDALL DR
STE 200
MIAMI FL 33176 USA
                                            INS :
OCEAN BANK
780 N.W. 42ND AVE.
MIAMI, FL 33126


                                            Credit Account # : **XXXXX74205**
er Amount : $140,000.00                     Less Fees :      $0.00
                                            Total Credit : $140,000.00
Info:

1

jcferrer@wtclosings.com

| | |
|---|---|
| From: | PROFESSIONAL BANK <wireroom@myprobank.com> |
| Sent: | Tuesday, January 18, 2022 11:38 AM |
| To: | bferrer@wtclosings.com; mikedelateja@wtclosings.com; jcferrer@wtclosings.com |
| Subject: | Funds Transfer Inc Ref=220118I5I000129 |

Professi
396 Alhambra Circle,
Coral Gables
Phone: 866
Email: customerservice@mypr

automated message. Please do not reply **

# INCOMING WIRE TRANSFER NOTIFICATION

```
ransfer Ref# : 220118I5I000129                              Date# : 01/18,
 20220118I1B7032R013258 RFB : 0066555018825238 OMAD :
18MMQFMP5I00012901181126FT01
 ABA : ▮▮▮▮▮▮▮ WELLS FARGO SF
XXXXX74205                              OBI : FILE 21 1203 ADDRESS 888 BISC
WINDMILL TITLE COMPANY REAL ESTATE            BLVD NUM 2501
9360 SUNSET DRIVE SUITE 285
MIAMI,FL,US

                                         BBI :

AAA-PLUS FINANCIAL GROUP, INC.
4313 W SUNRISE BLVD
PLANTATION, FL 33313-6749

                                         INS :




                                         Credit Account # : XXXXX74205
er Amount : $466,396.79                  Less Fees :      $0.00
                                         Total Credit : $466,396.79
Info:
 Beneficiary Advise WRE 3055967074 Sender Charges Code : S Sender Charges
0
```

1

jcferrer@wtclosings.com

| | |
|---|---|
| From: | PROFESSIONAL BANK <wireroom@myprobank.com> |
| Sent: | Monday, March 14, 2022 11:20 AM |
| To: | bferrer@wtclosings.com; mikedelateja@wtclosings.com; jcferrer@wtclosings.com |
| Subject: | Funds Transfer Out Ref=2021011263 |

Professi(
396 Alhambra Circle,
Coral Gables
Phone: 866
Email: customerservice@mypr(

automated message. Please do not reply **

# OUTGOING WIRE TRANSFER NOTIFICATION

ransfer Ref# : 2021011263                                    Date# : 03/14/22
58 AM
 20220314MMQFMP5I000066  RFB :   OMAD : 20220314F7B74M2C002224
 ABA : ▇▇▇▇▇▇▇ PROFESSIONAL BK FL

XXXXX57609                                   OBI : CASH TO CLOSE FOR LUXURY
MARTHA L. MENDEZ, P.A.                             PROPERTIES TRUST
2600 S. DOUGLAS RD, STE 506
CORAL GABLES, FL 33134

                                             BBI :

WINDMILL TITLE COMPANY
9360 SW 72ND STREET
SUITE 285
MIAMI, FL 33171
                                             INS :

PROFESSIONAL BANK
396 ALHAMBRA CIRCLE, SUITE 255
CORAL GABLES, FL 33134


                                             Debit Account # : XXXXX74205
er Amount : $465,681.79                      Plus Fees :      $0.00
                                             Total Debit : $465,681.79

Info:

1

jcferrer@wtclosings.com

| | |
|---|---|
| From: | PROFESSIONAL BANK <wireroom@myprobank.com> |
| Sent: | Friday, March 11, 2022 1:06 PM |
| To: | bferrer@wtclosings.com; mikedelateja@wtclosings.com; jcferrer@wtclosings.com |
| Subject: | Funds Transfer Out Ref=2021011034 |

Professi(
396 Alhambra Circle,
Coral Gables
Phone: 866
Email: customerservice@mypr(

automated message. Please do not reply **

# OUTGOING WIRE TRANSFER NOTIFICATION

ransfer Ref# : 2021011034                                      Date# : 03/11/22
09 PM
 20220311MMQFMP5I000096 RFB :  OMAD : 20220311F7B74M2C003257
 ABA : ▉▉▉▉▉▉▉ PROFESSIONAL BK FL
XXXXX57609                              OBI : DEPOSIT FOR LUXURY PROPERTY TRUS
MARTHA L. MENDEZ, P.A.
2600 S. DOUGLAS RD, STE 506
CORAL GABLES, FL 33134

