jcferrer@wtclosings.com

| | |
|---|---|
| From: | PROFESSIONAL BANK <wireroom@myprobank.com> |
| Sent: | Tuesday, January 18, 2022 2:55 PM |
| To: | bferrer@wtclosings.com; mikedelateja@wtclosings.com; jcferrer@wtclosings.com |
| Subject: | Funds Transfer Inc Ref=2201181SI000186 |

Professi(
396 Alhambra Circle,
Coral Gables
Phone: 866
Email: customerservice@mypr(

automated message. Please do not reply **

# INCOMING WIRE TRANSFER NOTIFICATION

ransfer Ref# : 2201181SI000186                                   Date# : 01/18,
  20220118MMQFMPO7000508 RFB : OMAD : 20220118MMQFMP5I0001860118134BFT01
ABA : ████████  OCEAN BANK MIA
XXXXX74205                                OBI : **FILE NUMBER 21 1203**
LUXURY PROPERTIES TRUST
9360 SUNSET DRIVE
SUITE 285
MIAMI, FL 33173 US
                                          BBI :
NEW MIAMI REALTY CORP
10950 N KENDALL DR
STE 200
MIAMI FL 33176 USA
                                          INS :
OCEAN BANK
780 N.W. 42ND AVE.
MIAMI, FL 33126

                                          Credit Account # : **XXXXX74205**
er Amount : $140,000.00                   Less Fees :    $0.00
                                          Total Credit : $140,000.00
Info:

1

jcferrer@wtclosings.com

| | |
|---|---|
| From: | PROFESSIONAL BANK <wireroom@myprobank.com> |
| Sent: | Tuesday, January 18, 2022 11:38 AM |
| To: | bferrer@wtclosings.com; mikedelateja@wtclosings.com; jcferrer@wtclosings.com |
| Subject: | Funds Transfer Inc Ref=220118I5I000129 |

Professi
396 Alhambra Circle,
Coral Gables
Phone: 866
Email: customerservice@mypr

automated message. Please do not reply **

# INCOMING WIRE TRANSFER NOTIFICATION

ransfer Ref# : 220118I5I000129                           Date# : 01/18,
 20220118I1B7032R013258 RFB : 0066555018825238 OMAD :
18MMQFMP5I00012901181126FT01
 ABA : ▮▮▮▮▮▮▮ WELLS FARGO SF

XXXXX74205                                OBI : FILE 21 1203 ADDRESS 888 BISCA
WINDMILL TITLE COMPANY REAL ESTATE              BLVD NUM 2501
9360 SUNSET DRIVE SUITE 285
MIAMI,FL,US

                                          BBI :

AAA-PLUS FINANCIAL GROUP, INC.
4313 W SUNRISE BLVD
PLANTATION, FL 33313-6749

                                          INS :

                                          Credit Account # : XXXXX74205
er Amount : $466,396.79                   Less Fees    :   $0.00
                                          Total Credit : $466,396.79
Info:
 Beneficiary Advise WRE 3055967074 Sender Charges Code : S Sender Charges
0

1

jcferrer@wtclosings.com

| | |
|---|---|
| From: | PROFESSIONAL BANK <wireroom@myprobank.com> |
| Sent: | Monday, March 14, 2022 11:20 AM |
| To: | bferrer@wtclosings.com; mikedelateja@wtclosings.com; jcferrer@wtclosings.com |
| Subject: | Funds Transfer Out Ref=2021011263 |

Professi(
396 Alhambra Circle,
Coral Gables
Phone: 866
Email: customerservice@mypr(

automated message. Please do not reply **

# OUTGOING WIRE TRANSFER NOTIFICATION

ransfer Ref# : 2021011263                                    Date# : 03/14/22
58 AM
 20220314MMQFMP5I000066  RFB :   OMAD : 20220314F7B74M2C002224
 ABA : ████████ PROFESSIONAL BK FL

XXXXX57609                                   OBI : CASH TO CLOSE FOR LUXURY
MARTHA L. MENDEZ, P.A.                             PROPERTIES TRUST
2600 S. DOUGLAS RD, STE 506
CORAL GABLES, FL 33134

                                             BBI :

WINDMILL TITLE COMPANY
9360 SW 72ND STREET
SUITE 285
MIAMI, FL 33171
                                             INS :

PROFESSIONAL BANK
396 ALHAMBRA CIRCLE, SUITE 255
CORAL GABLES, FL 33134


                                             Debit Account # : XXXXX74205
er Amount : $465,681.79                      Plus Fees : $0.00
                                             Total Debit : $465,681.79

Info:

1

jcferrer@wtclosings.com

| | |
|---|---|
| From: | PROFESSIONAL BANK <wireroom@myprobank.com> |
| Sent: | Friday, March 11, 2022 1:06 PM |
| To: | bferrer@wtclosings.com; mikedelateja@wtclosings.com; jcferrer@wtclosings.com |
| Subject: | Funds Transfer Out Ref=2021011034 |

Professi(
396 Alhambra Circle,
Coral Gables
Phone: 866
Email: customerservice@mypr(

automated message. Please do not reply **

# OUTGOING WIRE TRANSFER NOTIFICATION

ransfer Ref# : 2021011034                    Date# : 03/11/22
09 PM
 20220311MMQFMP5I000096 RFB :  OMAD : 20220311F7B74M2C003257
 ABA :  ███████  PROFESSIONAL BK FL
XXXXX57609                                    OBI : DEPOSIT FOR LUXURY PROPERTY TRUS
MARTHA L. MENDEZ, P.A.
2600 S. DOUGLAS RD, STE 506
CORAL GABLES, FL 33134

                                              BBI :

WINDMILL TITLE COMPANY
9360 SW 72ND STREET
SUITE 285
MIAMI, FL 33171
                                              INS :

PROFESSIONAL BANK
396 ALHAMBRA CIRCLE, SUITE 255
CORAL GABLES, FL 33134


                                              Debit Account # : XXXXX74205
er Amount : $140,000.00                       Plus Fees :       $0.00
                                              Total Debit :  $140,000.00

Info:

1