UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-22276-BLOOM/Otazo-Reyes

PATRICK MULLER and
MOUNA BOUZID,

    Plaintiffs,
v.

ITEB ZAIBET, *et al.*,

    Defendants.
_____/

## ORDER ON MOTION TO WITHDRAW

**THIS CAUSE** is before the Court on Counsel for Plaintiffs Patrick Muller and Mouna Bouzid's ("Plaintiffs") Motion to Withdraw, ECF No. [94] ("Motion"). The Court has carefully reviewed the Motion, the record, and the applicable law, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [94]**, is **GRANTED** as follows:

1. David H. Haft of Lewis Brisbois Bisgaard & Smith, LLP, is directed to serve the Motion and this Order on Plaintiffs at their last known address. David H. Haft shall file a certificate of compliance with this Order **by November 3, 2023**.

2. Thereafter, David H. Haft is relieved of any further responsibilities in the representation of Defendant in this matter.

3. Plaintiffs must inform the Court if they plan to retain new counsel or wish to proceed *pro se*. Plaintiffs must either file a notice indicating that they wish to proceed *pro se* in this matter or have new counsel enter an appearance in this matter **by November 10, 2023**.

Case No. 23-cv-22276-BLOOM/Otazo-Reyes

4. Failure by Plaintiffs to comply will result in appropriate sanctions, including entry of default.

5. All other case deadlines remain strictly in place.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 27, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:   Counsel of Record