**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 23-cv-22276-BLOOM/Otazo-Reyes**

PATRICK MULLER, an individual, and
MOUNA BOUZID, an individual,

      Plaintiffs,

vs.

ITEB ZAIBET, et al

      Defendants.

_____/

**<u>NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL</u>**

COMES NOW the undersigned JOHN D. OSGATHORPE, ESQUIRE and hereby

makes an appearance as additional counsel of record for Plaintiffs PATRICK MULLER and

MOUNA BOUZID in the above styled cause and request that any pleading or other matters

pertaining to this cause be also directed to him on behalf of said Plaintiff.

      **TAYLOR, DAY, GRIMM & BOYD**

      */s/ John D. Osgathorpe*
      John D. Osgathorpe, Esquire
      Florida Bar No. 147620
      Kenneth A. Tomchin, Esquire
      Florida Bar No. 0724955
      50 North Laura Street, Suite 3500
      Jacksonville, Florida 32202
      Telephone:  904-356-0700
      Facsimile: 904-356-3224
      jdo@taylordaylaw.com
      ktomchin@taylordaylaw.com
      amelton@taylordaylaw.com
      lad@taylordaylaw.com
      hmaxwell@taylordaylaw.com
      *Attorneys for Plaintiffs Patrick Muller and*
      *Mouna Bouzid*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 15th day of November 2023, I electronically filed the foregoing document with the United States District Court for the Southern District of Florida by using the CM/ECF system which will send notification of such filing to all counsel of record registered in the CM/ECF System.

                                    */s/ John D. Osgathorpe*
                                    Attorney