## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 2023-cv-22276-BB

PATRICK MULLER, an individual, and  MOUNA
BOUZID, an individual,

        Plaintiffs,

vs.

ITEB ZAIBET a/k/a "Swagg Man", an individual,
LOLITA C. REBULARD, an individual, LUXURY
PROPERTIES INC., a Delaware corporation,
BEACH PROPERTIES RENTAL, INC., a Delaware
corporation, LUXURY PROPERTIES TRUST u/a/d
March 2, 2018, AAA PLUS FINANCIAL GROUP
INC., a Florida corporation, YVETTE TENORD, an
individual, JOHNNY PREVILUS, an individual,
RES INVESTMENT INTER, INC., a Florida
corporation, INFINITE RES INVESTMENT, LLC,
a Nevada limited liability company, NEW MIAMI
REALTY, CORP., a Florida corporation, and
GUZMAN305 TRUST, a Florida trust,

        Defendants.
_____/

## DEFENDANT LUXURY PROPERTIES TRUST'S
## UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE

    Defendant, LUXURY PROPERTIES TRUST dated March 2, 2018, by and through

undersigned counsel, hereby requests that the Court reschedule the Status Conference currently set

for Monday, May 6, 2024 at 11:00 a.m., and in support, states as follows:

    1.    On April 25, 2024, the Court entered an Order Setting Status Conference in this

matter for May 6, 2024 at 11:00 a.m. See DE 122.

    2.    Undersigned counsel (sole practitioner) is already scheduled to be at the Miami-

Dade County Courthouse at 10:30 a.m. on May 6, 2024, for an hour and a half in-person special

set hearing in front of Judge Tanya Brinkley. See *Jorge Agrelo vs. Coral Gate East Condominium, Inc.* (Miami-Dade Case No.: 2022-005392-CA-01).

3.      Therefore, undersigned counsel hereby respectfully requests the Status Conference in this matter be rescheduled so that he may attend.

4.      **CONFERRAL:** Undersigned counsel has conferred with counsel for Plaintiffs and counsel for Defendants Johnny Previlus, Yvette Tenord, AAA Plus Financial Group, Inc., Res Investment Inter, Inc. and Infinite Res Investment, LLC who have all stated that they do not oppose the relief requested.

**WHEREFORE**, Defendant, LUXURY PROPERTIES TRUST dated March 2, 2018, respectfully requests the Court reschedule the Status Conference currently scheduled for May 6, 2024 at 11:00 a.m., in the above-styled cause of action to a later date, together with any and all further relief the Court deems just and proper.

Respectfully submitted,

**DAVID P. REINER, II**; FBN 416400
**REINER & REINER, P.A.**
*Counsel for Luxury Properties Trust*
9100 So. Dadeland Boulevard, Suite 901
Miami, Florida  33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
*dpr@reinerslaw.com; eservice@reinerslaw.com*

2

**CERTIFICATE OF SERVICE**

*I HEREBY CERTIFY that on April 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

**DAVID P. REINER, II**; FBN 416400

3