# EXHIBIT A

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CIVIL DIVISION

PATRICK MULLER

CASE NO.:

Plaintiffs,

vs.

AAA PLUS FINANCIAL GROUP INC.,
YVETTE, TENORD, JOHNNY PREVILUS
Defendants.

_____/

## VERIFIED COMPLAINT FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND PERMANENT INJUNCTION

COMES NOW, PATRICK MULLER Plaintiff in the above styled and numbered

proceeding, by and through counsel, and files this Complaint for a Temporary Restraining

Order, Preliminary Injunction and Permanent Injunction, pursuant to Rule 1.160 of the

Florida Rules of Civil Procedure and in support thereof would show as follows:

### JURISDICTION AND VENUE

1. Plaintiff is a French Citizen who sent one million five hundred thousand euros

   (1,500,000.00) to Wells Fargo Bank in Fort Lauderdale Florida,

2. Defendants, AAA Plus Financial Group, Inc. is a Florida For-Profit Company

   that is located in Broward County, Florida.

3. Defendant, Yvette Tenord, is a resident of Broward County Florida.

4. Defendant, Johnny Previlus, is a Florida Resident and owns a company in

   Broward, County.

5. This is a dispute for funds in excess of $30,000.00

6.  Venue is proper in Broward, County Circuit Court.

## FACTS

7.  Plaintiff, a French citizen, wired Defendants euros in four separate (4) dates totaling one million five hundred thousand euros (1,500,000.00) in the belief that Defendants represented a homeowner selling his property at 5421 Bayview Dr Fort Lauderdale Florida 33308. (**Ex A**)

8.  Defendants through an European intermediary, Mr. Iteb Zaiteb, convinced the Plaintiff this was a legitimate real property purchase and his funds were safe with Defendants.

9.  Plaintiff after losing contact with Defendants researched further and discovered the property was controlled by Florida Luxury Realty NOT Defendants as they had claimed.

10. Further, Florida Luxury Realty advise they did not know Plaintiff and the home was not available for his purchase.

11. Plaintiff notified Wells Fargo Bank but they could not assist without a court order and Defendants did not respond to Plaintiff's demand letter. (**Ex B**)

12. Plaintiff will also suffer immediate irreparable and substantial harm and injury as Defendant is in custody and control of Plaintiff's one million five hundred thousand euros (1,500,000.00) and refuses to perform or return the funds.

## PRELIMINARY STATEMENT

13. The purpose of a temporary injunction is to preserve the status quo while the moving party seeks final injection refile (Planned Parenthood of Greater

Orlando, Inc. v. MMB Props., 211 So 3d 918, 924 (Fla 2017)). A temporary injunction will remain in effect until further order of the court, even if it were issued without notice to the adverse party (Fla R. Civ. P. 1.610(a)(2)). For emergency situations, Florid law authorizes parties to request an ex parte temporary injunction, which is the functional equivalent of the federal temporary restraining order. An ex parte temporary injunction provides the movant immediate temporary relief without notice to the opposing party but also allows the enjoined party to quickly challenge the injunction with a motion to dissolve, which the Court must hear within five days of the enjoined party's request for a hearing date (Fla. R. Civ. P. 1.610(d)).

14. Standard of review for temporary injunction, *Naegele Outdoor Advert. Co. v. City of Jacksonville*, 659 So. 2d 1046, 1047 (Fla. 1995). A court may also consider the following factors when deciding whether to grant an injunction: "(a) the nature of the interest to be protected, (b) the relative adequacy to the plaintiff of [an] injunction and of other remedies, (c) any unreasonable delay by the plaintiff in bringing suit, (d) any related misconduct on the part of the plaintiff, (e) the relative hardship likely to result to [the] defendant if an injunction is granted and to [the] plaintiff if it is denied, (f) the interests of third persons and of the public, and (g) the practicability of framing and enforcing the order or judgment." *Davis v. Joyner*, 409 So. 2d 1193, 1195 (Fla. 4th DCA 1982).

15. In the instant case:

    a. Irreparable harm: the funds are liquid and can move without notice, be hidden form Plaintiff or disposed of prior to the outcome of litigation,

    b. Unavailability of adequate remedy at law: if funds are spent without Plaintiff's consent, or the company closed the Plaintiff has no recourse,

    c. Substantial likelihood of success: Defendant has no ownership interest or lien rights against the funds as they have not preformed and high likelihood this was a fraudulent scheme to strip Plaintiff of his custody of the funds; and

    d. Serves public interest. Allowing Defendant to operate in a dishonest in fraudulent manner in the marketplace of Florida erodes public trust and creates a lawless atmosphere.

16. Also, Defendants are in control of the Company and have acted, are acting and/or will act in a manner that is illegal, oppressive and or fraudulent.

17. Moreover, Plaintiff reasonably believes that Defendants have caused the Plaintiff's funds to be misappropriated, stolen or wasted.  Plaintiff is also reasonably informed and believes that Defendants have or intend to (i) distribute the funds to others. The intermediary (Mr. Iteb Zaiteb) that connected the Plaintiff with the Defendant is under a warrant arrest of the French authorities issued in November 2019 and suspected of defrauding 21 French citizens. It is a highly likely that the funds may be converted to bitcoins or transferred outside the jurisdiction of Florida as the intermediary intended to do for a similar fraud where he was suspected of embezzlement of six million euros from a Swiss bank.  (**Ex C**)

18. Without the assistance of this Court, Plaintiff will suffer immediate irreparable and substantial harm and injury as a result of the deliberate and willful actions of Defendants. **(Ex D)**

19. **<u>Rule 1.610 (a)(1)(B) Certificate Regarding Notice:</u>**

Undersigned counsel certifies that notice of this proceeding should not be required because, should the undersigned notify Defendants they will likely take swift action to move, withdraw or wire the funds from Wells Fargo bank before the Court hears argument on the temporary injunction. Thus, causing harm that will be irreparable since the Defendants' partner in this scheme is out of the United State of America, wanted by European authorities and thus this is against public interest.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray for a temporary restraining order and preliminary injunction prohibiting Defendants, and Wells Fargo Bank from (i) transferring the funds, (ii) distributing the funds, (ii) using the funds for any purpose and (ii) Defendants preserve and protect the assets of the Company pending the full adjudication of this cause.

In the alternative, Plaintiff, Patrick Muller, prays that this Court will immediately appoint disinterested third party as receiver or custodian pendente lite, pursuant to Florida. *Code Ann.* §26-32, Appointment of Special Master, with all powers and duties as this Court may direct in order to preserve the funds until this matter can be fully adjudicated.

