# EXHIBIT B

Case 1:23-cv-22276-JB   Document 132-2   Entered on FLSD Docket 06/07/2024   Page 2 of 162

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI DADE COUNTY, FLORIDA
CIVIL DIVISION

PATRICK MULLER,
And MOUNA BOUZID

                                                        CASE NO.:

     Plaintiffs,

vs.

ITEB ZAIBET, LOLITA C. REBULARD,
BEACH PROPERTIES RENTAL INC,
LUXURY PROPERTIES INC.,LUXURY PROPERTIES
TRUST dated MARCH 2, 2018,

     Defendants.
_____/

**COMPLAINT**

PLAINTIFF, PATRICK MULLER AND MOUNA BOUZID ("PLAINTIFF") brings their Complaint for Fraud and related relief and do  sue Defendants ITEB ZAIBET, LOLITA C. REBULARD, BEACH PROPERTIES RENTAL INC. and LUXURY PROPERTIES TRUST

**JURISDICTION AND VENUE**

1. Plaintiff, Patrick Muller is a French Citizen who sent several wire transfers including one million five hundred thousand euros (1,500,000.00) to Wells Fargo Bank in Fort Lauderdale Florida,

2. Plaintiff, Mouna Bouzid is a French Citizen who sent wire transfers to Florida,

3. Defendant, Beach Properties Rental, Inc, is a Florida Foreign for profit Corporation, Cross Reference Name, Defendant, Luxury Properties Inc., is a Florida for profit company owning real property located in Miami Dade County.

4. Defendant, Iteb Zaibet is a resident of Florida and officer of Beach Properties Rental, Inc. He is the settlor and the beneficiary of LUXURY PROPERTIES TRUST DATED MARCH, 2 2018

5. Defendant, Lolita C. Rebulard is an officer of Beach Properties Rental, Inc. and beneficiary of LUXURY PROPERTIES TRUST DATED MARCH 2, 2018

6. Defendant, Luxury Properties Inc, is a Delaware corporation and the successor trustee of LUXURY PROPERTIES TRUST DATED MARCH 8, 2018.

7. Defendant, LUXURY PROPERTIES TRUST DATED MARCH 8, 2018 is a Florida Trust.

8. This is a dispute for funds in excess of $30,000.00

9. Venue is proper in Miami-Dade County Circuit Court.

## FACTS

10. Mr. Patrick MULLER and Mrs. BOUZID wife MULLER were approached by Mrs. Lolita REBULARD, companion of Mr. Iteb ZAIBET, through the latter's lawyer, Mr. Medhi LOUZI, during the month of April 2020.

11. Mr. Iteb ZAIBET and Mrs. Lolita REBULARD informed Mr. and Mrs. Patrick MULLER of their need for financing, and of the different investment opportunities that were available to them, and from which they could benefit, namely an industrial project in the field of textiles , a real estate investment consisting of the acquisition of a property in Florida , the purchase of BITCOINS with high return potential through the KRAKEN application .

12. This first contact between the MULLER Couple and the ZAIBET/REBULARD Couple was undertaken by Mrs. Lolita REBULARD, who was recommended by a Tunisian lawyer, Mr. Medhi LOUZI, Counsel of Mr. Iteb ZAIBET, and common knowledge of the two couples.

13. Mr. Medhi LOUZI solicited Mr. and Mrs. MULLER in order to obtain from them financial support for the ZAIBET/REBULARD couple, who were in difficulty due to the incarceration of Mr. ZAIBET.

14. Mr. Medhi LOUZI informed Mr. and Mrs. MULLER of the international renown on Internet of Mr. ZAIBET, known under the pseudonym " SWAG MANN ", which had already undertaken various activities in the textile field, and of the possible synergies which could result from it for the NIMETEX Group, group owned by Mr and Mrs. Muller in Tunisia.

15. It is in these conditions that Mr Patrick MULLER proceeded on May4 2020 to a first transfer of an amount of 20.000 euros to the benefit of the Company LUXURY

2

PROPERTIES INC, whose economic beneficiaries are Mrs. Lolita REBULARD and Mr Iteb ZAIBET. (Exhibit 7)

16. Mr. MULLER and Mrs. BOUZID wife MULLER had to proceed later to other transfers for a total amount of euros 80.150, both on the bank account of the Company LUXURY PROPERTIES INC, and on the personal bank account of Mrs. Lolita REBULARD, namely:

    i. Transfers made to the bank account of LUXURY PROPERTIES INC: 49.050 euros Exhibit 8:

    ii. Transfer dated May 4, 2020, for an amount of 20,000 euros

    iii. Transfer dated July 3, 2020, for an amount of 6.250

    iv. Transfer dated December 9, 2020, for an amount of 10. 500euros

    v. Transfer dated December 28, 2020, for an amount of 1. 300euros

    vi. Transfer dated February 18, 2021, for an amount of 1,000 euros

    vii. Transfer dated August 10, 2021, for an amount of euros 2.000

    viii. Transfer dated July 6, 2021, for an amount of 8. 000 euros

    ix. Transfers made to the bank account of Mrs. Lolita REBULARD 31,100 euros Exhibit 9:

    x. Transfer dated August 23, 2021, for an amount of 1,000 euros

    xi. Transfer on September 1, 2021, for an amount of 1,600 euros

    xii. Transfer dated September 16, 2021, for an amount of 1,500 euros

    xiii. Transfer dated November 2, 2021, for an amount of 20,000 euros

    xiv. Transfer dated November 4, 2021, for an amount of 7,000 euros

17. Mr. Medhi LOUZI transmitted to Mrs. BOUZID wife MULLER a message of thanks from Mrs. Lolita REBULARD: *"I'm passing on to you the little message from Iteb's girlfriend:*
*I don't know what to say, I would like to thank Mr. and Mrs. MULLER. Only you can thank them for me Medhi. Ex 10*

18. In order to reassure the MULLER couple that the money would one day be reimbursed, Mrs. Lolita REBULARD and Mr. Iteb ZAIBET informed them of a partnership project in the field of textiles, consisting of the design of fabric masks, as well as a

collection of clothing with a specific logo referring to the "SWAGG MAN" logo, it being specified that Mr. Iteb ZAIBET had a well-developed network and contacts with major luxury brands: Exhibit 26

19. *" ...I'm glad to know that you have made quotes for a website. Mouna, I know that this website can really help us for the order of masks, but also for your other confections. It's great, we will be able to make your company known with a real support thanks to this website.... "* Exhibit 11

20. Finally, the exchanges between the ZAIBET/REBULARD couple and the MULLER couple stopped definitively at the beginning of January after the end of the swindle.

## <u>On the real estate investment in Florida</u>

21. In the course of the year 2021, Mr. Iteb ZAIBET contacted Mr. Patrick MULLER, and informed him of the opportunity to invest in the real estate market in the United States, and more precisely in Miami, himself being a real estate owner.

22. Mr. Patrick MULLER had to transfer money to a company, FLORIDA LUXURY REALTY CORP, which was to be the purchaser of real estate.

It is in these conditions that Mr. MULLER had to proceed to different contributions:

- Cash remittance of the sum of about 102.000 euros (330.000 dinars).

This payment took place at the office of Mr. MULLER, in the presence of the secretary of direction of the NIMETEX Group, Mrs. Imen FADHEL, and this under the following conditions:

- Delivery by Mr. MULLER to Mr. ZAIBET of the sum of 200.000 dinars (62.172euros) on November 10th, 2021,

- Delivery by Mr. MULLER to Mr. ZAIBET of the sum of 100.000 dinars (31. 086euros) on November 12, 2021,

  Delivery by Mr. MULLER to Mr. ZAIBET of the sum of 30.000 dinars (9.325euros) on November 18, 2021. Ex 12

- Transfer of the sum of 500,000 euros made on December 3, 2021, from the bank account of Mr. Patrick MULLER to the bank account of AAA PLUS FINANCIAL GROUP INC Ex 13, 14,15

- Transfer of the sum of 250,000 euros made on January 7, 2022, from the bank account of Mr. Patrick MULLER to the bank account of AAA PLUS FINANCIAL GROUP INC. Ex 16

23. In order to allow the realization of these transfers, Mr. ZAIBET sent to Mr. MULLER a receipt on headed paper of the Company FLORIDA LUXURY REALTY CORP, referring to the sale of a real estate property located at 5421 Bayview Dr, Fort Lauderdale - Florida (United States of America) for a price of 1.1,525,000 (ONE MILLION FIVE HUNDRED AND TWENTY-FIVE THOUSAND) Euros, whereby FLORIDA LUXURY REALTY CORP was listed as the seller of said property ("Seller"). Exhibit 16

24. The bank details of the account on which the transfers were to be made were mentioned on the said document and were moreover transmitted under the terms of a WHATSAPP exchange between Mr. ZAIBET (identifier "Rayan") and Mr. MULLER. Exhibit 17

25. Again, any exchange between Mr. Patrick MULLER and Mr. Iteb ZAIBET concerning this investment was to cease upon the release of Mr. Iteb ZAIBET.

26. Moreover, Mr. Patrick MULLER was to discover later that the bank account on which the litigious transfers were made was that of the Company AAA PLUS FINANCIAL GROUP INC, probably in connection with the ZAIBET/REBULARD Couple, and not that of the Company FLORIDA LUXURY REALTY CORP.

27. Through the use of Defendant, Beach Properties Rental, Inc,Cross Reference Name, Defendant, Luxury Properties Inc., and Defendant, Luxury Properties Trust dated March 8, 2018, Defendant ZAIBET/REBULARD have attempted to launder the stolen funds.

