# EXHIBIT C

```
              UNITED STATE DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

              CASE NO.: 1:23-CV-22276-BB

PATRICK MULLER, an individual, and
MOUNA BOUZID, an individual,

          Plaintiffs,
v.

ITEB ZAIBET a/k/a "Swagg Man", an individual,
LOLITA C. REBULARD, an individual, LUXURY
PROPERTIES, INC., a Delaware corporation,
BEACH PROPERTIES RENTAL, INC., a
Delaware corporation, LUXURY PROPERTIES TRUST
u/a/d/ March 2, 2018, AAA PLUS
FINANCIAL GROUP, INC., a Florida corporation,
YVETTE TENORD, an individual, JOHNNY
PREVILUS, an individual, RES INVESTMENT
INTER, INC., a Florida corporation, INFINITE
RES INVESTMENT, LLC, a Nevada limited
liability company, MIAMI REALTY, CORP., a
Florida corporation, and GUZMAN305 TRUST, a
Florida trust,

          Defendants.
_____/

     DATE:      April 12, 2024
     TIME:      10:40 a.m. - 1:24 p.m.
     PLACE:     Via remote video Zoom


     VIDEOCONFERENCE DEPOSITION OF PATRICK MULLER



               Kimberly Hacker
               United Reporting, Inc.
               Litigation Building
        633 South Andrews Avenue, Suite 202
          Fort Lauderdale, Florida 33301
                 (954) 525-2221
```

United Reporting, Inc.
(954) 525-2221

d09fd8a4-f2d6-4d08-b5eb-995ac5f0a767

Page 12

1  Tunisia, but it's French.  It's French.
2      Q.   Okay.  All right.  This address that you have
3  just given and the one that's reflected on your ID card,
4  how long have you lived at that address?
5      A.   Five, six years maybe -- five, six years.  But
6  I'm a resident of Tunisia for more than 20 years.
7      Q.   When you say -- so you've lived in Tunisia for
8  the past 20 years, and you have maintained a residence
9  there?
10      A.   Yes.
11      Q.   Where did you live prior to that?
12      A.   Do you mean in Tunisia or where?
13      Q.   When you said you lived in Tunisia for the
14  past 20 years, did you live outside of Tunisia prior to
15  that?
16      A.   In France, in my home country.  So I have
17  always been a resident of France.
18      Q.   Mr. Muller, do you have a current occupation?
19      A.   Me?  Yes.  I'm the head of a company.
20      Q.   What's that company called?
21      A.   Nimetex Group, N-I-M-E-T-E-X Group.
22      Q.   What does Nimetex Group do?
23      A.   Textiles.
24      Q.   How long have you been the head of Nimetex
25  Group?