# EXHIBIT D

Page 1

```
          UNITED STATE DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA

          CASE NO.: 1:23-CV-22276-BB
```

PATRICK MULLER, an individual, and
MOUNA BOUZID, an individual,

       Plaintiffs,

v.

ITEB ZAIBET a/k/a "Swagg Man", an individual,
LOLITA C. REBULARD, an individual, LUXURY
PROPERTIES, INC., a Delaware corporation,
BEACH PROPERTIES RENTAL, INC., a
Delaware corporation, LUXURY PROPERTIES TRUST
u/a/d/ March 2, 2018, AAA PLUS
FINANCIAL GROUP, INC., a Florida corporation,
YVETTE TENORD, an individual, JOHNNY
PREVILUS, an individual, RES INVESTMENT
INTER, INC., a Florida corporation, INFINITE
RES INVESTMENT, LLC, a Nevada limited
liability company, MIAMI REALTY, CORP., a
Florida corporation, and GUZMAN305 TRUST, a
Florida trust,

       Defendants.
_____/

```
     DATE:      April 12, 2024
     TIME:      2:21 p.m. - 4:40 p.m.
     PLACE:     Via remote video Zoom


     VIDEOCONFERENCE DEPOSITION OF MOUNA BOUZID



               Kimberly Hacker
            United Reporting, Inc.
             Litigation Building
     633 South Andrews Avenue, Suite 202
        Fort Lauderdale, Florida 33301
               (954) 525-2221
```

Page 7

1    A.   My name is Mouna Bouzid Muller.  It is spelled
2  M-O-U-N-A.  My family name, B-O-U-Z-I-D and Muller,
3  M-U-L-L-E-R.
4    **Q.   You currently live with your husband in**
5  **Tunisia?**
6    A.   I am Tunisian, yes.
7    **Q.   Are you from Tunisia originally?**
8    A.   Yes.
9    **Q.   Have you lived anywhere outside of Tunisia?**
10   A.   I was born in Tunisia.  I've lived in Tunisia,
11 and then after that I have spent time in both France and
12 Tunisia.
13   **Q.   What is your date of birth?**
14   A.   Okay, so I was born in 1973, August 4th.  I'm
15 50 years old.
16   **Q.   And I apologize, I forgot to ask Mr. Muller**
17 **his date of birth during his deposition.**
18        **What is his date of birth?**
19   A.   He was born on October 5, 1955.
20   **Q.   Ms. Muller, are you currently employed?**
21   A.   I am an associate with Mr. Muller in this
22 company.
23   **Q.   You're an employee of Nimetex?**
24   A.   Nimetex Group.
25   **Q.   How long have you been with Nimetex Group?**

United Reporting, Inc.
(954) 525-2221

dbb4553a-72f4-493a-babe-6985728390b4

Page 44

```
 1  show that it's not authentic?
 2       A.   So I'm not -- I don't understand.  So for you,
 3  the attorney, that is a correct document?
 4       Q.   Ma'am, is that a no?  I'm not answering
 5  questions.
 6       A.   There are things that I can't answer either.
 7  Those will be up to the court to decide.  I'm not going
 8  to weigh in on that.
 9            MR. ADAMSKY:  Madam Court Reporter, if we can
10       mark that as Exhibit A to this deposition as well.
11            (The Luxury Property document was previously
12  marked as Defendant's Exhibit Number 1 for
13  Identification.)
14       Q.   Ms. Muller, were you or your husband ever
15  involved in any sort of bitcoin investment with Iteb or
16  his wife?
17       A.   No.
18       Q.   So no transactions involving bitcoin?
19       A.   No.
20            What is the relationship between these real
21  estate investments and your question about bitcoin?
22            What's the relationship?
23       Q.   Again, I'm not answering those questions.
24            Aside from this real estate transaction, have
25  you or your husband ever been involved in other
```