# EXHIBIT E

 **Department of Business & Professional Regulation**

Office of the General Counsel
Al Cheneler, Chief Attorney
Division of Real Estate
2601 Blair Stone Road
Tallahassee, FL 32399-2202
Phone: 850.717.1193 • Fax: 850.617.4412

**Melanie S. Griffin,** Secretary

**Ron DeSantis,** Governor

February 27, 2023

Johnny Previlus
c/o Douglas J. Jeffrey, P.A.
6625 Miami Lakes Drive East, Suite 365
Miami Lakes, FL 33014

Re:   DBPR v. Johnny Previlus
      DBPR Case No. 2022-020125

Dear Johnny Previlus:

This is to advise you that the Department dismissed the complaint against you concerning your alleged real estate brokerage activities. The designee of the Secretary of the Department of Business and Professional Regulation determined that the facts and circumstances did not warrant the filing of a formal administrative action against you.

Sincerely,

/s/ *Al Cheneler*
Al Cheneler, B.C.S.*
Chief Attorney, Division of Real Estate
Office of the General Counsel
Department of Business and
Professional Regulation
2601 Blair Stone Road
Tallahassee, FL 32399-2202



Office of the General Counsel
Al Cheneler, Chief Attorney
Division of Real Estate
2601 Blair Stone Road
Tallahassee, FL 32399-2202
Phone: 850.717.1193 • Fax: 850.617.4412

**Melanie S. Griffin,** Secretary

**Ron DeSantis,** Governor

October 19, 2022

Yvette Tenord
c/o Douglas J. Jeffrey, P.A.
6625 Miami Lakes Drive East, Suite 365
Miami Lakes, FL 33014

Re: DBPR v. Yvette Tenord
DBPR Case No. 2022-013519

Dear Yvette Tenord and Douglas J. Jeffrey, P.A.:

The Probable Cause Panel of the Florida Real Estate Commission, at its regularly scheduled meeting this month, determined that the facts and circumstances in the above referenced case did not warrant the commencement of formal administrative action against you. Accordingly, the Petitioner dismissed the Complaint and closed the case.

In accordance with Section 455.225(10) of the Florida Statutes, in the absence of a finding or probable cause, the Complaint and all information the Department obtained, as a result of the investigation, is confidential. In addition, pursuant to Section 455.232 of the Florida Statutes, disclosure of confidential information may be a misdemeanor offense. Therefore, the Department will provide no further response or information to you, regarding the findings in this case.

Sincerely,

/s/ *Al Cheneler*
Al Cheneler, B.C.S.
Chief Attorney, Division of Real Estate
Office of the General Counsel
2601 Blair Stone Road
Tallahassee, FL 32399-2202