UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-22276-JB

PATRICK MULLER and MOUNA BOUZID,

        Plaintiffs,

v.

ITEB ZAIBET and LOLITA C. REBULARD, *et al.*,

        Defendants.
_____/

## ORDER OF DISMISSAL AS TO DEFENDANTS ITEB ZAIBET AND LOLITA C. REBULARD

**THIS CAUSE** came before the Court on a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires service of a summons and complaint to be perfected upon defendants within ninety days after the filing of the complaint. Plaintiff filed his original complaint in this action on June 20, 2023. To date, there has been no indication in the court file that Defendants Iteb Zaibet or Lolita C. Rebulard have been served with Plaintiff's complaint.

The Court held a hearing on July 19, 2024, where Plaintiffs' counsel conceded that these Defendants had not been served and that the time to do so had passed. Given the foregoing, Plaintiff's counsel indicated he would not object to dismissal of these Defendants without prejudice.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendants, Iteb Zaibet and Lolita C. Rebulard, are hereby **DISMISSED** from this case **WITHOUT**

1

**PREJUDICE**.  The Clerk is directed to **TERMINATE** Defendants Iteb Zaibet and Lolita C. Rebulard from this case.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of July, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE