UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-22276-JB

PATRICK MULLER and MOUNA BOUZID,

        Plaintiffs,

v.

ITEB ZAIBET and LOLITA C. REBULARD, *et al.*,

        Defendants.

_____/

**ORDER ON JOINT MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM IN ADVANCE OF TRIAL**

**THIS CAUSE** came before the Court upon the parties' Joint Motion for Permission to Bring Electronic Equipment into the Courtroom in Advance of Trial (the "Motion"), ECF No. [147]. Upon consideration of the Motion, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1) The following equipment may be brought into the courthouse for use at the trial of this matter commencing on August 19, 2024 by the attorneys (and their support staff) for Plaintiffs, Patrick Muller and Mouna Bouzid, and Defendants, Johnny Previlus, Yvette Tenord, AAA Plus Financial Group Inc., Res Investment Inter, Inc., and Infinite Res Investment, LLC:

    a) Audio/visual playback/display equipment including computer and video playback equipment, power cords, cables, and other similar items;
    b) A projector and portable screen;
    c) An audio speaker for video playback;
    d) Printer/Scanners;
    e) Copy paper;

  f) Wi-Fi Hot Spots;
  g) External Hard Drives and thumb drives;
  h) Smart Watches; and
  i) Miscellaneous office supplies (clips, stapler, hole puncher, markers, pens, highlighters, notepads, etc.), extension cords, and power strips.

2) The following people are permitted to bring personal devices (including a laptop computer, tablet computer, cellular telephone, and various software) into the courthouse for the trial:

  (i) Steven H, Osber, Esq.;
  (i) Jason R. Adamsky, Esq.;
  (ii) John D. Osgathorpe, Esq.;
  (iii) Kenneth A. Tomchin, Esq.;
  (iv) Taylor R. McMahon, Esq.;
  (v) Brian Cummins (trial support);
  (vi) Fabio Cicogna (trial support);
  (vii) Daniel Karanikis (trial support);
  (viii) Ron Boze (trial support);
  (ix) Edward Kreiling, Paralegal; and
  (x) Clayton Pengel, Paralegal.

3) Further, Brian Cummins, Fabio Cicogna, Daniel Karanikis, and Ron Boze, may each bring the above referenced equipment into the courthouse the day prior to trial, for set up purposes, as well as throughout the duration of the trial.

**DONE AND ORDERED** in Miami, Florida this 1st day of August 2024.

_____
**HONORABLE JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**