UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-22276-JB

PATRICK MULLER and MOUNA
BOUZID,

       Plaintiffs,
v.

ITEB ZAIBET and LOLITA C.
REBULARD, *et al.*,

       Defendants.
_____/

## ORDER OF DISMISSAL AS TO DEFENDANT GUZMAN305 TRUST

**THIS CAUSE** came before the Court on a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires service of a summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. Plaintiffs filed their original complaint in this action on June 20, 2023. To date, there has been no indication in the court file that Defendant GUZMAN305 TRUST has been served with Plaintiffs' complaint.

On July 29, 2024, this Court issued an Order requiring Plaintiffs to perfect service of process upon GUZMAN305 TRUST and furnish the Court with proof of service on this Defendant (the "Order"). ECF No. [144]. The Court instructed that "[f]ailure to file proof of service or show good cause by **July 31, 2024** will result in a dismissal without prejudice as to Defendant GUZMAN305 TRUST and without further notice." *Id.* Plaintiffs did not file proof of service as to GUZMAN305 TRUST or otherwise respond to the Order, and the time to do so has passed.

1

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant GUZMAN305 TRUST is hereby **DISMISSED** from this case **WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** Defendant GUZMAN305 TRUST from this case.

**DONE AND ORDERED** in Miami, Florida, this 5th day of August, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**