# EXHIBIT A

 Official Website of the Department of Homeland Security

 ENGLISH (U.S./U.K.)

 (http://www.cbp.gov)

# RETRIEVE INDIVIDUAL APPLICATION

The following information is required to retrieve your application.

---

⚠ Authorization Canceled

**Required fields are indicated by a red asterisk \*.**

Passport Number *

22IA21241

📅 Date of Birth * ❓

| 5 ▾ | October ▾ | 1955 ▾ |

In addition, we will need **either** your Application Number, **OR** the Country of Citizenship, Passport Issuance Date and Passport Expiration Date.

Application Number *

811M3F6P6S4267W8

## OR

Country of Citizenship / Nationality * ▾

📅 Issuance Date * ❓

| Day ▾ | Month ▾ | Year ▾ |

📅 Expiration Date * ❓

| Day ▾ | Month ▾ | Year ▾ |

RETRIEVE APPLICATION

---

NEED HELP?

## RELATED TOPICS:

NEED HELP?

**Checking Your ESTA Status**

→ How long is my ESTA valid for?

**Updating Your Information**

→ How do I correct a mistake on my application?

→ What information can I update?

→ What should I do if my passport information has changed or expired?

→ When do I need to reapply for an ESTA?

---

**Have additional questions?**     VIEW ALL TOPICS (/FAQ?LANG=EN)

NEED HELP?

CONTACT SUPPORT

Traveler Communications Center

Call:**1-202-325-8000**

To submit an inquiry:

**CBP Info Center (https://help.cbp.gov)**

24 hours per day, 7 days a week

HELPFUL LINKS

Dept. of Homeland Security:

**DHS.gov (http://www.dhs.gov)**

Customs and Border Protection:

**CBP.gov (http://www.cbp.gov)**

**CBP.gov/travel (http://www.cbp.gov/travel)**

SITE POLICIES

**ACCESSIBILITY (http://www.cbp.gov/site-policy-notices/accessibility)**

**PRIVACY STATEMENT (/privacystatement?lang=en)**

**VULNERABILITY DISCLOSURE (https://www.cbp.gov/document/directives/vulnerability-disclosure-program-policy-and-rules-engagement)**

Paperwork Reduction Act: An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0111. The estimated average time to complete this application is 23 minutes. If you have any comments regarding this burden estimate you can write to U.S. Customs and Border Protection, Office of Regulations and Rulings, 90 K Street, NE, 10th Floor, Washington DC 20229. Expiration May 31, 2026.

The ESTA logo is a registered trademark of the U.S. Department of Homeland Security. Its use, without permission, is unauthorized and in violation of trademark law. For more information, or to request the use of the logo, please go to **help.cbp.gov (http://help.cbp.gov)** and submit a request by clicking on "Ask a Question." When selecting the Product (under Additional Information) use "ESTA" and the sub-product "Logo Assistance" to expedite handling of your request.

NEED HELP?

Page réservée aux autorités compétentes
*Page reserved for issuing authorities*
Página reservada a las autoridades competentes
para expedir el pasaporte / Forbeholdt de pasudstedende
myndigheder / Amtliche Vermerke
Προοριζεται για τις αρχές που είναι αρμόδιες για την
έκδοση του διαβατηρίου / Page reserved for issuing authorities
Leathanaigh in áirithe d'údaráis eisiúna
Pagina riservata all'autorità
Opmerkingen van bevoegde instanties
Página reservada às entidades competentes
para emitir o passaporte / Varattu passinantoviranomaisille
Förbehället utlämnande myndighet.

Ce passeport contient un composant électronique.
Il convient d'en prendre soin, et en particulier
de ne pas le plier, le perforer, l'exposer à des températures
extrêmes ou à une humidité excessive.

*This passport contains sensitive electronics.*
*For best performance please do not bend,*
*perforate or expose to extreme temperatures*
*or excess moisture.*

Signature du titulaire / *Holder's signature*





# RÉPUBLIQUE FRANÇAISE

**PASSEPORT**
*PASSPORT*

| Type/*Type* | Code du pays/*Country code* | Passeport n°/*Passport no* |
|---|---|---|
| P | FRA | 22IA21241 |

Nom /*Surname (1)*
**MULLER**

Prénoms /*Given names (2)*
**Patrik,Remy**

Nationalité /*Nationality (3)*
**Française**

Sexe /*Sex (5)*: **M**   Taille/*Height (12)*: **1,75 m**   Couleur des yeux /*Colour of eyes (11)*: **MARRON**

Date de naissance /*Date of birth (4)*
**05 10 1955**

Lieu de naissance /*Place of birth (6)*
**NÎMES**

Date de délivrance /*Date of issue (7)*
**08 11 2022**

Domicile /*Residence (7)*
**PALAIS SKANES**
**03000 MONASTIR**
**TUNISIE**

Autorité /*Authority (9)*
**TUNIS**
**CONSULAT GENERAL DE FRANCE**

Date d'expiration /*Date of expiry (8)*
**07 11 2032**

P<FRAMULLER<<PATRIK<REMY<<<<<<<<<<<<<<<<<<<<<<
22IA212412FRA5510056M3211072<<<<<<<<<<<<<<00