                                         BBI :

WINDMILL TITLE COMPANY
9360 SW 72ND STREET
SUITE 285
MIAMI, FL 33171
                                         INS :

PROFESSIONAL BANK
396 ALHAMBRA CIRCLE, SUITE 255
CORAL GABLES, FL 33134


er Amount : $140,000.00        Debit Account # : XXXXX74205
                               Plus Fees :   $0.00
                               Total Debit : $140,000.00
Info:

1

Translated from French

Office of Master Adnene TEKKARI
Bailiff before the appeal circuit of Monastir
Beb El Kram Residence No. 38 Monastir
Phone: 73425519
Tax ID **938097**

### REPORT OF EXAMINATION

Praise God,

No. 20675

On the thirteenth (13) day of the Month of July (07) of the year two thousand and twenty-three (2023)

At the hour: quarter past three in the evening (15:15) and the following.

At the request of Patrick Muller, owner of the Company Nimetex Group, located at the technological pole of Monastir.

Where the petitioner asserts that the wife of "Swagg Man" named "Lolita" has sent an e-mail message to the attorney of her husband named Mehdi Ellouzi who has transferred the message to Mrs Mouna Miled via the WhatsApp application which she has saved on her phone, and he intends to execute an examination of the matter, for this purpose and to fulfil his intention:

I Master Adnene TEKKARI the Bailiff before the appeal circuit of Monastir and residing at the Beb El Kram Residence No. 38 Monastir

We headed at the date and hour mentioned to the headquarters of the Nimetex company, and as we arrived there we examined an electronic message sent from the e-mail named "LOLA REBULARD dolorasbylolita@live.fr" to the e-mail address: Mehdi Avocat Tunisie mehdillouzi@gmail.com dated 29/04/2020 at the hour 11:41 written in French and this text is found therin:

I don't want to make you angry, I'd like to spare you any stress, any worries about expenses, money problems because you're already living so hard where you are now and have been for so long, I was at an impasse. And I needed your opinion, your advice, only you could help me. And you gave me answers. You were the only one who could tell me what to do and what not to do. I'll do anything you want and you know it. I wouldn't do anything against you my life.

So I'm going to stop talking to Johnny, I'm not selling anything, no car, no personal business.

On the other hand, where do you agree that we should always leave the dock and coco plum for sale? Because we have to pay back the loan, so we have to sell it... do we agree on that? From what I understand, the return to 'normality' in the USA will be on 1st June, in the hope of being able to sell the flat quickly to pay off the loan and no longer have to pay the mortgage every month.

So you and Mehdi have come up with the solution of borrowing money from Mr and Mrs Muller. You've asked Mehdi to ask them if they could lend you 10,000, so I'll do the calculations for you to understand that I'd need 20,000. I hope he'll agree to that amount. I'd pay them back in priority with the sale of the flat. Here are the calculations

Coco tax 3171

Marina tax 78-17

Marina charge 4077

Coco charge 2755

=18748

This would leave 1251

Sousse on Monday, 24 July 2023
Translated by: Mohamed Hedhili KHAÏRI, Sworn English Language Translator
Leopold SENGHOR Avenue Sousse 4000, Tunisia
TAX ID: 1498966/R - Mobiles + (216) 22722001 or 97314027
E-mail: mohamedkhiri83@yahoo.fr

Translated from French

I would pay 3 months valet parking 600

There would be 651 left (for the taxes there are late fees, the amount of which I don't know, normally it's a line of a hundred dollars for each tax in relation to the delay).

So with 20,000 I'm really just paying the taxes and charges to get the meter back to zero.

Then I'll have to hope that the Coco rentals start up again so that I can pay off the loan every month while waiting for the flat to be sold (hopefully quickly) to pay off the loan.

And Mr and Mrs Muller first of all of course. Because, as you've seen, there's no surplus if they agree to the 20,000 I don't have the funds to pay off the loan every month. That's why I'm thinking of giving Marina Blue half the amount of the charges to keep at least the amount of the credit for June.