Plaintiff further pray for such other general or specific relief as may be proper in the premises.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished via the Florida Courts E-Filing Portal E-Service on all counsel or parties of record on the Service List below, this 15 of February 2022.

Respectfully submitted,

**Renee Marie Smith, Esq.**
110 Front Street, Suite 300
Jupiter, FL 33477
Office: 866-839-1192

By: /s/ Renee M. Smith
Renee M. Smith
Florida Bar Number: 128228
Email: rms@reneemsmithesq.com
Ingrid A. Castro
Florida Bar Number: 103688
ingrid@reneemsmithesq.com
*Counsel for Plaintiffs*

## SERVICE LIST

Defendant
AAA PLUS FINANCIAL GROUP INC.
c/o Yvette Tenord as R/A
4313 West Sunrise Blvd.
Plantation, FL 33313

Defendant
YVETTE TENORD
4313 West Sunrise Blvd.
Plantation, FL 33313

Defendant
JOHNNY PREVILUS
2181 SW Newport Isles Blvd.
Port St. Lucie, FL 34953

NOT AN OFFICIAL COPY – PUBLIC ACCESS COPY – NOT AN OFFICIAL COPY

 **BNP PARIBAS**

Composite Exhibit A



# Virement en votre faveur

| Montant envoyé | 500000.00 EUR |
|---|---|
| Montant reçu | 500000.00 EUR |
| Date de saisie | 03/12/21 à 12h09 |
| Motif | INVESTMENT REAL ESTATE |

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

11:34

 **Rayan** 

Urgent 16:51

📞 Appel vocal manqué à 16:49

Coucou Patrick. Voici le compte :

Compte société : AAA PLUS FINANCIAL GROUP, INC.

Adress : 2181 SW NEWPORT ISLES PORT ST LUCIE, FLORIDA 34953 U.S.A

Numéro de compte # :
6899382565
Routing number # : 121000248

SWIFT/BIC CODE: WFBIUS6S
Nom de la banque : Wells Fargo.

Adress de la banque :
420 MONTGOMERY ST
SAN FRANCISCO, CA 94104

Le motif de l'envoie : investment real estate (investissement immobilier). 

19:26

NOT AN OFFICIAL COPY, PUBLIC ACCESS, NOT AN OFFICIAL COPY





# Virement en votre faveur

| | |
|---|---|
| Montant envoyé | 250000.00 EUR |
| Montant reçu | 250000.00 EUR |
| Date de saisie | 23/12/21 à 10h42 |
| Motif | Investment real estate |

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

10:48



# VOTRE VIREMENT INTERNATIONAL A BIEN ÉTÉ ENREGISTRÉ

Cette demande de virement doit être vérifiée par un conseiller qui vous contactera prochainement.
Vous pouvez suivre l'évolution de ce virement depuis l'onglet Historique de votre espace virements.

| | |
|---|---|
| Date de virement | 07 janvier 2022 |
| Motif | INVESTMENT REAL ESTATE |
| Montant envoyé | 250000,00 EUR |
| Montant reçu | 250000,00 EUR |
| Ref bancaire | ZZ1B5HWEKM0WYJXHB |

Informer le bénéficiaire

Terminer

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY



# VOTRE VIREMENT INTERNATIONAL A BIEN ÉTÉ ENREGISTRÉ

Cette demande de virement doit être vérifiée par un conseiller qui vous contactera prochainement.
Vous pouvez suivre l'évolution de ce virement depuis l'onglet Historique de votre espace virements.

| | |
|---|---|
| Date de virement | 03 décembre 2021 |
| Motif | INVESTMENT REAL ESTATE |
| Montant envoyé | 500000,00 EUR |
| Montant reçu | 500000,00 EUR |
| Ref bancaire | ZZ1AY4CUXLSUBS3MZ |

Informer le bénéficiaire

Terminer



1825 NW Corporate Blvd, Suite 110
Boca Raton, Florida 33431
T: 561.461.6466 ~ F: 561.461.6348
steven@ganimlawgroup.com

February 2, 2022

**VIA CERTIFIED MAIL RRR &**
**FIRST CLASS U.S. MAIL**
*7021 0350 0000 9205 6798*

AAA Plus Financial Group, Inc.
c/o Johnny Previlus
2181 SW Newport Isles Blvd
Port St. Lucie, Florida 34953

Composite Exhibit B

Dear Mr. Previlus:

This office represents Patrick Muller ("Mr. Muller") with regard to the matter of a fraudulent real estate transaction. Please direct all correspondence regarding this matter to the attention of the undersigned.

Mr. Muller initiated a series of four (4) wire transfers over the time period December 3, 2021 to January 7, 2022 totaling One Million Five Hundred Thousand and 00/100 Euros (1,500,000.00) to an account at Wells Fargo Bank (Account No. 6899382565; Routing No. 121000248) owned by AAA Plus Financial Group, Inc ("AAA Plus Financial"). According to the Florida Division of Corporations database, you are listed as the Chief Executive Officer of AAA Plus Financial.

The foregoing transfers were made by Mr. Muller based on the belief that he was purchasing a parcel of real property located in Broward County, Florida and commonly described as 5421 Bayview Drive, Fort Lauderdale, Florida 33308 ("Subject Property"). After a minimal amount of research, it is evident that the Subject Property is not listed for sale. This fact was confirmed by Florida Luxury Realty; the real estate office involved in this transaction.

Your actions are likely violative of 18 U.S. Code §1343, which prohibits fraud by wire, radio or television. 18 U.S. Code §1343 provides as follows:

> Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially

1

declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

If convicted under this statute, the possible sanctions that you may be subject to include (i) a monetary fine of up to One Million and 00/100 Dollars ($1,000,000.00); (ii) up to thirty (30) years in federal prison; or (iii) both.

In light of the foregoing, demand is hereby made that you return the One Million Five Hundred Thousand and 00/100 Euros (1,500,000.00) to the undersigned within ten (10) days of the date of this correspondence. The funds shall be paid via wire transfer to the undersigned's trust account. Your failure to return the funds procured by fraud shall result in this firm taking any and all appropriate actions to protect Mr. Muller's interests including initiating civil and criminal actions against you. Should you desire to discuss this matter, please contact the undersigned to arrange for payment.