## On the investments in BITCOINS

28. Mr. Iteb ZAIBET introduced himself as a customary in the world of BITCOINS and proposed to Mr. and Mrs. MULLER to proceed to the purchase of BITCOINS.
To do this, he opened a "KRAKEN" account in the name of Mrs. BOUZID wife MULLER and installed the "METAMASK" application on her cell phone. Ex 18

29. IN ORDER TO ENCOURAGE MRS. BOUZID WIFE MULLER, AS WELL AS MR PATRICK MULLER, TO INVEST AND PROCEED TO THE ACQUISITION OF BITCOINS, he shared with them his own capital gain realized on the purchase of BITCOINS: "*IF YOU SAW HOW MUCH I HAVE ON MY E-WALLET, YOU WOULDN'T EVEN KNOW IT*" EXHIBITS 19 AND 20

5

30. Mr. Iteb ZAIBET reassured Mrs. BOUZID wife MULLER on the value of her portfolio, by sending her "screen copies" of the said portfolio. Exhibit 21

31. He also confirmed that he had purchased BITCOINS. Exhibit 22

32. In reality, it will appear that the METAMASK Application and the account of Mrs. BOUZID wife MULLER was completely fake, the METMASK application installed by Mr. Iteb ZAIBET being a "test application" that he could control at distance.

33. A third transfer was to be made, for the same amount, but was to be re-credited on November 30, 2021.

34. Indeed, the support service of KRAKEN application had to get in touch with Mrs. BOUZID wife MULLER on November 25th, 2021, in order to obtain additional information on her KRAKEN account, obviously alerted by the movements on the said account.

35. After reporting, the company KRAKEN opens a ticket number (6890632) and asks the authorities to approach it in order to cooperate and provide the elements in its possession. Exhibit 23

36. Mr. Iteb ZAIBET reassured Mrs. BOUZID wife MULLER and approached directly the support service of KRAKEN: *"I'm going to contact them and wait Please send me the code received "* Exhibit 24

37. In reality, Mrs. BOUZID wife MULLER HAD TO REALIZE THAT THE FAMOUS BITCOINS HAD BEEN RESOLD BY MR. ITEB ZAIBET TO A THIRD PARTY, WITHOUT HIS KRAKEN ACCOUNT BEING CREDITED WITH ANY AMOUNT. EXHIBIT 25

### Fraud (as to all Defendants)

**38.** Plaintiff incorporates the allegations 1-35 inclusive as if fully set forth herein.

39. Defendants falsely represented that they controlled real property that Plaintiff could purchase.

40. Defendants knew the property located at 5421 Bayview Dr Fort Lauderdale Florida 33308 was not for sale at the time they offered it to Plaintiff, and they had no right to offer it for sale to the Plaintiff.

41. Defendants knew when they made the false representation that Plaintiff would rely on the falsehood and act.

6

42. Plaintiff relying on the information that 5421 Bayview Dr Fort Lauderdale Florida 33308 was for sale by Defendants caused to have 1,160,000 euros wired to Defendants' custody and control believing the funds would be used to purchase the property.

43. Plaintiff relying on the information that Defendants were BITCOIN experts wired to Defendants' custody and control 173,000 Euros believing the funds would be used to purchase the property.

44. Plaintiff relying on the information that Defendants were investing in textiles wired to Defendants' custody and control 80,150 Euros believing the funds would be used in the said project.

45. Defendants on receipt of Plaintiffs wired funds used the money to buy real and personal property for themselves depriving Plaintiff of the money.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray for the Court to find Defendants committed Fraud upon him, find Chapter 768 applies and award punitive damages, damages and attorneys' fees and costs along with any other general or specific relief as may be proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished via the Florida Courts E-Filing Portal E-Service on all counsel or parties of record on the Service List below, this 27 of June 2022.

Respectfully submitted,

**Renee Marie Smith, Esq.**
110 Front Street
Suite 300
Jupiter, FL 33477
Office: 866-839-1192

By: /s/ Renee M. Smith
Renee M. Smith
Florida Bar Number: 128228
Email: rms@reneemsmithesq.com
*Counsel for Plaintiffs*

## SERVICE LIST

Douglas J. Jeffrey, Esq.

Law Offices of Douglas J. Jeffrey, P.A.
6625 Miami Lakes Drive East, Suite 365
Miami Lakes, FL 33014
Tel: (305) 828-4744
Fax: (305) 828-4718
Email: dj@jeffreylawfirm.com
amarquez@jeffreylawfirm.com
*Counsel for Defendants*



BUZZ

# L'imposture Swagg Man : sa véritable histoire enfin dévoilée ?

**La face cachée de Swagg Man selon le journaliste Oli Porri Santoro, qui a choisi la caméra de Tonton Marcel pour raconter sa vérité.**

Mar. 12 Novembre 2019 par Alexia Piton

**Oli Porri Santoro** est journaliste et il a enquêté pendant plusieurs mois sur **Swagg Man,** connu sous le nom de **Rayan Sanches** alors que son nom de naissance est **Iteb Zaibet.** Celui-ci est rappeur et se présente comme un business-man, amateur de grosses berlines, de montres volumineuses qui font bling bling et de marques de luxe. Il a d'ailleurs les motifs de la marque Louis Vuitton tatoués sur le crane. Son secret de beauté, c'est l'argent.

## La face cachée de Swagg Man

**Oli Porri Santoro** a fait des révélations devant la caméra de **Tonton Marcel**, journaliste et influenceur du rap français, il s'est intéressé au sujet car Swagg Man a grandi, tout comme lui, dans le quartier Pasteur à **Nice**. Le journaliste a retrouvé, grâce à des connaissances en commun, **la sœur jumelle de Swagg Man : Nawel Zaibet**, et a pu se procurer le numéro de téléphone de Swagg Man. Le journaliste décide de l'appeler mais celui-ci nie sa vraie identité. Depuis plusieurs années, **Iteb** s'est construit une fausse vie.

origines. Il est 100% tunisien et contrairement a ce qu'il raconte, il a 50 ans et pas 30. Concernant le compte en banque de son frère, Nawel répondra :

# « Je ne dirais rien sur l'origine de sa fortune... »

Cette publication a crée quelques remous, la famille a explosé, plus personne ne voit alors Iteb, alias Swagg Man.



Iteb et sa soeur jumelle, Nawal Zaibet

**Ce n'est qu'après la publication de cet article qu'Oli Porri a connaissance des arnaques d'Iteb**, des victimes viennent à lui pour se confier. Après des recherches, il découvre qu'Iteb connaît beaucoup de monde et qu'il n'opère pas seul pour monter ses escroqueries. Plusieurs arrestations ont eu lieu en

DIRECT

## « C'est le nouveau Rocancourt ! »

*"C'est un génie, il a compris que les gens sont prêts à vendre leur âmes pour avoir un peu de notoriété (...) C'est le nouveau Rocancourt ! Il a manipulé beaucoup de monde, il a choisi des cibles fragiles, les médias ont beaucoup aidé à donner une certaine crédibilité à ses mensonges, il se liait d'amitié en s'intéressant à ses victimes, il leur promettait de leur donner la recette du succès : qu'il était possible de tripler leurs revenus s'ils lui donnaient une grosse somme... il est très intelligent..."*

**Iteb est devenu une star en Tunisie**. Quand Oli Porri s'en rend compte, il décide de contacter **Kapitalis**, un média Tunisien, pour leur raconter la vérité sur Swagg Man. **Kapitalis** avait publié de fausses infos et le journaliste avait à cœur de rétablir la vérité, on lui accordera alors une tribune dans laquelle il va dévoiler le véritable visage de l'escroc. Et pour couronner le tout, Oli Porri a aussi découvert que de fausses sociétés ont été montées en Tunisie pour blanchir de l'argent et couvrir ses arnaques.

## Swagg Man incarcéré depuis juillet 2019

Pour se couvrir de toutes ses escroqueries (montant total estimé à plus de 6 millions d'euros), **Swagg Man avait tenté d'obtenir une immunité diplomatique** avec un parti de l'opposition en Tunisie. Le deal consistait à se montrer publiquement (médias TV, etc...) et à dire du bien du parti, mais cela tombera à l'eau car il sera **incarcéré pour escroquerie en juillet 2019.**



**View this post on Instagram**

DIRECT

« A post shared by Swagg Man® USTNBRFR (@theswaggmantv) »

Pour l'instant, on ne connait pas la date de son jugement. Toujours selon Oli Porri qui apporte beaucoup de détails, Swagg Man serait incarcéré avec un mec qui a écopé d'une peine de 200 ans et il se serait déjà embrouillé avec le caïd de la prison...

Le journaliste termine son témoignage en insistant sur le fait qu'**Iteb est avant tout un enfant de la télé**, et qu'il a été énormément exposé dans les médias. Il accuse des journalistes comme **Mouloud Achour** et **Matthieu Delormeau** de lui avoir donné un espace d'expression :

« Ils ont une responsabilité. »

Le mot de la fin de cette entrevue est adressé aux jaloux et autres rageux qui affirmeraient que ce déballage est motivé par la jalousie, Oli Porri tient à leur préciser :

« C'est stupide, c'est bidon, ce n'est pas un argument... Il y a eu des injustices ! »

En attendant d'en savoir plus sur l'avenir d'**Iteb Zaibet**, on peut aisément imaginer Netflix acheter les droits pour produire une série...

À lire aussi

 Koba LaD met en scène son interpellation par la police au Zénith de Paris

*À VOIR AUSSI*

Swagg Man condamné à de la prison pour escroquerie en Tunisie



S'abonner

Se connecter



- *À vif*
- France
- Monde
- Religion
- Economie
- Culture
- Environnement



# Swagg Man, le rappeur franco-tunisien devenu escroc

- afp,
  le 01/04/2021 à 17:20
  Modifié le 01/04/2021 à 18:49



Le rappeur franco-tunisien Swagg Man, de son vrai nom Iteb Zaibet, à Tunis le 11 mai 2019 / AFP/Archives

Sur les réseaux sociaux, il brûlait des billets de 500 euros. Dans la vraie, vie, le rappeur franco-tunisien Swagg Man est soupçonné d'avoir arnaqué des dizaines de fans pour au moins 1,5 million d'euros, après avoir été condamné en début de semaine dans une affaire distincte d'escroquerie.