I'd really like Mr and Mrs Muller to lend me this money, because repaying it will be very easy for me.

Repayment will be very easy once the sale is done and I need to take a breather, which I could do with this 20,000.

I have a very important question, and I need you to answer it before I confirm with you.

As we viewed in the same mobile phone a text conversation via the WhatsApp application between the attorney Mehdi ELLOUIZI and Mouna Miled and it is as follows in Arabic

- A Message from the attorney: "For God's Sake Mouna, se how does the woman talks with him where she says "as soon as we sell the apartment we reimburse the Mullers at first which means maybe that they do not intend fraud, did you read that letter?"
- A message from Mouna MILED in French: Yes Indeed, I just deleted it
- A message from the attorney: I called him and he said he would talk with you, it's all up to you
- A message from Mouna MILED in French: Do you guarantee him
- A Message from the attorney: Yes , I did try with him and I told him I'm your warrant no worries, I felt him agreeing but he told me that he should return to Mouna first . Do you know Mouna?! I swear poor she is she was talking to me and crying and she was in such a misery that she called out my pity to the top. The Guy just left her facing all stuff alone

**This is what I viewed at the time and date mentioned above**

**\*\*I did draw this Report for all legal Purposes\*\***

The Bailiff:
Seal and signature of Master Master Adnene TEKKARI deposited

*Sousse on Monday, 24 July 2023*
*Translated by: Mohamed Hedhili KHAÏRI, Sworn English Language Translator;*
*Leopold SENGHOR Avenue Sousse 4000, Tunisia*
*TAX ID: 1498966/R -   Mobiles + (216) 22722001 or 97314027*
*E-mail: mohamedkhiri83@yahoo.fr*

Elkhiri Mohamed Hdhili
Sworn Translator / Interpreter
Tél: 97 314 027 - 22 722 001

**APOSTILLE**

(Convention de La Haye du 5 octobre 1961)

1. Pays : Republique Tunisienne

Le présent acte public

2. a été signé par Mohamed hdhili el khiri
3. agissant en qualité de traducteur assermenté — hdhili. Sworn translator/interpreter
4. est revêtu du sceau /timbre de el khiri mohamed hdhili

Attesté

5. à Sousse  6. le 20/07/2023

7. par Maitre LOUHICHI Mohamed yassin Notaire

8. sous n° 1549

9. Sceau/timbre                10. signature



مكتب الأستاذ عدنان التكاري

عدل منفذ لدى دائرة الاستئناف بالمنستير

اقامة باب الكرم عـ38ـدد المنستير

الهاتف : 73425519

المعرف الجبائي:938097M

- محضر معاينة -

الحمد لله وحده:

العـ20675ـدد الرتبي؛

انه في اليــوم: الثالث عشر (13) من شهر جويلية (07) سنة ألفين وثلاثة وعشرين (2023) وعلى الساعة: الثالثة والربع (15:15) وما يليها.

وبطلـب من: باتريك ميلر، صاحب شركة نيم تاكس قروب، الكائنة بالقطب التكنولوجي بالمنستير.

حيث يفيد العارض أن زوجة المدعو "سواغ مان" وهي المدعوة "لوليتا" كانت قد أرسلت إرسالية على البريد الإلكتروني إلى محامي زوجها المدعو مهدي اللوزي والذي أحال الإرسالية إلى السيدة منى ميلاد عبر تطبيق واتساب والتي قامت بتسجيلها على هاتفها، وهو يرغب في إجراء معاينة في الغرض، لذا ونزولا عند طلبه:

أنـــا الأستاذ عدنان التكاري العدل المنفذ بدائرة قضاء محكمة الاستئناف بالمنستير والمقيم بها باقامة باب الكرم عدد 38 المنستير

توجهنا في التاريخ والساعة المذكورين أعلاه الى مقر شركة نيم تاكس وبالحلول هناك مكنتنا السيدة منى ميلاد من هاتفها الجوال عاينـا بـه رسـالـة الكترونيـة مرسـلة مـن البريد الإلكتروني المسـمى: « LOLA REBULARD dolorasbylolita@live.fr »، إلى البريد الإلكتروني المسمى: « Mehdi Avocat Tunisie mehdillouzi@gmail.com » مؤرخة في 2020/04/29 في الساعة 11:41 كتبت بالفرنسية ومنها النص التالي:



Je suis désolée vraiment désolé de l'avoir rendu très furieux suite à ma dernière lettre de la semaine dernière, je ne veux pas te mettre en colère. J'aimerais t'épargner de tout stress, de toute inquiétude suite aux dépenses, problèmes d'argent car tu vis déjà tellement dure là ou tu te trouve actuellement et depuis si longtemps. j'étais dans une impasse. Et j'avais besoin de ton avis, de tes conseils, toi seul pouvait m'aider. Et tu m'as donner des réponses. Toi seul pouvait me dire quoi faire ou ne pas faire. Je vrais suivre tout ce que tu souhaite et tu le sais. Je ne ferais rien à ton encontre ma vie. Alors je vais arrêter à parler à johnny. je ne vend rien ni voiture, ni affaire personnel.

Par contre on est bien d'accord qu'on laisse toujours en vente le dock et coco plum? Car on doit rembourser la somme du crédit donc on doit le vendre... on est bien d'accord là-dessus? D'après ce que j'ai compris le retour à "la normal" au usa serait pour le 1er juin, en espérant pouvoir vendre rapidement l'appartement pour rembourser la somme empruntée et ne plus avoir à payer tout les mois le crédit.

Voilà Mehdi et toi vous avez trouvé la solution d'emprunter de l'argent à Mr et Mme Muller Tu as demandé à Mehdi de leur demander s'ils pouvaient prêter 10 000, je te fais les calculs pour que tu comprennes qu'il me faudrait 20 000. J'espère qu'il acceptera cette somme. Je les rembourserais en priorité avec la vente de l'appartement. Voici les calculs

Taxe coco 3171

Taxe marina 7847

Charge marina 4977

Charge coco 2755

18748

Il resterait 1251



Je paierais 3 mois valet de parking 600
Il resterait 651 (pour les taxes il y a des frais de retard dont je ne connais pas la somme normalement c'est une centaine de dollars pour chaque taxes par rapport au retard)
Voilà avec 20000 je paie vraiment juste les taxes et les charges pour remettre les compteurs à zéro.
Ensuite il faudra espérer que les locations à coca reprenne pour que je puisse tout les mois le crédit en attendant la vente de l'attendant la vente de l'appartement (rapide j'espère) pour rembourser le crédit.
Et Mr et Mme Muller en priorité bien sûr. Car tu as vu il n'y a pas de surplus si ils acceptent pour les 20000 je n'ai pas de cote pour payer le crédit tout les mois. C'est pourquoi je pense donner à marina blue la moitié de la somme des charges pour garder au moins la somme du crédit du mois de juin.
J'aimerais tellement que Mr et Mme Muller ma prête cette argent car déjà le
Remboursement me sera très facile de l'effectuer une fois la vente faite et car j'ai besoin de souffler et je pourrais le faire grâce à cette somme de 20000.
Une question très importante. j'ai besoin de ta réponse mon pépère. avant de validé avec

كما عاينا بنفس الهاتف الجوال محادثة نصية عبر تطبيق "واتساب" بين المحامي مهدي اللوزي ومنى ميلاد وهي كالتالي:

- رسالة واردة من المحامي: بربي منى عطيت فيك ثقة، شوف كيفاش المرا تحكي معاه قاتلو اول ما نبيعو البرطمان نخلصو Les Mullers أول وحيد يعني ماهمش ناوين على القلبة، قريت هاك الجواب".
- رسالة صادرة من منى ميلاد بالفرنسية: oui après j ai supprimé
- رسالة واردة من المحامي: كلمتو وقالي باش يحكي معاك، تو كل شيء عليك انت
- رسالة صادرة من منى ميلاد بالفرنسية: Tu la assurée?
- رسالة واردة من المحامي: ايه حاولت معاه وقتلو اني ضامن موش متقلق حسيتو قابل اما قلي نرجع لمنى قبل، منى تعرف؟ والله مسكينة كانت تكلم في وتبكي في حالة لعزا سخفتني على الاخر... الطفل خلاها وحدها تهز في راسها وتلطخ

هذا ما تمت لي معاينته في التاريخ والساعة المذكورين أعلاه
** وحررت محضري هذا لكل غاية قانونية **

العدل المنفذ