Best Regards,

Steven G. Ganim, Esq.
For the Firm

cc: Yvette Tenord, 4313 West Sunrise Blvd., Plantation, Florida 33313

2



1825 NW Corporate Blvd, Suite 110
Boca Raton, Florida 33431
T: 561.461.6466 ~ F: 561.461.6348
steven@ganimlawgroup.com

February 2, 2022

**VIA CERTIFIED MAIL RRR &**
**FIRST CLASS U.S. MAIL**
*7018 3090 0001 3537 0629*

Wells Fargo Bank
Corporate Office
420 Montgomery Street
San Francisco, California 94104

Dear Mr. Sir or Madam:

This office represents Patrick Muller ("Mr. Muller") with regard to the matter of a fraudulent real estate transaction. The purpose of this correspondence is to memorialize Wells Fargo's failure to provide assistance or information regarding the matter described below. Please direct all correspondence regarding this matter to the attention of the undersigned.

Mr. Muller initiated a series of four (4) wire transfers over the time period December 3, 2021 to January 7, 2022 totaling One Million Five Hundred Thousand and 00/100 Euros (1,500,000.00) to an account at Wells Fargo Bank (Account No. 6899382565; Routing No. 121000248) owned by AAA Plus Financial Group, Inc.

The foregoing transfers were made by Mr. Muller based on the belief that he was purchasing a parcel of real property located in Broward County, Florida and commonly described as 5421 Bayview Drive, Fort Lauderdale, Florida 33308 ("Subject Property"). After a minimal amount of research, it is quite clear that the Subject Property is not listed for sale. This fact was confirmed by Florida Luxury Realty, the real estate office involved in this transaction.

On February 1, 2022, the undersigned contacted Wells Fargo's Corporate office. The undersigned reported the above-referenced facts and circumstances and indicated that fraudulent activity is believed to have occurred. The undersigned was advised by the Wells Fargo representative that there was nothing that Wells Fargo could do to be of assistance, and that Wells Fargo was not able to provide any information regarding the account or the fraudulent transfer of funds.

Best Regards,

Steven G. Ganim, Esq.
For the Firm

1

# Composite Exhibit C

Iteb ZAIBET
(LUXURIOUS
PROPRETIES,INC) 8
the Grand, DE
DELAWER- USA
+1 305 615 9781
Itebzaibet@gmail.com



SCAVI ROBBIANI SA
Via Beroldingen 18.
6850 Mendrisio
SUISSE
+41 (0)91 640 30 44
info@robbiani.ch

Lugano, le 19 Decembre 2018

## BON DE COMMANDE n° (732546Y9823 : 2018/Decembre/19)

Date de la commande : 19 Decembre 2018
Date de livraison : 22 Mars 2019
Adresse de livraison : SCAVI ROBBIANI SA
Via Beroldingen 18, 6850 Mendrisio SUISSE

| RÉF. | DÉSIGNATION | PRIX UNITAIRE HT | QUANTITÉ | TOTAL HT | TVA | TOTAL TTC |
|------|-------------|------------------|----------|----------|-----|-----------|
| 445349 | VIGAN TYPE 120 & 200 | 2.638.000€ | 2 | 2.638.000€ | TVA NON APPLICA BLE ART.293B DU CGI | 5.276.000€ |
| | | | TOTAL | 5.276.000€ | | |

*(Si auto-entrepreneur : « TVA non applicable, article 293B du CGI »)*

Acompte de 100 %, payable à la commande par virement bancaire. Solde payable sous 24h

après signature de l'agrément à réception de facture, par virement bancaire.

Pénalité de retard au taux annuel de 25 %
En cas de retard de paiement, application d'une indemnité forfaitaire pour frais de recouvrement de 400.000 euros
(article D. 54361-5 du code du commerce).

Modalités de rétraction : (*aucune retraction possible après signature de l'agrement*)

Accepté par le client :



19/12/2018

# State Of Delaware

Entity Details

8/21/2020  11:25:27AM

| | |
|---|---|
| File Number: 7170353 | Incorporation Date / Formation Date:  11/29/2018 |
| Entity Name:  LUXURY PROPERTIES, INC. | |
| Entity Kind:  Corporation | Entity Type:  General |
| Residency:  Domestic | State:  DELAWARE |
| Status:  AR Delinquent, Tax Due | Status Date:  3/2/2020 |

**Registered Agent Information**

| | |
|---|---|
| Name:  A REGISTERED AGENT, INC. | |
| Address:  8 THE GREEN, STE A | |
| City:  DOVER | Country: |
| State:  DE | Postal Code:  19901 |
| Phone:  302-288-0670 | |

**Tax Information**

| | |
|---|---|
| Last AnnualReport Filed:    2018 | Tax Due:  $ 408.78 |
| Annual Tax Assessment:    $175 | Total Authorized Shares:  1000 |

**Filing History (Last 5 Filings)**

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | Stock Corporation | 1 | 11/29/2018 | 12:36 PM | 11/29/2018 |

NOT AN OFFICIAL COPY – PUBLIC ACCESS

NOT AN OFFICIAL COPY

BHBKTNTTXXX   BANQUE DE L'HABITAT

26/12/2018

## Message Swift

| File Name : | 00104694-001-20181221-150300-A | | 1/2 |
|---|---|---|---|
| Date Swift : | 21/12/2018   Heure Swift :   15:03:00 | SESSION N° : 577  SEQUENCE N° : 704366  MSG REFERENCE : 577704366 | |
| Sens Swift : | Arrivée | | |
| MT N°: | 103 | Single Customer Credit Transfer | |

| 1 | Envoyeur/Sender | HELADEFFXXX --- LANDESBANK HESSEN-THUERINGEN GIROZENTRALE --- FRANKFURT AM MAIN/GERMANY |
|---|---|---|
| 2 | Destinataire/Receiver | BHBKTNTTXXX --- BANQUE DE L'HABITAT --- TUNIS/TUNISIA |
| 20 | Transaction Reference Number | 002017NK580 |
| 23B | Identification of the Option | CRED |
| 32A | Value Date, Currency Code, Montant | --- Date :   24/12/2018<br>--- Devise :   CHF<br>--- Montant :   1999988,00 |
| 33B | T/C Refund Amount | --- Price Or Currency :   CHF<br>--- Amount :   2000000,00 |
| 50K | Ordering Customer | --- (Account) :   - /CH5680375000109301625<br>--- (Name & Address) :   SCAVI ROBBIANI SA |
| 52A | Ordering Institution | --- CCB N° :   RAIFCH2375  --- RAIFFEISEN SCHWEIZ GENOSSENSCHAFT --- LUGANO/SWITZERLAND |
| 53A | BIC Sender's Correspondent | RAIFCH22 --- RAIFFEISEN SCHWEIZ GENOSSENSCHAFT --- ST. GALLEN/SWITZERLAND |
| 54A | BIC Receiver's Correspondent | --- Party Identifier :   ZKBKCHZZ80A --- ZUERCHER KANTONALBANK --- ZURICH/SWITZERLAND |
| 59 | Enquired Party | --- Account Number :   /TN5914104104172700617130<br>--- Customer :   ZAIBET ITEB |
| 70 | Remittance Information | ACHAT MACHINE POUR DECHARGE SELON AGREEMENT DU 20.12.2018 |
| 71A | Reimbursing Bank's Charges | SHA |
| 71F | Sender's Charges | --- Devise :   CHF<br>--- Montant :   12,00 |
| BH | Swift Information | {MAC:00000000}{CHK:E5F395F4D1BA}}{S:{SAC:}{COP:P}} |