De son vrai nom Iteb Zaibet, Swagg Man a été arrêté en juillet 2019 et placé en détention en Tunisie pour des virements suspects de plus de 6 millions d'euros, versés sur son compte tunisien depuis la Suisse. Il s'est vu infliger lundi cinq ans de prison pour blanchiment d'argent et escroquerie.

Plusieurs enquêtes sont en cours en Tunisie et en France contre cet adepte du "bling-bling", qui s'était notamment fait connaître en tatouant le logo de

Louis Vuitton sur son crâne et qui menait grand train à Miami, selon ses photos publiées sur Instagram.

Originaire de Nice (sud-est de la France), cet homme de 34 ans a cultivé le mystère sur ses origines, se présentant sous le nom de Rayan Sanchez, abandonné par une mère juive tunisienne et un père brésilien, ayant vécu dans la rue. Mais des membres de sa famille ont depuis affirmé qu'il était né dans une famille franco-tunisienne.

Au début des années 2010, il crée, à coup de photos et de clips musicaux, son personnage de flambeur cynique "sous ecsta" qui a démarré comme DJ à Dubaï, aux Emirats arabes unis. Il chante notamment qu'il a "trop de billets" et compte alors des centaines de milliers d'abonnés sur Instagram, YouTube et Facebook.

Dans un entretien au Monde en 2015, il se définit comme "un buzz qui dure" et affirme avoir "fait de l'argent par le Net, puis avec l'immobilier, à Miami et à Dubaï".

Un an plus tard, sur le plateau de Canal Plus, il assure que son but est de montrer que "tout le monde peut s'en sortir".

Mais ces dernières années, des témoignages de fans disant avoir été arnaqués par Swagg Man ont commencé à affluer, rassemblés par l'association française Swagg Auxilium.

Selon cette dernière, les dizaines de victimes présumées répertoriées sont surtout des fans, âgés de 13 à 35 ans, plutôt fragiles, qui s'étaient tournés vers leur idole pour lui demander comment faire fortune.

Iteb Zaibet est accusé de leur avoir fait miroiter de juteux placements. Il avait affirmé qu'il comptait construire une mosquée, un orphelinat et un hôtel avec ces fonds.

- Intermédiaire -

Certains ont porté plainte mais "les escroqueries ciblaient des juridictions différentes" rendant "quasi impossible pour les services de sûreté de regrouper assez d'éléments dans le cadre de leurs enquêtes", explique Auxilium.

En 2019 et 2020, 21 victimes présumées ayant cumulé un préjudice total de 1,5 million d'euros, ont donc déposé plainte en Tunisie, a indiqué à l'AFP un

de leurs avocats, Mohamed Ben Brahem. D'autres plaintes pourraient s'y ajouter, et l'instruction est achevée pour 19 plaintes.

Les sommes extorquées à des Français, Tunisiens, Algériens ou Canadiens iraient de quelques milliers à plusieurs centaines de milliers d'euros, a-t-il précisé.

Un procès devrait s'ouvrir sans tarder, selon le parquet de Tunis.

Selon l'avocat du rappeur, Me Mahdi Louzir, si dettes il y a, ce sont des impayés "dans le cadre de relations commerciales".

Pour ce qui est des virements suspects, il assure que ces sommes étaient destinées à acheter des machines industrielles et M. Zaibet n'était qu'un intermédiaire. Un ressortissant suisse, en fuite, a également été condamné dans cette affaire selon le parquet tunisien.

Swagg Man fait également l'objet d'un mandat d'arrêt dans le cadre d'une information judiciaire ouverte en France fin 2018, notamment pour escroquerie, abus de confiance, contrefaçon, faux et usage de faux, a indiqué à l'AFP le parquet de Nanterre (centre).

Sur les réseaux sociaux, ses pages sont vides depuis un message publié en 2019: "Si ceci est ma dernière photo, vous allez vraiment beaucoup me manquer".



**IMPORTANT :** En raison d'un important trafic, notre site connaît actuellement des difficultés. Si vous n'arrivez pas à vous connecter, ou que vous n'avez pas accès aux articles abonnés, merci de patienter et de réessayer dans quelques heures. Nous vous prions de bien vouloir nous en excuser.

# Magouille. Le rappeur Swagg Man, d'un train de vie doré aux barreaux de prison en Tunisie

**COURRIER INTERNATIONAL - PARIS**

Publié le 31/03/2021 - 18:17



Le rappeur franco-tunisien Swagg Man a été condamné à cinq ans de prison pour blanchiment d'argent, une nouvelle illustration des malversations financières dont usent et abusent les puissants en Tunisie.

Mais aussi un doigt d'honneur aux inégalités de richesse qui se creusent dans le pays, rapporte la presse tunisienne.

Il aime ce qui est scintillant, clinquant et extravagant. Iteb Zaibet, surnommé Swagg Man, a l'habitude d'être dans la lumière. Mais le 29 mars, ce nouveau riche est devenu un *"futur détenu"*, rapporte le journal tunisien **La Presse.** Le rappeur franco-tunisien originaire de Nice a écopé de cinq ans de prison pour blanchiment d'argent et escroquerie. Il doit aussi régler *"une amende de 100 000 dinars"* (un peu plus de 30 000 euros).

Il faut dire que l'homme ne manquait pas d'afficher sa fortune aux yeux de tous. Plus encore que d'étaler des signes extérieurs de richesse, il en est devenu l'incarnation dérangeante, dans un pays où les écarts de revenus ne font que se creuser de plus en plus. Comme le relève **Business News** :

 *Swagg Man aime tellement l'argent et le bling-bling qu'il s'est tatoué le logo de Louis Vuitton sur le crâne."*

### Fans arnaqués

Le problème est que l'origine de la fortune du chanteur est occulte. En 2019, il a été accusé de blanchiment d'argent par la Banque centrale de Tunisie (BCT). En cause, 17 millions de dinars (5,2 millions d'euros) que Swagg Man dit avoir virés depuis la Suisse pour construire une mosquée, un centre pour les orphelins et acheter un hôtel.

Une philanthropie de façade, poursuit *Business News*, car dans ce montage financier complexe, même des fans du chanteur disent avoir été victimes d'escroquerie de la part de ce dernier.

Le dossier Swagg Man n'est pas un cas isolé. Les malversations financières n'ont cessé d'éclabousser la classe politique depuis la chute de Ben Ali. Outre la responsabilité morale à ne pas piller les richesses nationales, le problème se pose lorsque l'argent devient synonyme de pouvoir, raconte *La Presse* :

 *Ils ont tout et disposent de tout ce qu'ils veulent jusqu'au jour où ils constatent que l'argent peut faire la célébrité et que le vedettariat peut devenir une forme de pouvoir."*

Si la "révolution du jasmin" est un souvenir décevant pour certains Tunisiens, force est de constater que le crime en col blanc est de moins en moins toléré, se réjouit cet éditorialiste :


*Même si les parcours de ces nouveaux riches en Tunisie ne sont pas identiques, il semble que leur destin est le même : finir en prison."*

**Pauline Le Troquier**

RÉPUBLIQUE FRANÇAISE

CARTE NATIONALE D'IDENTITÉ N° : 1302TUN00032

Nationalité Française

Nom : MULLER

Prénom(s) : PATRICK, REMY

Sexe : M

Né(e) le : 05.10.1955

à : NIMES

Taille : 1,75

Signature du titulaire :

Pièce N° 4

IDFRAMULLER<<<<<<<<<<<<<<<<<TUN001
1302TUN000329PATRICK<<REMY<5510056M9



Adresse : CITÉ EL AGBA NR 185
5000 MONASTIR (TUNISIE)

Carte valable jusqu'au : 05.02.2023

délivrée le : 06.02.2013

par : CONSULAT GÉNÉRAL DE FRANCE À TUNIS (TUNISIE)

Signature de l'autorité :



RÉPUBLIQUE FRANÇAISE

CARTE NATIONALE D'IDENTITÉ N° : 1506TUN00010          Nationalité Française

Nom : BOUZID
Epouse : MULLER
Prénom(s) : MOUNA

Sexe : F          Né(e) le : 04.08.1973
À : NABEUL
Taille : 1.68m

IDFRABOUZID<<<<<<<<<<<<<<<<<<<TUN001
1506TUN000105MOUNA<<<<<<<<<7308048F3





Adresse : CITÉ AGBA NO. 185
          5000 MONASTIR (TUNISIE)

Carte valable jusqu'au :  04.06.2030
délivrée le :  05.06.2015
par :  CONSULAT GÉNÉRAL DE FRANCE À TUNIS (TUNISIE)
Signature de l'autorité :

## VIREMENT TIERS EMIS
### INTERNATIONAL

AGENCE NIMES INTERNATIONAL
Tél. Agence : 04 66 36 53 58 *(numéro non surtaxé)*
Tél. : 3477 *(Service gratuit + prix appel)*
Fax : 04 66 36 53 11
BIC SWIFT : BNPAFRPPXXX
Facture N° FR/BDDF 20200510001909599 VIG

03358

048384002405





MR PATRICK MULLER
28 RUE DE LA COMTESSE
30000 NIMES

le 4 mai 2020

Nous inscrivons au débit de votre compte FR76 3000 4012 1900 0003 3126 281 en EURO le montant du virement portant les références suivantes :

Vos références : MULLER P.
Virement n°    YT12561009203358

Nos références : ZZ17K4UEPZ8S61KCX

| MONTANT DE VOTRE ORDRE (EN EUR) | TOTAL FRAIS (EN EUR) | TOTAL DEBIT (EN EUR) |
|---|---|---|
| 20 000,00 | 6,50 | 20 006,50 |

| DATE D'EXECUTION SOUHAITEE | DATE D'EXECUTION EFFECTIVE | DATE DE VALEUR AU DEBIT |
|---|---|---|
| 04.05.2020 | 04.05.2020 | 04.05.2020 |

| MONTANT DU VIREMENT (EN EUR) | TYPE DE FRAIS |
|---|---|
| 19 990,50 | TOUS FRAIS STANDARDS AU BENEFICIAIRE : **EUR** 9,50 |

| BENEFICIAIRE : | DOMICILIATION BANCAIRE : |
|---|---|
| 1/luxury properties inc<br>2/7901 4TH ST STE 300 ST 33702 ST P<br>3/US/RSBURG  FLORIDE | BANK OF AMERICA NA<br>1 SE THIRD STREET<br>MIAMI  FLA 33131 1913<br><br>CODE BIC SWIFT : BOFAUS3MXXX<br><br>026009593229058106313 |

| MOTIF DU REGLEMENT : | SPECIFICITE DU TRAITEMENT : |
|---|---|
| DIVERS | |

Le détail des frais figure page suivante.