BHBKTNTTXXX
BANQUE DE L'HABITAT

**BHBKTNTTXXX    BANQUE DE L'HABITAT**                                          28/12/2018

## Message Swift

| File Name : | 00105003-20181224-124400-A | | 1/1 |
|---|---|---|---|
| Date Swift : | 24/12/2018   Heure Swift :   12:44:00 | SESSION N° : 579  SEQUENCE N° : 704901  MSG REFERENCE : 579704901 | |
| Sens Swift : | Arrivée | | |
| MT N° : | 999 | Free Format Message | |

| 1 | Envoyeur/Sender | RAIFCH22XXX --- RAIFFEISEN SCHWEIZ GENOSSENSCHAFT --- ST. GALLEN/SWITZERLAND |
|---|---|---|
| 2 | Destinataire/Receiver | BHBKTNTTXXX --- BANQUE DE L'HABITAT --- TUNIS/TUNISIA |
| 20 | Transaction Reference Number | RSI181224-000072 |
| 21 | Cheque Number | 14115769245/1XXX |
| 79 | Narrative | TOP URGENT - FRADULENT PAYMENT - TOP URGENT<br>WE REFER TO OUR PAYMENT SENT THROUGH BARCGB22<br>WITH FOLLOWING DETAILS<br>PLEASE URGENTLY STOP PAYMENT AS PAYMENT IS<br>FRADULENT<br>20:14115769245/1XXX<br>23B:CRED<br>32A:181224EUR3500000,<br>33B:EUR3500000,<br>50K:/CH5680375000109301625<br>SCAVI ROBBIANI SA<br>VIA BRESCE 2<br>6854 S. PIETRO<br>CH<br>52A:RAIFCH2237S<br>57A:BHBKTNTT<br>59:/TN5914104104172700617130<br>ZAIBET ITEB<br>TN-TUNIS<br>70:ACHAT SECONDE MACHINE POUR DECHARG<br>E EN MENDRISIO<br>SELON AGREEMENT DU 19.12.2018<br>71A:SHA<br>PLEASE ADDRESS ALL FUTURE CORRESPONDENCE<br>CONCERNING THIS INVESTIGATION<br>TO UNDERSIGNED QUOTING REFERENCE<br>RSI181224-000072.<br>BEST REGARDS,<br>ARIZON SOURCING AG<br>CHANTAL BRULHART |
| BH | Swift Information | {CHK:E777107F51F9}}{S:{COP:S}} |

http://www.bh.com.tn

**BHBKTNTTXXX**   **BANQUE DE L'HABITAT**                                                   26/12/2018

## Message Swift

| File Name : | 00104999-20181224-123400-A | | 2/2 |
|---|---|---|---|
| Date Swift : | 24/12/2018   Heure Swift :   12:34:00 | SESSION N° : 579  SEQUENCE N° : 704895  MSG REFERENCE : 579704895 | |
| Sens Swift : | Arrivée | | |
| MT N° : | 103 | Single Customer Credit Transfer | |

| | | | |
|---|---|---|---|
| 1 | Envoyeur/Sender | BBRUBEBB010 --- ING BELGIUM NV/SA (FORMERLY BANK BRUSSELS LAMBERT --- BRUSSELS/BELGIUM | |
| 2 | Destinataire/Receiver | BHBKTNTTXXX --- BANQUE DE L'HABITAT --- TUNIS/TUNISIA | |
| 20 | Transaction Reference Number | H01812246148018 | |
| 23B | Identification of the Option | CRED | |
| 32A | Value Date, Currency Code, Montant | --- Date :        24/12/2018 --- Devise :      EUR --- Montant :     3499925, | |
| 33B | T/C Refund Amount | --- Price Or Currency :   EUR --- Amount :             3500000, | |
| 50K | Ordering Customer | --- (Account) :    /CH5680375000109301625 --- (Name & Address) :      SCAVI ROBBIANI SA | |
| 52A | Ordering Institution | --- CCB N° :      RAIFCH22375  --- RAIFFEISEN SCHWEIZ GENOSSENSCHAFT --- LUGANO/SWITZERLAND | |
| 59 | Enquired Party | --- Account Number :   /TN5914104104172700617130 --- Customer :          ZAIBET ITEB | |
| 70 | Remittance Information | ACHAT SECONDE MACHINE POUR DECHARG E EN MENDRISIO SELON AGREEMENT DU 19.12.2018 | |
| 71A | Reimbursing Bank's Charges | SHA | |
| 71F | Sender's Charges | --- Devise :     EUR --- Montant :    35, | |
| 71F | Sender's Charges | --- Devise :     EUR --- Montant :    30, | |
| 71F | Sender's Charges | --- Devise :     EUR --- Montant :    10, | |
| 72 | Sender to Receiver Information | /INS/RAIFCH22XXX /INS/BARCGB22 | |
| BH | Swift Information | {MAC:00000000}{CHK:FD8DEA0A5336}}{S:[SAC:][COP:P]} | |

**BHBKTNTTXXX   BANQUE DE L'HABITAT**

28/12/2018

## Message Swift

| File Name : | 00105669-20181227-101400-A | | 1/2 |
|---|---|---|---|
| Date Swift : | 27/12/2018    Heure Swift :    10:14:00 | SESSION N° : 582  SEQUENCE N° : 705878  MSG | |
| Sens Swift : | Arrivée | REFERENCE : 582705878 | |
| MT N° : | 192 | **Request for Cancellation** | |