Service Clients

BBAS SA au capital de 2 499 597 122 € - Siège social  18 bd des Italiens, 75009 Paris - RCS Paris n° 662 042 449 - Id. CE FR76 662042449 - ORIAS n° 07 022 735
vice gratuit + prix appel) - mabanque.bnpparibas - Réclamations/Exécution du contrat : Conseiller en agence (ligne directe n° non surtaxé)

## VIREMENT TIERS EMIS
### INTERNATIONAL

AGENCE NIMES INTERNATIONAL

Tél. Agence : 04 66 36 53 58 *(numéro non surtaxé)*

Tél. : 3477 *(Service gratuit + prix appel)*

Fax : 04 66 36 53 11

BIC SWIFT : BNPAFRPPXXX

Facture N° FR/BDDF 20200510001909599 VIG

03358

048384002405




Plèce N°

MR PATRICK MULLER
28 RUE DE LA COMTESSE
30000 NIMES

le 4 mai 2020

Nous inscrivons au débit de votre compte FR76 3000 4012 1900 0003 3126 281 en EURO le montant du virement portant les références suivantes :

Vos références : MULLER P.                      Nos références : ZZ17K4UEPZ8S61KCX

Virement n°     YT12561009203358

| MONTANT DE VOTRE ORDRE (EN EUR) | TOTAL FRAIS (EN EUR) | TOTAL DEBIT (EN EUR) |
|---|---|---|
| 20 000,00 | 6,50 | 20 006,50 |

| DATE D'EXECUTION SOUHAITEE | DATE D'EXECUTION EFFECTIVE | DATE DE VALEUR AU DEBIT |
|---|---|---|
| 04.05.2020 | 04.05.2020 | 04.05.2020 |

| MONTANT DU VIREMENT (EN EUR) | TYPE DE FRAIS |
|---|---|
| 19 990,50 | TOUS FRAIS STANDARDS AU BENEFICIAIRE : **EUR** 9,50 |

| BENEFICIAIRE : | DOMICILIATION BANCAIRE : |
|---|---|
| 1/luxury properties inc<br>2/7901 4TH ST STE 300 ST 33702 ST P<br>3/US/RSBURG  FLORIDE | BANK OF AMERICA NA<br>1 SE THIRD STREET<br>MIAMI  FLA 33131 1913<br><br>CODE BIC SWIFT : BOFAUS3MXXX<br><br>026009593229058106313 |

| MOTIF DU REGLEMENT : | SPECIFICITE DU TRAITEMENT : |
|---|---|
| DIVERS | |

Le détail des frais figure page suivante.

Service Clients

BBAS SA au capital de 2 499 597 122 € - Siège social  16 bd des Italiens, 75009 Paris - RCS Paris n° 662 042 449 - Id. CE FR76 662042449 - ORIAS n° 07 022 735
vice gratuit + prix appel) - mabanque.bnpparibas - Réclamations/Exécution du contrat : Conseiller en agence (ligne directe n° non surtaxé)

 **BNP PARIBAS**

Date / *Date* 03.07.2020



## AVIS AU BENEFICIAIRE

*REMITTANCE ADVICE*

Suite à votre demande / *Following your request,*

Nous soussignés BNP Paribas Agence de / *we undersigned BNP Paribas Branch of* AGENCE NIMES VICTOR HUGO, confirmons avoir instruit le / *confirm on* 03.07.2020 un virement d'un montant de / *an instruction to transfert the amount of* : 6 250,00 EUR.

| DONNEUR D'ORDRE / *CREDITOR* : | EN FAVEUR DE / *IN FAVOUR OF* : |
|---|---|
| MR PATRICK MULLER<br>28 RUE DE LA COMTESSE<br>30000 NIMES | luxury properties inc<br>7901 4TH ST STE 300 ST 33702 ST PET<br>RSBURG FLORIDE |
| MOTIF DE REGLEMENT / *PAYMENT'S INFORMATION* :<br><br>DIVERS | NUMERO DE COMPTE / *ACCOUNT NUMBER* :<br>02600959322905810 6313<br><br>CODE BIC / *BIC CODE* :<br>BOFAUS3M<br><br>NOM DE LA BANQUE / *BANK NAME* .<br><br>NATIONSBANK TOWER<br>100 SOUTH EAST 2ND STREET<br>33131 FLORIDE  MIAMI |

Selon l'usage, les indications contenues dans la présente sont strictement confidentielles / *According to the use, indications included in the notification are strictly confidential.*

Cet avis est communiqué à titre purement informatif et établi à l'attention exclusive de son destinataire. / *This notice is provided for information purposes only and for the exclusive attention of its recipient.*



NP PARIBAS - S A  au capital de 2 499 597 122 € - Siège social   16, bd des Italiens  75009 Paris - RCS Paris n  662 042 449
I C E FR76 662042449 - ORIAS n  07 022 735 - www.bnpparibas.com

.



# BNP PARIBAS

Date / Date 09.12.2020

## AVIS AU BENEFICIAIRE

*REMITTANCE ADVICE*



Suite à votre demande / *Following your request,*

Nous soussignés BNP Paribas Agence de / *we undersigned BNP Paribas Branch of* AGENCE NIMES VICTOR HUGO, confirmons avoir instruit le / *confirm on* 09.12.2020 un virement d'un montant de / *an instruction to transfert the amount :* 10 500,00 EUR.

| DONNEUR D'ORDRE / *CREDITOR .* | EN FAVEUR DE / *IN FAVOUR OF:* |
|---|---|
| MR PATRICK MULLER<br>26 RUE DE LA COMTESSE<br>30000 NIMES | luxury properties inc<br>7901 4TH ST STE 300 ST 33702 ST PET<br>RSBURG  FLORIDE |
| MOTIF DE REGLEMENT / *PAYMENT'S INFORMATION* ·<br><br>DIVERS | NUMERO DE COMPTE / *ACCOUNT NUMBER*<br>026009593229058106313<br><br>CODE BIC / *BIC CODE :*<br>BOFAUS3M<br><br>NOM DE LA BANQUE / *BANK NAME*<br>NATIONSBANK TOWER<br>100 SOUTH EAST 2ND STREET<br>33131 FLORIDE  MIAMI |

Selon l'usage, les indications contenues dans la présente sont strictement confidentielles / *According to the use, indications included in the notification are strictly confidential.*

Cet avis est communiqué à titre purement informatif et établi à l'attention exclusive de son destinataire. / *This notice is provided for information purposes only and for the exclusive attention of its recipient.*



BNP PARIBAS - S.A. au capital de 2 499 597 122 € - Siège social : 16, bd des Italiens, 75009 Paris - RCS Paris n 662 042 449
± C.E. FR76 6620442449 - ORIAS n. 07 022 735 - www.bnpparibas.com

# BNP PARIBAS

Date / *Date* 28.12.2020



## AVIS AU BENEFICIAIRE

*REMITTANCE ADVICE*

Suite à votre demande / *Following your request,*

Nous soussignés BNP Paribas Agence de / *we undersigned BNP Paribas Branch of* AGENCE NIMES VICTOR HUGO, confirmons avoir instruit le / *confirm on* 28.12.2020 un virement d'un montant de / *an instruction to transfert the amount :* 1 300,00 EUR.

| DONNEUR D'ORDRE / *CREDITOR* | EN FAVEUR DE / *IN FAVOUR OF* |
|---|---|
| MR PATRICK MULLER<br>28 RUE DE LA COMTESSE<br>30000 NIMES | luxury properties inc<br>7901 4TH ST STE 300 ST 33702 ST PET<br>RSBURG  FLORIDE |
| MOTIF DE REGLEMENT / *PAYMENT'S INFORMATION* | NUMERO DE COMPTE / *ACCOUNT NUMBER* |
| DIVERS | 026009593229058106313 |
| | CODE BIC / *BIC CODE* :<br>BOFAUS3M |
| | NOM DE LA BANQUE / *BANK NAME* |
| | NATIONSBANK TOWER<br>100 SOUTH EAST 2ND STREET<br>33131 FLORIDE  MIAMI |

Selon l'usage, les indications contenues dans la présente sont strictement confidentielles / *According to the use, indications included in the notification are strictly confidential.*

Cet avis est communiqué à titre purement informatif et établi à l'attention exclusive de son destinataire. / *This notice is provided for information purposes only and for the exclusive attention of its recipient.*



P PARIBAS - S.A. au capital de 2 499 597 122 € - Siège social : 16, bd des Italiens 75009 Paris - RCS Paris n. 662 042 449
CE. FR76 662042449 - ORIAS n. 07 022 735 - www.bnpparibas.com



**BNP PARIBAS**

Date / *Date* 18.02.2021

## AVIS AU BENEFICIAIRE

*REMITTANCE ADVICE*



Suite à votre demande / *Following your request,*

Nous soussignés BNP Paribas Agence de / *we undersigned BNP Paribas Branch of* AGENCE NIMES VICTOR HUGO, confirmons avoir instruit le / *confirm on* 18.02.2021 un virement d'un montant de / *an instruction to transfert the amount :* 1 000,00 EUR.