| | | |
|---|---|---|
| 1 | Envoyeur/Sender | HELADEFFXXX --- LANDESBANK HESSEN-THUERINGEN GIROZENTRALE --- FRANKFURT AM MAIN/GERMANY |
| 2 | Destinataire/Receiver | BHBKTNTTXXX --- BANQUE DE L'HABITAT --- TUNIS/TUNISIA |
| 20 | Transaction Reference Number | HLB181224-04485 |
| 21 | Cheque Number | 002017HK580 |
| 11S | MT and Date of the Original Message | --- Message Type Number :       103 <br> --- Date :                    20 <br> --- Session Number : <br> --- Input Sequence Number : <br><br> 181220 |
| 79 | Narrative | DUE TO POSSIBLE FRAUD <br> PLEASE RETURN FUNDS TO US QUOTING OUR REF: <br> HLB181224-04485 <br> KIND REGARDS <br> HELADEFF  --------LANDESBANK HESSEN-THUERINGEN GIROZENTRALE  GERMANY |
| 20 | Transaction Reference Number | 002017HK580 |
| 23B | Identification of the Option | CRED |
| 32A | Value Date, Currency Code, Montant | --- Date :           24/12/2018 <br> --- Devise :         CHF <br> --- Montant :        # 1 999 988,00 # |
| 33B | T/C Refund Amount | --- Price Or Currency :    CHF <br> --- Amount :             # 2 000 000,00 # |
| 50K | Ordering Customer | --- (Account) :        /CH5680375000109301625 <br> --- (Name & Address) : <br><br> SCAVI ROBBIANI SA <br> VIA BRESCE 2 <br> 6854 S. PIETRO <br> CH |
| 52A | Ordering Institution | --- CCB N° : <br> GENOSSENSCHAFT ---        RAIFCH22375  --- RAIFFEISEN SCHWEIZ <br> LUGANO/SWITZERLAND <br> --- BIC : |
| 53A | BIC Sender's Correspondent | RAIFCH22 --- RAIFFEISEN SCHWEIZ GENOSSENSCHAFT --- <br> ST. GALLEN/SWITZERLAND |
| 54A | BIC Receiver's Correspondent | --- Party Identifier :    ZKBKCHZZ80A --- ZUERCHER KANTONALBANK --- <br> ZURICH/SWITZERLAND <br> --- BIC/BEI : |
| 59 | Enquired Party | --- Account Number :    /TN5914104104172700617130 <br> --- Customer : <br><br> ZAIBET ITEB <br> TN-TUNIS |
| 70 | Remittance Information | ACHAT MACHINE POUR DECHARGE <br> SELON AGREEMENT DU 20.12.2018 |
| 71A | Reimbursing Bank's Charges | SHA |

BHBKTNTTXXX   **BANQUE DE L'HABITAT**

28/12/2018

**Message Swift** لمف استرجاع امول مالبلك الدا

| File Name : | 00105669-20181227-101400-A | | 1/2 |
|---|---|---|---|
| Date Swift : | 27/12/2018 | Heure Swift : 10:14:00 | SESSION N° : 582 SEQUENCE N° : 705878 MSG REFERENCE : 582705878 |
| Sens Swift : | Arrivée | | |
| MT N° : | 192 | Request for Cancellation | |

| 1 | Envoyeur/Sender | HELADEFFXXX --- LANDESBANK HESSEN-THUERINGEN GIROZENTRALE --- FRANKFURT AM MAIN/GERMANY |
|---|---|---|
| 2 | Destinataire/Receiver | BHBKTNTTXXX --- BANQUE DE L'HABITAT --- TUNIS/TUNISIA |
| 20 | Transaction Reference Number | HLB181224-04485 |
| 21 | Cheque Number | 002017NK580 |
| 11S | MT and Date of the Original Message | --- Message Type Number : 103<br>--- Date : 20<br>--- Session Number :<br>--- Input Sequence Number :<br><br>181220 |
| 79 | Narrative | DUE TO POSSIBLE FRAUD<br>PLEASE RETURN FUNDS TO US QUOTING OUR REF:<br>HLB181224-04485<br>KIND REGARDS<br>HELADEFF -------LANDESBANK HESSEN-THUERINGEN GIROZENTRALE   GERMANY |
| 20 | Transaction Reference Number | 002017NK580 |
| 23B | Identification of the Option | CRED |
| 32A | Value Date, Currency Code, Montant | --- Date : 24/12/2018<br>--- Devise : CHF<br>--- Montant : # 1 999 988,00 # |
| 33B | T/C Refund Amount | --- Price Or Currency : CHF<br>--- Amount : # 2 000 000,00 # |
| 50K | Ordering Customer | --- (Account) : /CH5680375000109301625<br>--- (Name & Address) :<br><br>SCAVI ROBBIANI SA<br>VIA BRESCE 2<br>6854 S. PIETRO<br>CH |
| 52A | Ordering Institution | --- CCB N° : RAIFCH22375 --- RAIFFEISEN SCHWEIZ<br>GENOSSENSCHAFT ---<br>LUGANO/SWITZERLAND<br>--- BIC : |
| 53A | BIC Sender's Correspondent | RAIFCH22 --- RAIFFEISEN SCHWEIZ GENOSSENSCHAFT ---<br>ST. GALLEN/SWITZERLAND |
| 54A | BIC Receiver's Correspondent | --- Party Identifier : ZKBKCHZZ80A --- ZUERCHER KANTONALBANK ---<br>ZURICH/SWITZERLAND<br>--- BIC/BEI : |
| 59 | Enquired Party | --- Account Number : /TN5914104104172700617130<br>--- Customer :<br><br>ZAIBET ITEB<br>TN-TUNIS |
| 70 | Remittance Information | ACHAT MACHINE POUR DECHARGE<br>SELON AGREEMENT DU 20.12.2018 |
| 71A | Reimbursing Bank's Charges | SHA |

NOT AN OFFICIAL COPY - PUBLIC REGISTER - NOT AN OFFICIAL COPY



a Pretorio 16
6901 Lugano

Telefono  091 815 53 11
fax        091 815 50 79

funzionario
incaricato

Repubblica e Cantone
Ticino

Ministero pubblico
6900 Lugano

## Domanda di assistenza giudiziaria

Raccomandata
All'Autorità giudiziaria competente per
Tunisi

tramite
Ufficio federale di giustizia
Settore Assistenza giudiziaria interna-
Bundesrain 20
3003 Bern

Incarto n.
INC.2018.11570/AMB/br          Vs. riferimento

Lugano
30 aprile 2019

## Il Procuratore Generale sostituto

Andrea Maria Balerna

### DOMANDA DI ASSISTENZA GIUDIZIARIA INTERNAZIONALE IN MATERIA PENALE

### che presenta il Ministero Pubblico del Canton Ticino (Svizzera) e per esso Procuratore Generale sostituto Andrea Maria Balerna

Egregio Collega,

nell'ambito del procedimento penale aperto

nei confronti di:

Stefano BILLETER, nato il 28.02.1987, residente in via Rianella 2, Stal
(Svizzera), bancario, celibe,
*attualmente in stato di detenzione preventiva*

per titolo di:

truffa (art. 146 cpv. 1 CP), abuso di un impianto per l'elaborazione di dati (
147 cpv. 1 CP) e falsità in documenti (art. 251 cifra 1 CP) (testi di legg
annessi)

vi chiedo cortesemente assistenza giudiziaria internazionale in materia penale, su base di reciprocità.