| DONNEUR D'ORDRE / *CREDITOR* . | EN FAVEUR DE / *IN FAVOUR OF* : |
|---|---|
| MR PATRICK MULLER<br>28 RUE DE LA COMTESSE<br>30000 NIMES | luxury properties inc<br>7901 4TH ST STE 300 ST 33702 ST PET<br>RSBURG  FLORIDE |
| MOTIF DE REGLEMENT / *PAYMENT'S INFORMATION*<br><br>DIVERS | NUMERO DE COMPTE / *ACCOUNT NUMBER* ·<br><br>026009593229058106313<br><br>CODE BIC / *BIC CODE* :<br>BOFAUS3M<br><br>NOM DE LA BANQUE / *BANK NAME* ·<br><br>NATIONSBANK TOWER<br>100 SOUTH EAST 2ND STREET<br>33131 FLORIDE  MIAMI |

Selon l'usage, les indications contenues dans la présente sont strictement confidentielles / *According to the use, indications included in the notification are strictly confidential.*

Cet avis est communiqué à titre purement informatif et établi à l'attention exclusive de son destinataire. / *This notice is provided for information purposes only and for the exclusive attention of its recipient.*



N° PARIBAS - S A  au capital de 2 499 597 122 € - Siège social   16, bd des Italiens, 75009 Paris - RCS Paris n  652 042 449
I C E  FR76 662042449 - ORIAS n  07 022 735 - www.bnpparibas.com

**RELEVE DE COMPTE CHEQUES**

du 13 juillet 2021 au 13 août 2021

NIMES INTERNATIO
RIB : 30004 01219 00000331262 81

MR PATRICK MULLER

| Date | Nature des opérations | Valeur | Débit | Crédit |
|------|----------------------|--------|-------|--------|
| 10.08 | VIR ETRANGER EMIS /BEN /BIC /REF ZZ1A9WQDGJCY7MQSE /MMO EUR 2000,00/EXCH 1.0/VERS /JDN | 10.08 | 2 000,00 | |

* commissions sur services et opérations bancaires. Total : +41,12

Montant de votre autorisation de débit en compte au 13.08.2021 : 5 000,00 euros au taux nominal de 11,00 %, soit un TAEG de 12,0 % (le TAEG effectif résultera de l'utilisation de débit en compte dans la limite du taux de l'usure et sera communiqué lors de l'arrêté trimestriel).

```
Rappel : votre numéro client est le :   3893712113
Il vous permet de gérer vos comptes et effectuer vos opérations courantes
auprès du Centre de Relations Clients au    3477    (service gratuit
+ prix d'appel) et complété de votre code secret , sur internet
mabanque.bnpparibas, ou sur votre mobile avec l'application Mes Comptes.
Pour obtenir votre code secret, contactez votre conseiller.
```

Si vous avez une réclamation à formuler, adressez-vous à votre Conseiller ou à votre Directeur d'agence[1].
Si vous n'obtenez pas satisfaction, contactez par écrit le Responsable Réclamations Clients[1] dont dépend votre agence.
Si vous êtes en désaccord avec la réponse apportée par BNP Paribas, ou en l'absence de réponse de la Banque dans un délai de 2 mois – délai ramené à 15 jours ouvrables pour les litiges portant sur un service de paiement (opération de virement, de prélèvement ou effectuée par carte bancaire) pouvant être de 35 jours ouvrables dans des cas exceptionnels – vous pouvez alors saisir gratuitement et par écrit l'un des Médiateurs[2], selon son domaine de compétence.
Le Médiateur est le dernier recours amiable avant d'entreprendre une démarche judiciaire.

[1]Coordonnées disponibles en agence ou sur le site internet mabanque.bnpparibas
[2]Consultez le paragraphe "En dernier recours amiable" de la rubrique "Vous avez une réclamation ?" sur le site mabanque.bnpparibas

**RELEVE DE COMPTE CHEQUES**
du 13 juin 2021 au 13 juillet 2021

P. 2/4

MR PATRICK MULLER

NIMES INTERNATIO
RIB : 30004 01219 00000331262 81

| Date | Nature des opérations | Valeur | Débit | Crédit |
|---|---|---|---|---|
| 25.06 | | | | |
| 28.06 | | | | |
| 29.06 | | | | |
| 30.06 | | | | |
| 30.06 | | | | |
| 30.06 | | | | |
| 30.06 | | | | |
| 30.06 | | | | |
| 30.06 | | | | |
| 30.06 | | | | |
| 30.06 | | | | |
| 30.06 | VIR ETRANGER EMIS /BEN 1/LUXURY PROPERTIES INC/BIC BOFAUS3M BANK OF AMERICA NA/REF ZZ1A10YUVBQVAKYPL /MMO EUR 8000,00/EXCH 1.1798/VERS ETATS UNIS/UDN | 30.06 | 8 000,00 | |

 **BNP PARIBAS**          RELEVE DE COMPTE CHEQUES

2021

NIMES INTERNATIO
Tél. Agence : 04 66 36 53 15 *(numéro non surtaxé)*
Tél. : 3477 *(Service gratuit + prix appel)*

Pièce N°          03339 03358

**RIB**  : 30004 01219 00000331262 81
**IBAN** : FR76 3000 4012 1900 0003 3126 281
**BIC**  : BNPAFRPPXXX

MR PATRICK MULLER
28 RUE DE LA COMTESSE
30000 NIMES

Vous trouverez les modifications des conditions tarifaires des produits et
services liés à votre compte de dépôt applicables au 01/01/2022 dans le
dépliant joint ou sur le site mabanque.bnpparibas en bas de page sous
l'onglet INFORMATIONS / Tarifs et conditions. L'absence de contestation
écrite de ces modifications dans un délai de 2 mois vaudra acceptation de
celles-ci de votre part. En cas de refus des modifications proposées,
vous pouvez résilier la convention de compte de dépôt sans frais avant
l'entrée en vigueur desdites modifications. Pour tout autre produit ou
service concerné par une modification tarifaire, reportez-vous aux
conditions prévues dans votre contrat.

Les sommes déposées sur ce compte sont éligibles à la garantie des dépôts du Fonds de Garantie des
Dépôts et de Résolution, sauf exclusions réglementaires en raison de la nature des personnes et/ou des
dépôts.
www.garantiedesdepots.fr

Monnaie du compte : Euro

| Date | Nature des opérations | Valeur | Débit | Crédit |
|------|-----------------------|--------|-------|--------|
| 23.08 | VIREMENT SEPA EMIS /MOTIF DIVERS /BEN MLE LOLITA REBULARD /REFDO /REFBEN | 23.08 | 1 000,00 | |
| 01.09 | VIREMENT SEPA EMIS /MOTIF DIVERS /BEN MLE LOLITA REBULARD /REFDO /REFBEN | 01.09 | 1 600,00 | |
| 16.09 | VIR INST EMIS /MOTIF DIVERS /BEN MLE LOLITA REBULARD /REFDO C9538017B3EA482DA2B5FFB049CB95C3 /REFBEN ZZ1AHQFFIDIAFS3OM | 16.09 | 1 500,00 | |
| 02.11 | VIREMENT SEPA EMIS /MOTIF DIVERS /BEN MLE LOLITA REBULARD /REFDO DIVERS /REFBEN | 02.11 | 20 000,00 | |
| 04.11 | VIR INST EMIS /MOTIF DIVERS /BEN MLE LOLITA REBULARD /REFDO C3E0F2A45578404C831BAF38EF8C96E2 /REFBEN ZZ1AS2GX9MEFHMZ2R | 04.11 | 7 000,00 | |

20:51

< 5      Lolita 



Moi c'est la course, j'ai récupéré il y a peine 15 min la lettre de mes parents à la poste. J'ai été sur le site et j'ai trouvé un rdv à 14h45 cet après-midi . Donc là je me prépare. Et je prend un uber à 14h pour être en avance car c'est à 20 min d'où je suis.     13:18

J'ai reçu le virement ce matin. Merci encore à vous et Patrick pour votre très grande aide.     13:19

Bonne nouvelle 😃   13:40 ✓✓

1 janv. 2021



08:52

< 5       **Lolita**



Mouna je viens de penser, je n'ai toujours pas reçu l'e-mail pour mon test COVID. Vous pensez que ce que Adel a récupèré pour moi au laboratoire hier est suffisant pour l'aéroport ?     15:31

Mouna , j'ai réussi  je suis trop contente. Mais je suis à moins sûr mon compte américain du coup! J'ai jamais été à moins de peur de perdre mon compte. Es ce que vous pouvez me faire un virement

                        

11:31



< 6       Lolita

répète tout ce que tu a dit sur moi et je n'ai pas fait de réaction contre toi car je ne veut pas le faire, mais ça pourra te donner une idée, fait ce que tu veut maintenant parle a ce qui tu veut même des captures écrans ça ne me dérange pas .

D'accord Medhi. Restons en bon terme pour Rayan. Notre but à tous moi, toi, Mr Muller, mme Muller c'est de le voir libre. C'est de le retrouver. Pas de ce disputer pour nous éloigner 12:48

Appel vocal manqué à 19:20

10 déc. 2020

Bonjour Mouna, je voulais juste vous dire que je viens de recevoir l'argent sur mon compte américain à l'instant. Je sais qu'un simple «merci » n'est pas à la hauteur de tout ce que vous faite pour moi et Rayan. Merci énormément pour votre aide Mouna et Patrick. Cette aide est un réel soulagement pour moi, votre aide me touche plus que pouvez l'imaginer, sachez le. Bonne journée à tout les deux.