### 1. Fattispecie

Tra il 21 e il 24 dicembre 2018 Stefano Billeter, all'epoca dipendente della Banca Raiffeisen di Lugano,
ha malversato denaro dai conti di clienti dell'istituto bancario. In particolare, e per quanto d'interess-
per la presente richiesta di assistenza, l'imputato ha effettuato illecitamente due bonifici a debito del
relazione IBAN CH56 8037 5000 1093 0162 5 intestata alla ditta Scavi Robbiani SA, e a favore della

relazione IBAN TN59 1410 4104 1727 0061 7130 intestata a Iteb Zaibet presso Banque de l'Ha[...] Tunisi, e meglio:

> 21 dicembre 2018: CHF 2 milioni
> 24 dicembre 2018: € 3,5 milioni

Il suo scopo era quello di impossessarsi di questo denaro; a suo dire, gli estremi del conto pre[...] Banque de l'Habitat gli sarebbero stati forniti da persone conosciute su internet, che lo stav[...] aiutando a commettere il suo piano criminale. In sostanza, queste persone gli avrebbero fornit[...] estremi del conto presso Banque de l'Habitat, assicurandogli che in seguito gli avrebbero fatto ave[...] denaro pervenuto su questa relazione bancaria. Per i dettagli, rinvio al suo verbale d'interrogatorio [...] 17 aprile 2019, allegato. Per una conferma dell'illiceità dei due bonifici in oggetto, rinvio allo scritt[...] aprile 2019 di Banca Raiffeisen Lugano, allegato.

## 2. In diritto

I reati per i quali si procede nei confronti di Stefano Billeter si configurano nei reati di truffa, abuso di [...] impianto per l'elaborazione di dati e falsità in documenti. Rinvio al testo degli articoli estratti dal Cod[...] penale svizzero, allegati.

## 3. Atti di assistenza giudiziaria di cui si chiede l'esecuzione

Alfine di fare chiarezza sulla vicenda e permettere il rientro dei fondi illecitamente bonificati dal[...] relazione IBAN CH56 8037 5000 1093 0162 5 intestata alla Scavi Robbiani SA vi chiedo assistenz[...] giudiziaria, e in particolare:

3.1   disporre il rientro a favore della relazione IBAN CH56 8037 5000 1093 0162 5 intestata alla Scavi Robbiani SA presso Banca Raiffeisen Lugano delle somme indebitamente trasferit[...] dall'imputato, e meglio CHF 2 milioni e € 3,5 milioni. Lo scopo è di far rientrare in possesso [...] questi denari il legittimo proprietario.

3.2   identificare e interrogare il titolare della relazione IBAN TN59 1410 4104 1727 0061 713[...] intestata a Iteb Zaibet presso Banque de l'Habitat, Tunisi, alfine di capire il suo ruolo nel pian[...] criminale di Stefano Billeter, rispettivamente identificare le persone che hanno fornito a Stefano Billeter gli estremi del conto bancario tunisino in oggetto.

Resto a vostra disposizione, invitandovi a contattarmi, (anche per e-mail, in frances[...] andrea.balerna@ti.ch), qualora necessario.

Nel ringraziarvi per la preziosissima collaborazione, mi è gradita l'occasione per esprimervi la mia massima stima.

Il Procuratore Generale sostituto
Andrea Maria Balerna



Allegati:   -   testi di legge artt. 146, 251 e 147 del Codice penale svizzero
-   verbale d'interrogatorio di Stefano Billeter del 17 aprile 2019
-   lettera 17 aprile 2019 di Banca Raiffeisen, Lugano

**Art. 146** Truffa

¹ Chiunque, per procacciare a sé o ad altri un indebito profitto, inganna con astuzia una persona affermando cose false o dissimulando cose vere, oppure ne conferma subdolamente l'errore inducendol in tal modo ad atti pregiudizievoli al patrimonio proprio o altrui, è punito con una pena detentiva sino cinque anni o con una pena pecuniaria.

² La pena è una pena detentiva sino a dieci anni o una pena pecuniaria non inferiore a 90 aliquote giornaliere se il colpevole fa mestiere della truffa.

³ La truffa a danno di un congiunto o di un membro della comunione domestica è punita soltanto a querela di parte.

**Art. 147** Abuso di un impianto per l'elaborazione di dati

¹ Chiunque, per procacciare a sé o ad altri un indebito profitto, servendosi in modo abusivo, incompleto o indebito di dati, oppure di un analogo procedimento, influisce su un processo elettronico o simile di trattamento o di trasmissione di dati e provoca, per mezzo dei risultati erronei così ottenuti, un trasferimento di attivi a danno di altri o dissimula un trasferimento di attivi appena effettuato, è punito con una pena detentiva sino a cinque anni o con una pena pecuniaria.

² La pena è una pena detentiva sino a dieci anni o una pena pecuniaria non inferiore a 90 aliquote giornaliere se il colpevole fa mestiere di tali operazioni.

³ L'abuso di un impianto per l'elaborazione di dati a danno di un congiunto o di un membro della comunione domestica è punito soltanto a querela di parte.

**Art. 251**¹Falsità in documenti

1. Chiunque, al fine di nuocere al patrimonio o ad altri diritti di una persona o di procacciare a sé o ad altri un indebito profitto,

forma un documento falso od altera un documento vero, oppure abusa dell'altrui firma autentica o dell'altrui segno a mano autentico per formare un documento suppositizio, oppure attesta o fa attestare ir. un documento, contrariamente alla verità, un fatto di importanza giuridica,

o fa uso, a scopo d'inganno, di un tale documento,

è punito con una pena detentiva sino a cinque anni o con una pena pecuniaria.

2. Nei casi di esigua gravità, può essere pronunciata la pena detentiva sino a tre anni o una pena pecuniaria.

---

¹ Nuovo testo giusta il n. I della LF del 17 giu. 1994, in vigore dal 1° gen. 1995 (RU **1994** 2290; FF **1991** II 797).



| | |
|---|---|
| Incarto n.<br>INC.2018.11570/AMB/br | Lugano<br>17 aprile 2019 |
| | Inizio ore 11:00 |

Repubblica e Cantone
Ticino

**Ministero pubblico**

# Verbale di interrogatorio dell'imputato

1 Dinanzi al Procuratore Pubblico Andrea Maria Balerna, assistito dalla segretaria R.B.

4 compare tradotto dal carcere e, invitato a declinare le proprie generalità, dichiara

6 sono **Billeter Stefano**, nato il 28.02.1987 a Mendrisio, di Luca
7 Fiorella nata Bianchi, attinente di Männedorf, con domicilio
8 Via Rianella 2, 6855 Stabio, celibe,

11 E' pure presente: l'avv. Andrea Rigamonti, Chiasso, difensore di fiducia di Stefan
12 Billeter

14 Prendo atto di essere sentito in qualità di imputato nell'ambito del procedimento pena'
15 a mio carico per titolo di truffa, abuso di un impianto per l'elaborazione di dati e falsità
16 documenti, in particolare in relazione alla malversazione di denaro da me commessa i
17 seno al mio ex datore di lavoro Banca Raiffeisen Lugano, consistente in due bonif
18 illeciti a favore di un conto presso una banca tunisina, per CHF 2 milioni e € 3,5 milion.