+                    

10:14

< 5 **Lolita** 

3 juil. 2020

Le virement est fait 😀 11:23 ✓✓

6250€ 11:24 ✓✓

Merci énormément Mouna. Je vous
envois un message lorsqu'il
apparaît sur le compte. Merci
vraiment pour tout ce que vous
faite pour moi et Rayan. 11:28

 

11:44 ✓✓

7 juil. 2020

Bonjour Mouna, j'espère que vous
allez bien vous et votre mari.
Je vous envois ce petit message
pour vous dire que j' ai bien reçu
votre virement sur notre compte
bancaire hier dans la soirée .
Je voulais vous remercier vraiment
une nouvelle fois pour votre aide,
votre très grande aide, en cette 

   

10:14

< 5      **Lolita** 

 

11:44

7 juil. 2020

Bonjour Mouna, j'espère que vous allez bien vous et votre mari.
Je vous envois ce petit message pour vous dire que j' ai bien reçu votre virement sur notre compte bancaire hier dans la soirée .
Je voulais vous remercier vraiment une nouvelle fois pour votre aide, votre très grande aide, en cette période difficile,  en espérant vivement pouvoir vous remercier très bientôt en Tunisie avec Rayan à mes côtés . Inchallah mercredi

Je vous souhaite une très belle journée.

09:40

8 juil. 2020

Bonjour Lolita
Que Dieux avec nous 
C est dure d attendre



09:06

< 5   **Avocat Mahdi Swag...**
vu hier à 20:53

08:57 //

Je peux te parler ?   08:57 //

ابيبيه
09:58

Je te transmet le petit message de
la copine de iteb   13:48

Je sais pas quoi dire j'aimerais
remercier Mr et Mme Muller . Toi
seul peut les remercier pour moi
Medhi . Et dit leur bien que je les
rembourse le plus vite possible .

13:48

Elle peut m appeler par what up si
tu veux ?   14:00 //

Ok   14:0 :

Tu vas pas venir ?   14:05 //

ما نجمتش تشديت وحلت
15:09

غدوة نوعدك نتعدى

05:33

< 5          **Lolita**          📹  📞



Magnifique !!!! 😎  13:12

Rayan les a vu? Parce que simple comme c'est super classe j'adore !

13:12

📞 Appel vocal manqué à 19:42

7 juil. 2021

Bonjour Mouna, je voulais vous remercier toi et Patrick pour le virement que j'ai reçu ce matin, j'ai pu payer toutes les charges de Miami. Merci beaucoup. Je suis soulagée et rayan aussi.  16:56  ⌄

9 juil. 2021

+                    📷  ⓐ  🎤

09:07

< 5     **Avocat Mahdi Swag...**    
          vu hier à 20:53

صباح الخير
09:58

ليوم صاحبت هاك الطفل هذا اش بعثتلي
كانك مهتمة خليها تهبط تبدا تخدم
10:05

Bonjour Medhi, j'espère que tu vas bien et que tu as passé un bon week end. Je fais que de réfléchir au sujet des masques et de la proposition de mme Muller. Es ce que tu pense qu'elle veux que je contact les entreprises ou que je lui donne le contact des entreprises susceptibles d'en acheté? Car je t'explique mon idée depuis quelques jours de nouveau cas est arrivé chez des employés travaillant dans des abbatoires en France. Dans un abbatoire du Loiret il y a 60 cas dans une seule entreprise. Mon oncle qui travail dans un abbatoire près de chez mes parents nous a dit qu'il ne portait pas de masque . Car il n'en fournissait pas. On pourrait



+                                 

09:07

< 5   Avocat Mahdi Swag...
vu hier à 20:53

entreprises susceptibles d'en acheté? Car je t'explique mon idée depuis quelques jours de nouveau cas est arrivé chez des employés travaillant dans des abbatoires en France. Dans un abbatoire du Loiret il y a 60 cas dans une seule entreprise. Mon oncle qui travail dans un abbatoire près de chez mes parents nous a dit qu'il ne portait pas de masque . Car il n'en fournissait pas. On pourrait contacter tout les abbatoires français en leur donnant les prix attractifs de mme Muller, société tunisienne donc beaucoup moins cher que la fabrication française. En leur fesant comprendre qu'il faut qu'il équipe leur ouvrier.
Je sais que ça n'a rien à voir avec la demande de mme Muller qui voulait des contact dans la mode mais peut être que ça peut qu'en même l'intéressée.. d'ailleurs tu m'avais demandé si je comptais aller sur paris bientôt? C'était à ce sujet là ?

10:40

< 5          **Lolita**                    ⃞◁    ☎

téléphone était en train de charger.

L'idée  avec la clé et « libertad »
en tatoo c'est exactement ce que
je voyais .
Par contre je pense pas qu'il faut
qu'il y est écrit « swaggman »

Le symbole de la clé je pense que
c'est le symbole qu'il faut qu'on
garde pour la marque.

J'ai dessiné pleins de petite idée je
peaufine ça ce week end et je vous
en fait part Mouna. J'ai hâte.

En faite je veux qu'on créer un
design qui est en rapport avec
swaggman sans qu'on sache
explicitement que c'est sa marque.
-la clé
-libertad
-le bisous en lèvre rouge pour
ajouter de la couleur
-et la topographie garder celle de
son tattoo


  

+

08:33

< 5          **Lolita**

22 mai 2020                    16:49

Bonjour Mouna, je vais bien merci.
J'espère que vous aussi .
J'ai contacté plusieurs entreprises
qui me semblaient susceptible
d'être en demande de masques.
Pour l'instant, je n'ai eu de retour
de personne, mais hier c'était férié
en France, beaucoup de sociétés
font le pont, donc son fermée
pendant 4 jours. Je pense qu'ils
vont vouloir en savoir plus sur la
société (site internet), qualité,
modèle, patron, taille, attache
(élastique ou lien) etc. Je pense
qu' il serait vraiment bien que vous
investissez dans un site internet,
où on y verrait tout ce que vous
confectionnez avec un accès pour
effectuer des commandes. Vous
pourriez vous inspirez de ce site là:
Regardez Mouna:                    17:00

https://tdv-industries.fr    17:00

Je pense qu'un site de ce style

08:33

‹ 5   Lolita

Regardez Mouna.

22 mai 2020

https://tdv-industries.fr

Je pense qu'un site de ce style serait vraiment un plus pour votre société . Pour vous faire connaître (entreprise familiale depuis 2001.. etc) , en y mettant tout votre palmarès en terme de confection (avec qui vous avez travaillé... etc), un lien direct pour effectuer les commandes ( de tout type ) .
Et nous, par exemple moi , j'aurais simplement à contacter un maximum d'entreprises à l'aide d'un mail, pour un premier contact, ce mail contiendrait un lien , celui de votre site. Il permettait à l'entreprise d'être sûr de la fiabilité de votre entreprise et de votre travail.
Voilà Mouna, en attendant que les sociétés reviennent vers moi, je voulais juste vous suggérer cette idée. 😊
Je vous souhaite une belle et

08:34

< 5    Lolita

sortie après 2 mois de confinement) .

31 mai 2020

Je suis contente de savoir que vous avez fait des devis pour un site internet. Mouna je sais que ce site internet peut vraiment nous aider pour la commande de masque, mais également pour vos autres confections. C'est super, on pourra vraiment faire connaître votre entreprise avec un vrai support grâce à ce site internet. Vous pouvez prendre appuis sur le site que je vous avais montré. Je le trouve vraiment bien fait.

Désolé de ne pas avoir vu votre message et votre appel hier Mouna.

Je vous souhaite un bon dimanche.

09:23

1 juil. 2020



+



*SAHLINE Le 02/03/2022*

## ATTESTATION

Je soussigné FADHEL IMEN, titulaire de la CIN° 06881209 secrétaire de direction de Monsieur Patrick Muller atteste sur l'honneur les faits suivants :

En ma présence Monsieur Muller a remis en espèces :

- Le 10 Novembre 2021 la somme de 200 000 dinars (deux cent mille dinars)

- Le 12 Novembre 2021 la somme de 100 000 dinars (cent mille dinars)

- Le 18 Novembre 2021 la somme de 30 000 dinars (trente mille dinars)

FADHEL IMEN



*SAHLINE Le 02/03/2022*

## *ATTESTATION*

Je soussigné Mohamed WERGHUIMMI, titulaire de la CIN° 06378794

Directeur de production de la société NIMETE GROUPE atteste sur l'honneur

les faits suivants :

En ma présence Monsieur Muller a remis en espèces :

- Le 10 Novembre 2021 la somme de 200 000 dinars (deux cent mille dinars)

- Le 12 Novembre 2021 la somme de 100 000 dinars (cent mille dinars)

- Le 18 Novembre 2021 la somme de 30 000 dinars (trente mille dinars)

Mohamed WERGHUIMMI







**BNP PARIBAS**



Virement en votre faveur

| | |
|---|---|
| Montant envoyé | 500000.00 EUR |
| Montant reçu | 500000.00 EUR |
| Date de saisie | 03/12/21 à 12h09 |
| Motif | INVESTMENT REAL ESTATE |

 **BNP PARIBAS**



# Virement en votre faveur

| | |
|---|---|
| Montant envoyé | 500000.00 EUR |
| Montant reçu | 500000.00 EUR |
| Date de saisie | 08/12/21 à 08h29 |
| Motif | Investment real estate |



 **BNP PARIBAS**



# Virement en votre faveur

| Montant envoyé | 250000.00 EUR |
|---|---|
| Montant reçu | 250000.00 EUR |
| Date de saisie | 23/12/21 à 10h42 |
| Motif | Investment real estate |



 **BNP PARIBAS**





## Virement en votre faveur

| | |
|---|---|
| Montant envoyé | 250000.00 EUR |
| Montant reçu | 250000.00 EUR |
| Date de saisie | 07/01/22 à 10h48 |
| Motif | INVESTMENT REAL ESTATE |



10:48

**VOTRE VIREMENT INTERNATIONAL A BIEN ÉTÉ ENREGISTRÉ**

Cette demande de virement doit être vérifiée par un conseiller qui vous contactera prochainement.
Vous pouvez suivre l'évolution de ce virement depuis l'onglet Historique de votre espace virements.

| | |
|---|---|
| Date de virement | 07 janvier 2022 |
| Motif | INVESTMENT REAL ESTATE |
| Montant envoyé | 250000,00 EUR |
| Montant reçu | 250000,00 EUR |
| Ref bancaire | ZZ1B5HWEKM0WYJXHB |

**Informer le bénéficiaire**

Terminer



**DEPOSIT WIRING INSTRUCTIONS**

# FLORIDA Luxury REALTY

2166 Mariner Blvd, Spring Hill, FL 34609, États-Unis
+1 727-372-6611
Floridaluxuryrealty.com

These are the wiring instructions to AAA Plus Financial Group Inc.