19 Prendo atto che in qualità di imputato ho la facoltà di non rispondere e di no
20 collaborare. Le mie dichiarazioni potranno essere utilizzate come mezzi di prova.

21 **L'interrogante mi chiede di prendere posizione con riferimento alle seguenti du**
22 **operazioni bancarie a debito della relazione bancaria intestata alla ditta Sci**
23 **Robbiani SA, IBAN CH56 8037 5000 1093 0162 5 presso Banca Raiffeisen Lugan**
24 **entrambe a favore della relazione IBAN TN59 1410 4104 1727 0061 7130 intestata**
25 **Iteb Zalbet presso Banque de l'Habitat (Tunisia):**

26 **- 21 dicembre 2018: bonifico di CHF 2'000'000.00.**

27 **- 24 dicembre 2018: bonifico di Euro 3'500'000.00**

28 Riconosco di avere disposto io, nella mia veste di funzionario di banca, queste du
29 operazioni, all'insaputa del cliente e della banca.

30 Volevo appropriarmi di questo denaro.



Ministero pubblico          Interrogatorio di
                            **Billeter Stefano**

Incarto n.
INC.2018.11570/AMB/br                    17 aprile 2019

2

L'interrogante mi chiede perché ho bonificato il denaro che volevo sottrarre a favore di questo conto presso Banque de l'Habitat e come avrei fatto a entrare in possesso di questo denaro.

Su internet (dark web) sono entrato in contatto con delle persone, di cui non conosco la vera identità, che mi hanno offerto di aiutarmi nel mio piano. Sono loro che mi hanno fornito gli estremi di questo conto bancario. Avrebbero dovuto successivamente accreditarmi l'equivalente in bitcoin. Non so null'altro di questo conto e non conosco assolutamente il suo titolare, tale Iteb Zaibet. Dopo avere disposto questi due bonifici abusivi sono scappato dalla Svizzera alla volta di Panama. Volevo rifarmi una vita all'estero. Ho però presto scoperto che i bonifici abusivi da me disposti non erano anda a buon fine, in quanto i soldi trasferiti erano stati bloccati presso la banca destinataria seguito del tempestivo avviso di banca Raiffeisen che si trattava di operazioni abusive. A quel punto sono rientrato in Svizzera, consapevole che sarei stato arrestato e ch avrei dovuto affrontare le conseguenze delle mie azioni.

L'interrogante mi dice che intende presentare una domanda di assistenz internazionale alla Tunisia, chiedendo tra l'altro che il denaro da m abusivamente bonificato venga ritornato al conto di provenienza presso Banc Raiffeisen Lugano. L'interrogante mi chiede se ho osservazioni al riguardo.

Concordo con il modo di procedere indicato dal Procuratore. E' corretto che ques denaro ritorni al suo legittimo proprietario.

L'interrogante mi chiede se ho altro da aggiungere.

No.

L'interrogante chiede all'avv. Rigamonti se ha domande da porre al suo assistit

No.

Il verbale                    è terminato alle ore 11.20.


Letto, approvato e firmato in due esemplari, ore 11.30.


Firma autografa dei presenti


Il Procuratore Pubblico                              Imputato
Andrea Maria Balerna                                 Billeter Stefano


                                                     avv. Andrea Rigamonti

R.B



**Banca Raiffeisen Lugano**
**società cooperativa**

Via Pretorio 22
6900 Lugano
Telefono 091 911 90 01
IDI CHE-105.851.158
Agenzia a Lugano-Pregassona
lugano@raiffeisen.ch

*Consegnata a mano*
Lod.
Ministero Pubblico
On. PP Andrea Maria Balerna
Via Pretorio 16
6901 Lugano

Lugano, 17 aprile 2019

**Procedimento penale a carico di Stefano Billeter (INC.2018.11570)**

Onorevole Procuratore pubblico,

con riferimento al procedimento penale menzionato, e più precisamente all'imminente domanda di assistenza giudiziaria internazionale all'attenzione delle autorità tunisine, con la presente la sottoscritta Banca Raiffeisen Lugano società cooperativa

(a)  conferma che le due operazioni a debito del conto intestato a Scavi Robbiani SA (IBAN CH56 8037 5000 1093 0162 5), e meglio il pagamento di CHF 2'000'000.00 (eseguito il 21 dicembre 2018) e di CHF 4'001'200.00 (equivalente a EUR 3'500'000.00, eseguito il 24 dicembre 2018) a favore di Zaibet Iteb (TN59 1410 4104 1727 0061 7130), sono contestate dal cliente e risultano essere state ordinate illecitamente dall'ex dipendente Stefano Billeter, così come da lui ammesso nel corso del procedimento penale;

(b)  chiede che l'importo complessivo, apparentemente congelato in Tunisia, sia riaccreditato a favore della relazione malversata (IBAN CH56 8037 5000 1093 0162 5).

Restiamo volentieri a disposizione per ogni informazione.

Con ogni ossequio.