Buyer :        Patrick MULLER

SELLER:        FLORIDA LUXURY REALTY CORP

AMOUNT:        €1.525,000.00

PROPERTY:      5421 Bayview Dr, Fort Lauderdale, FL 33308

BANK:          Wells Fargo  (420 MONTGOMERY ST SAN FRANCISCO, CA 94104)

ADDRESS:       2181 SW Newport Isles Port ST Lucie, Fl. 34953, États-Unis

PHONE:         +1 954-860-7023

ACCOUNT:       AAA Plus Financial Group Inc.

ABA:           121000248

ACCOUNT#:      6899382565

               SWIFT/BIC : WFBIUS6S

Should you need additional information or have any questions, please call our office at +1 954-860-7023

**11:34**

**Rayan**

Urgent

📞 Appel vocal manqué à 16:49

Coucou Patrick. Voici le compte :

Compte société : AAA PLUS FINANCIAL GROUP, INC.

Adress : 2181 SW NEWPORT ISLES PORT ST LUCIE, FLORIDA 34953 U.S.A

Numéro de compte # : 6899382565
Routing number # : 121000248

SWIFT/BIC CODE: WFBIUS6S
Nom de la banque : Wells Fargo.

Adress de la banque :
420 MONTGOMERY ST
SAN FRANCISCO, CA 94104

Le motif de l'envoie : investment real estate (investissement immobilier).

19:26

+





15:02

< 5  Rayan



1. 1. Hello the only person who has my account is my son of course helping me here is the IP address of his cell phone: 196.179.123.238. location: TN.

15:02

< 5  **Rayan** 

1. 1. Hello the only person who has my account is my son of course helping me here is the IP address of his cell phone: 196.179.123.238. location: TN.

2. I have never been contacted by a person or a company.



**Live Support**
Customer Support

loupe 70% de retour sur investissement en 48h !!

Je veux juste que l'argent soit sur mon compte Kraken !!!

Nous pouvons comprendre l'urgence, je suis désolé pour la situation et nous ne pouvons pas vous aider davantage via le chat en direct aujourd'hui. Votre ticket d'assistance est maintenant sur la liste des priorités urgentes et a été escaladé.

Je dois te laisser partir maintenant. Au revoir et bonne journée ! (traduit)
Show original

Merci
11:51

**Gail**
Customer Support



15:03

< 5   **Rayan**

escalade.

Je dois te laisser partir maintenant. Au revoir et bonne journée ! (traduit)

✓ Merci
14:31

**Gail**
Customer Support

Je vois un statut de révision en cours sur votre ticket d'assistance actif avec l'équipe concernée. Désolé que personne ne vous ait encore répondu, ils ont une vague de demandes de service en ce moment.

J'ai noté le ticket concernant votre suivi et l'escalade pour accélérer l'examen et lever la suspension. Veuillez attendre leur e-mail dès que possible. (traduit) Show original

Mais je ne comprend pas ! Habituellement je resois un virement de mon bcmpte bancaire a mon compte kraken direçtement!! Et sous bois de 24h les fond etai disponible sur mon compte kraken ! Que ce passe-t-il ?

Kraken Support: Kraken Support - Regarding Your Account   Boîte de réception

Jasmine (Kraken Supp...



15:03

< 5  **Rayan**

Kraken Support: Kraken
Support – Regarding Your
Account  Boîte de réception

Jasmine (Kraken Supp...

5

moi

moi

1. Hello the only person who has my account
is my son of course helping me here is the IP
address of his cell phone: 196.179.123.238.
location: TN.

[Kraken Support] Re: Kraken
Support – Regarding Your
Account  Boîte de réception

Bruce (Kraken Support)

**Bruce** (Kraken Support)

Hello Mouna,

Thank you for getting back to u

You are receiving this update
because your account is queued

15:03

< 5   **Rayan**  

 **Bruce** (Kraken Support)

Hello Mouna,

Thank you for getting back to us.

You are receiving this update because your account is queued for review by our support team.

**Your satisfaction is our priority**

---

because your account is queued for review by our support team.

**Your satisfaction is our priority and we will strive for a fast resolution time.** *Estimated time of resolution during low volume times is 24-48 hours.*

If you have any additional questions, please contact us directly by **replying to this message.** Please note that opening additional support tickets or Live Chat requests may delay the resolution time.

We appreciate your patience and understanding.

Best regards,

Bruce

ven. 26 nov.

Bonjour Mouna

15:04

< 5     Rayan

sam. 27 nov.

Bonjour rayan

Tu dors?                08:45

Bonjour. Non   08:49

**our satisfaction is our p**

**nd we will strive for a f**

**solution time.** *Estimated*

*resolution during low volu*

*mes is 24-48 hours.*

you have any additional

uestions, please contact us

rectly by **replying to this**

**essage.** Please note that

ening additional support



≡  Rechercher dans les messages   M

TOUTES LES BOÎTES

K   Bruce (Kraken Support)
[Kraken Support] Re  Kraken Support
Bruce (Kraken Support) Nov 25, 2021

K   Jasmine .. Christian, moi  5
Kraken Support  Kraken Support - Re

+                    ⬡  ◎  🎤

15:04

< 5   **Rayan**

uestions, please contact us

rectly by **replying to this**

**lessage.** Please note that

>ening additional support t

≡  Rechercher dans les messages  Ⓜ

TOUTES LES BOÎTES

K  Bruce (Kraken Support)
   [Kraken Support] Re: Kraken Support
   Bruce (Kraken Support) Nov 25, 2021.

K  Jasmine .. Christian, moi
   Kraken Support: Kraken Support - Re
   1 Hello the only person who has m; a

K  Kraken, moi
   You're invited to the Kraken Web na
   ---------- Message transfère ----------

K  Kraken Support
   Request #6768298: How would you r
   Hello, We would love to hear what you

ⓜ  Kraken
   Kraken Security - New Device Approv
   Device Confirmation A recent sign-in
   ⤵ signature.asc

<  ▪  oursorama.com  ↻  ⊔  ⊔

≡  ⬈                    Q  ⑦  Connexion

[                    ]  ⬈ Boursort Banque  ⌄

**COURS**   **ACTUALITÉS**   **HISTORIQUE**

+                         ⬚  ◎  🎤



14:44

< 5  Rayan
en ligne

XRP                    0 XRP

Tron

😂 😂 😂

07:46

Tu veux pas me croire quand je te
dit que ton investissement je fait
des merveilles avec !          07:46

Car moi j'ai un program et ce
program il Es trop trop trop lucratif
Mouna ! Fait moi confiance et
retiens bien ce moment ! Car dans
quelques semaine ou mois tu va
être choquer !          07:47

Je suis très motivé 
On commence aujourd'hui si tu
veux 😄          08:10

Ont commence quand tu veux moi
je suis opérationnel depuis le
début.          06:45

            

15:07

< 5   Rayan

Ok 😊   20:27

ven. 3 déc.

Rayan 😊😊😊😊😊   10:38

Je crois pas mes yeux 😊
10:39

Rayan ça va?   19:41

Oui sava je peux pas mourir 😂😂
19:41

Je te jure j arrive pas réaliser 😊
19:41

Wallah oublie c'est rien ça ! Wallah
19:41

Si tu voyager moi combien j'ai sur
mon e wallet tu t'en rendrais même
pas compte   19:42

Je suis tellement contente ie
trouve pas les mots   19:4   ⌄

Moi aussi wallah   19:43

+                          🗂 📷 🎤

15:12

  **Rayan**  

demain il ce peux que ont me
mette dans la geôle !! Stp ne lui dit
pas !!

sam. 18 déc.

Bonjour rayan
J ai pensé une chose
Tu me dis si possible!!
Est ce que nous pouvons prendre
notre 200 mille de MetaMask avec
300 de Patrick pour avoir la
somme exacte?

Coucou Mouna sava ? Ont n'en na
parler hier le problème c'est que
ont ne peux pas ce connecter
sinon si ont ce connecte le mec va
vouloir immédiatement c'est 10
million d'euros ! Du coup si je
prend ce risque la tu peux être sur
que la guerre avec lui sera déclarer
dans la même journée ! Et il ne va
pas accepter de discuter avec moi.
J'y es penser aussi mais je t'ai
directement répondu hier. Profite
de ton séjour avec les filles et



   

15:12

 5  **Rayan** 

notre 200 mille de MetaMask avec 300 de Patrick pour avoir la somme exacte?

13:51

Coucou Mouna sava ? Ont n'en na parler hier le problème c'est que ont ne peux pas ce connecter sinon si ont ce connecte le mec va vouloir immédiatement c'est 10 million d'euros ! Du coup si je prend ce risque la tu peux être sur que la guerre avec lui sera déclarer dans la même journée ! Et il ne va pas accepter de discuter avec moi. J'y es penser aussi mais je t'ai directement répondu hier. Profite de ton séjour avec les filles et Patrick ok ?

14:31

Ok
Je veux voir avec Patrick
Nous sommes dans l avion
Retard de 1h !!