**Banca Raiffeisen Lugano società cooperativa**

Paolo Solcà
Direttore

Simone Crivelli
Membro della Direzione

**BHBKTNTTXXX**   **BANQUE DE L'HABITAT**                                         26/12/2018

## Message Swift

| File Name : | 00104999-20181224-123400-A | | 2/2 |
| Date Swift : | 24/12/2018   Heure Swift :   12:34:00 | SESSION N° : 579  SEQUENCE N° : 704895  MSG REFERENCE : 579704895 | |
| Sens Swift : | Arrivée | | |
| MT N° : | 103 | Single Customer Credit Transfer | |

| 1 | Envoyeur/Sender | BBRUBEBB010 --- ING BELGIUM NV/SA (FORMERLY BANK BRUSSELS LAMBERT --- BRUSSELS/BELGIUM |
|---|---|---|
| 2 | Destinataire/Receiver | BHBKTNTTXXX --- BANQUE DE L'HABITAT --- TUNIS/TUNISIA |
| 20 | Transaction Reference Number | H01812246148018 |
| 23B | Identification of the Option | CRED |
| 32A | Value Date, Currency Code, Montant | --- Date : 24/12/2018<br>--- Devise : EUR<br>--- Montant : 3499925, |
| 33B | T/C Refund Amount | --- Price Or Currency : EUR<br>--- Amount : 3500000, |
| 50K | Ordering Customer | --- (Account) : /CH5680375000109301625<br>--- (Name & Address) : SCAVI ROBBIANI SA |
| 52A | Ordering Institution | --- CCB N° : RAIFCH22375 --- RAIFFEISEN SCHWEIZ GENOSSENSCHAFT --- LUGANO/SWITZERLAND |
| 59 | Enquired Party | --- Account Number : /TN5914104104172700617130<br>--- Customer : ZAIBET ITEB |
| 70 | Remittance Information | ACHAT SECONDE MACHINE POUR DECHARG E EN MENDRISIO SELON AGREEMENT DU 19.12.2018 |
| 71A | Reimbursing Bank's Charges | SHA |
| 71F | Sender's Charges | --- Devise : EUR<br>--- Montant : 35, |
| 71F | Sender's Charges | --- Devise : EUR<br>--- Montant : . 30, |
| 71F | Sender's Charges | --- Devise : EUR<br>--- Montant : 10, |
| 72 | Sender to Receiver Information | /INS/RAIFCH22XXX<br>/INS/BARCGB22 |
| BH | Swift Information | [MAC:00000000][CHK:FD8DEA0A5336]][S:[SAC:][COP:P]] |

http://www.bh.com.tn

BHBKTNTTXXX    BANQUE DE L'HABITAT                                                    28/12/2018

## Message Swift

| File Name : | 00105003-20181224-124400-A | | | | |
|---|---|---|---|---|---|
| Date Swift : | 24/12/2018 | Heure Swift : | 12:44:00 | SESSION N° : 579  SEQUENCE N° : 704901  MSG REFERENCE : 579704901 | 1/1 |
| Sens Swift : | Arrivée | | | | |
| MT N°: | 999 | | Free Format Message | | |

| 1 | Envoyeur/Sender | RAIFCH22XXX --- RAIFFEISEN SCHWEIZ GENOSSENSCHAFT --- ST. GALLEN/SWITZERLAND |
|---|---|---|
| 2 | Destinataire/Receiver | BHBKTNTTXXX --- BANQUE DE L'HABITAT --- TUNIS/TUNISIA |
| 20 | Transaction Reference Number | RSI181224-000072 |
| 21 | Cheque Number | 14115769245/1XXX |
| 79 | Narrative | TOP URGENT - FRADULENT PAYMENT - TOP URGENT WE REFER TO OUR PAYMENT SENT THROUGH BARCG822 WITH FOLLOWING DETAILS PLEASE URGENTLY STOP PAYMENT AS PAYMENT IS FRADULENT 20:14115769245/1XXX 238:CRED 32A:181224EUR3500000, 338:EUR3500000, 50K:/CH5680375000109301625 SCAVI ROBBIANI SA VIA BRESCE 2 6854 S. PIETRO CH 52A:RAIFCH22375 57A:BHBKTNTT 59:/738591490419417272617130 ZAIBET ITEB TN-TUNIS 70:ACHAT SECONDE MACHINE POUR DECHARG E EN MENDRISIO SELON AGREEMENT DU 19.12.2018 71A:SHA PLEASE ADDRESS ALL FUTURE CORRESPONDENCE CONCERNING THIS INVESTIGATION TO UNDERSIGNED QUOTING REFERENCE RSI181224-000072. BEST REGARDS, ARIZON SOURCING AG CHANTAL BRULHART |
| BH | Swift Information | {CHK:E777107F51F9}}{S:{COP:5}} |

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CIVIL DIVISION

PATRICK MULLER

           Plaintiffs,

vs.

AAA PLUS FINANCIAL GROUP INC.,
YVETTE, TENORD, JOHNNY PREVILOUS
    Defendants.

_____/

CASE NO.:

# Exhibit D

**AFFIDAVIT OF PATRICK MULLER
IN SUPPORT OF MOTION FOR AMENDED
TEMPORARY RESTRAINING ORDER**

BEFORE ME, the undersigned authority, personally appeared PATRICK MULLER

who after being duly sworn, deposes and states:

1.    I am a resident of 28 rue de la Comtesse 30 000 Nimes France, residing at

_____.

2.    The Property in question is funds totaling one million five hundred thousand euros. ("Property").

3.    The Property to the best of my knowledge is in Defendant's bank account located at Wells Fargo Bank account number 68993825XX.

4.    The Property was intended for the purchase of real estate property in the State of Florida.

5.    Defendants are the owner of the bank account where the funds are located.

6.    Defendants are not authorized to use the funds as this was a scheme to defraud me of my money since I determined the property, I intended to purchase with the assistance of Defendants was not for sale.

7. Defendants intend to keep my funds without my consent and after my request for the funds to be returned;

8. I was connected to the Defendants through Mr Iteb Zaiteb a person known as Swagg man (or Ryan Sanchez) who is suspected of having defrauded 21 French citizens in France and is under a an arrest warrant issued by French authorities in November 2019.

9. Allowing Defendants to keep my 1.5 million euros will permanently damage my livelihood.

FURTHER AFFIANT SAYETH NOT.

_____
Patrick Muller

STATE OF
COUNTY OF _____

The foregoing instrument was sworn to and subscribed before me this 15 day of February, 2022, by Patrick Muller who is [ ] personally known to me or [ ] has produced _____ as identification.

(Notary Seal)           SEE ATTACHED SIGNATURE AUTHENITCATION

_____
Signature of Notary Public
Print Name:

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished via the Florida Courts E-Filing Portal E-Service on all counsel or parties of record on the Service List below, this DATE of February, 2022.

Respectfully submitted,

**Renee Marie Smith, Esq.**
110 Front Street
Suite 300
Jupiter, FL 33477
Office: 866-839-7192

By: /s/ Renee M. Smith
Renee M. Smith
Florida Bar Number: 128228
Email: rms@reneemsmithesq.com
Ingrid A. Castro
Florida Bar Number: 103688
ingrid@reneemsmithesq.com
*Counsel for Plaintiffs*

## SERVICE LIST

15/02/2022

Je sous signé Patrick Muller Passeport N° 13AC21538

certifie que ma signature est celle ci.

Patrick Muller

Muller Patrick Remy

1 5 FEV 2022

Ministère de L'intérieur

Arrondissement