14:42

On décolle peut-être dans 30 m 

14:42

   

**Patrik Muller**



| | |
|---|---|
| **De:** | MULLER PATRICK <patrick2.muller@gmail.com> |
| **Envoyé:** | samedi 12 février 2022 13:17 |
| **À:** | patrick.muller@nimetex.com |



+350,35 €

3 706,41 €

*00,00 €

**Mardi 23 novembre 2021**

**Mardi 16 novembre 2021**

VIREMENT DE MULLER PATRICK -    +100 000,00 €
MOTIF   DIVERS

VIREMENT VERS KRAKEN PAYWARD    -86 500,00 €
LTD   MOTIF  AA1/ N84G T  LI BA ..

**Vendredi 12 novembre 2021**

VIREMENT VERS KRAKEN PAYWARD    -86 500,00 €
LTD - MOTIF : AA1/ N84G I JU BA .

**Mercredi 10 novembre 2021**

VIREMENT DE MULLER PATRICK -    +100 000,00 €
MOTIF  DIVERS

**Vendredi 29 octobre 2021**

PAIEMENT CB DIANE DOUX EURL DU    -5 349,00 €
26/10 A NIMES   CARTE *6310

1

15:10

< 5   **Rayan**

206.99 BTC

Don't see your token?

Regarde MetaMask stp !!!   16:52

Clique   16:52

Sur le 206   16:52

Et fait moi un screen   16:52

Receive   Send



Received BTC
Confirmed                     203.42 BTC

Received BTC
Confirmed                     0.86 BTC

Received BTC
Confirmed                     1.05 BTC

Received BTC

jeu. 9 déc.

            

08:51

< 👤 **Rayan** 📹 📞

mer. 24 nov.



En tout tout tout patrick à envoyer 2 virement

De 86,500€

Donc 86,500€ + 86.500€ = 173.000€

📞 Appel vocal manqué à 11:35

URGENT

NE VA PAS À LA BANK TIJARI



\+ 🗒 📷 🎤

14:47

< 5    **Rayan**
en ligne



**mkraken**

A deposit has been made to your
Kraken account.

To see the deposit, sign in to your
account and go to the Funding page.

Thank you for choosing Kraken, the
trusted and secure digital asset
exchange.

The Kraken Team

15:51 ✓

**Ok parfait ont sapel après**    15:56



Fidor Bank AG (SEPA)

COORDONNÉES BANCAIRES

Kraken, Payward Ltd.

One London Wall, London, EC2Y 5EB, United
Kingdom

DE31 7002 2200 0071 7885 12

Fidor Bank AG        FDDOSEHMXXX

Sandstrasse 33, D-80335 Munchen, Germany

AA17 N84G TUIJ BANI kraken.com

IMPORTANT: Ce code permet d'associer votre
dépôt à votre compte. Veuillez renseigner ce code

14:47

< 5  **Rayan**

Ok parfait ont sapel après    15:56



Fidor Bank AG (SEPA)

COORDONNÉES BANCAIRES

Kraken, Payward Ltd.

One London Wall, London, EC2Y 5EB, United Kingdom

DE31 7002 2200 0071 7885 12

Fidor Bank AG          FDDODEMMXXX

Sandstrasse 33, D-80335 Munchen, Germany

AA17 NB4G TUIJ BANI kraken.com

IMPORTANT: Ce code permet d'associer votre dépôt à votre compte. Veuillez renseigner ce code en incluant "kraken.com" lors de l'envoi du virement bancaire.

ⓘ INFORMATIONS COMPLÉMENTAIRES

Plusieurs dépôts de montants identiques effectués dans l'intervalle de quelques jours peuvent être retardés . Si vous devez effectua...   16:26

Patrick peux effectuer le deuxième virement à tout à l'heure je t'explique ce que l'on va faire    16:26

Mouna est tu disponible ?    16:48

Je viens dacheter les btc    16:48

Je peux tapler ?    16:48

14:47

< 5    Rayan  

peuvent être retardés . Si vous devez effectuer...

Patrick peux effectuer le deuxième virement à tout à l'heure je t'explique ce que l'on va faire  16:26

Mouna est tu disponible ?  16:48

Je viens dacheter les btc  16:48

Je peux tapler ?  16:48



Your Bitcoin purchase was successful. You can see the updated balance in your account.

Transaction Summary:

- Transaction ID: S3KBFY

- Payment Method: Euro account balance

- Date: Nov 15, 2021

If you didn't request this action, your account may be compromised and you should do the following:

1) Sign in to https://www.kraken.com immediately and change your password

 Appel vocal manqué à 16:50

+

08:52

**Rayan**
25/11/2021 11:31

Tous médias

**Kraken Live Chat**

**Gail**
Customer Support

Gail

Je vois un statut de révision en cours sur votre ticket d'assistance actif avec l'équipe concernée. Désolé que personne ne vous ait encore répondu, ils ont une vague de demandes de service en ce moment.

J'ai noté le ticket concernant votre suivi et l'escalade pour accélérer l'examen et lever la suspension. Veuillez attendre leur e-mail dès que possible. (traduit) Show original

Mais je ne comprend pas ! Habituellement je fesait un virement de mon compte bancaire à mon compte kraken directement!! Et aux bout de 24h les fond etai disponible sur mon compte kraken !! Que ce passe t'il ?



08:52

**Rayan**

Voir plus

jeu. 25 nov.



"For Kraken.com cryptocurrency exchange - Support Ticket # 6890632 "

"My email address is: mounavuittonparis@gmail.com"

"I have read and understood Kraken.com's Beware of Scams warning. I acknowledge crypto

08:52

 Rayan

 

О89ООЗ2

jeu. 25 nov.

"My email address is:
mounavuittonparis@gmail.com"

"I have read and understood
Kraken.com's Beware of Scams
warning. I acknowledge crypto
asset withdrawals are irreversible"

25 November 2021 + SIGNATURE



11:07 //

  

14:46

 

< 5 Rayan  

have any questions or concerns, we are happy to help.

Regards,
Christian

Kraken Support

Protect your account with two-factor authentication:
https://support.kraken.com



J ai reçu maintenant l e-mail

15:11

Hello,

Thanks for applying for a personal account with Pro limits.

We are waiting for some information from you in order to get your Pro application processed.

Please let us know in case you have any questions or concerns, we are happy to help.

Regards,
Christian

Kraken Support

Protect your account with two-factor authentication:
https://support.kraken.com/hc/
articles/360000426923

... 6768298) is currently

Non n'en prend pas en compte c'est des relance. 

15:29

   



**08:51**

< 👤 **Rayan**   📹 📞

< jeu. 25 nov.

Kraken Support: Kraken
Support - Regarding Your
Account *Boîte de réception*

Jasmine (Kraken Sup...

Jasmine (Kraken Support)

Hello Mouna,

We have successfully received your
request and we are forwarding it
to the relevant team. We will
contact you with an update as
soon as possible.

If you have any additional

Je v les contacter attend

Stp envoi le code le y'a reçu

📞 Appel vocal manqué à 09:38

Mouna je contact la le suport stp
envoi moi le code que tu a reçu !!! Il
es valable que 5 minute  09.39

+   🖼 📷 🎤

08:51

 **Rayan**

jeu. 25 nov.

📞 Appel vocal manqué à 09:39

Mouna STP !!!! le code perime dans 4 minute !!! Peux tu m'envoyer le code stp ???? Tu la reçu par e-mail !!!!

09:40

📞 Appel vocal manqué à 09:41

MOUNA !!! le support m'attendent aux téléphone la !! Envois moi le code stp !! Le code il va être perimé dans même pas 2 minute !!!!

09:4

!!!!! 09:42

Mouna j'ai besoin du code pour confirme que c'est bien ton compte !! Stp le mec es avec moi en ligne !!! Il va trouver ça bizzard que je mettent autant de temps à confirmer un code !!!! Stp



  





25/02/2022 15:42      34 970,70 EUR - Kraken - Historique - Registre



| Transaction | Prix | Gagner | Financement | Historique | Support | Acheter de la Crypto |
|---|---|---|---|---|---|---|

Soldes disponibles:
0,03296 BTC
0,00 EUR

Marché
BTC/EUR

| Dernier prix | Prix indiciel | Volume en 24H | Moyenne pondérée | 24h bas/haut | |
|---|---|---|---|---|---|
| 34 970,7 EUR | 34 947,8 EUR | 3 358,72594 BTC | 33 896,2 EUR | 31 604,1 EUR | 35 443,0 EUR |

RegistreOrdresTransactionsPositionsExporter

## Registre

| Toutes les devises ▼ | Toutes les transactions ▼ | Date/Heure de début | Date / Heure de fin |
|---|---|---|---|

| ID | DATE | TYPE | DEVISE | MONTANT | FRAIS |
|---|---|---|---|---|---|
| LASZMS | 18/11/21 19:02:35 | Retrait | Bitcoin BTC | -3,11872626 BTC | 0,00015 BTC |
| LZSBJM | 18/11/21 18:25:14 | Retrait | Bitcoin BTC | -0,0037891 BTC | 0,00015 BTC |
| LBXC0Q | 17/11/21 10:41:52 | Recevoir | Bitcoin BTC | 1,6161763900 BTC | 0,00000 BTC |
| LNBCRL | 17/11/21 10:41:32 | Dépenser | Euro EUR | -85 221,67 EUR | 1 278,33 EUR |
| LZC7X4 | 17/11/21 10:06:27 | Dépôt | Euro EUR | 86 500,00 EUR | 0,00 EUR |
| LHW63K | 15/11/21 15:46:20 | Recevoir | Bitcoin BTC | 1,5096309000 BTC | 0,00000 BTC |
| LIK3XS | 15/11/21 15:46:20 | Dépenser | Euro EUR | -85 221,67 EUR | 1 278,33 EUR |
| LVCR6P | 15/11/21 14:50:33 | Dépôt | Euro EUR | 86 500,00 EUR | 0,00 EUR |

| À PROPOS | RESSOURCES | COMPTE | LANGL |
|---|---|---|---|
| | | | Franç |









12

