**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

PATRICK MULLER, an individual, and MOUNA
BOUZID, an individual,

       *Plaintiffs,*

v.

ITEB ZAIBET a/k/a "Swagg Man", an individual,
LOLITA C. REBULARD, an individual, LUXURY
PROPERTIES INC., a Delaware corporation,
BEACH PROPERTIES RENTAL, INC., a
Delaware corporation, LUXURY PROPERTIES
TRUST u/a/d March 2, 2018, AAA PLUS
FINANCIAL GROUP INC., a Florida corporation,
YVETTE TENORD, an individual, JOHNNY
PREVILUS, an individual, RES INVESTMENT
INTER, INC., a Florida corporation, INFINITE
RES INVESTMENT, LLC, a Nevada limited
Liability company, NEW MIAMI REALTY,
CORP., a Florida corporation, and GUZMAN305
TRUST, a Florida trust,

       *Defendants*.

_____/

CASE NO: 1:23-cv-22276-JB

## NOTICE OF ATTORNEY'S LIEN AND DECLARATION OF MICHAEL MAGLOFF IN SUPPORT THEREOF

Comes Now, Maximilien Palenzuela, Esq. and the law firm of Lewis Brisbois Bisgaard &

Smith, LLP (collectively, the "Firm") and files this Notice of Attorney's Lien against their

former clients, Plaintiffs, Patrick Muller and Mouna Bouzid herein.

       1.       NOTICE IS HEREBY GIVEN that LEWIS BRISBOIS BISGAARD & SMITH

LLP ("LBBS") has and does assert a contractual attorneys' lien against the **Plaintiffs** herein on

any and all claims or causes of action herein and on any recovery that **Plaintiffs**, individually or

collectively, may obtain, whether by judgment, order, settlement or otherwise, arising out of or

related to the claims or causes of action herein.

154177522.1

2.       The lien is and shall be in the amount of $33,890.69, the sum owing to LBBS by Plaintiffs at the conclusion of LBBS' representation, plus interest or such other amount as may be determined by law.

3.       **Notice Is Further Given** that no sums should be disbursed from any judgment or settlement until LBBS' lien has been satisfied.

4.       This Notice and lien are based upon the Declaration of Michael Magloff, and *Sinclair Louis, Siegel, Heath, Nussbaum & Zavertnik v. Baucom*, 428 So. 2d 1383, 1384 (Fla. 1983) (An attorney's lien or "charging lien" has been recognized in Florida for over 100 years. It is equitable in nature and serves to protect the rights of attorneys.  The requirements for perfection of the lien are not statutory but have been developed by case law.  The requirements are simple:  there must be a contract between the attorney and client either express or implied. There must also be an understanding, express or implied, that the payment to the attorney is either  dependent upon recovery or that payment will come from the recovery.  Also, there must have been an attempt by the client to avoid payment of the fees, and finally, notice to the client.)

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Counsel for Plaintiffs*
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
E-Service: ftlemaildesig@lewisbrisbois.com

By: *s/Maximilien Palenzuela*
        Maximilien Palenzuela, Esq.
        Florida Bar No.: 1031444
        max.palenzuela@lewisbrisbois.com

2

## DECLARATION OF MICHAEL MAGLOFF

I, Michael Magloff, declare:

1.      I am an attorney at law, licensed to practice before all courts in the State of California.  I am a Partner of Lewis Brisbois Bisgaard & Smith LLP ("LBBS"), former counsel for Plaintiffs herein.  I make this Declaration based upon my own knowledge and, if called upon to testify, would and could testify as follows.

2.      On or after April 10, 2023, LBBS entered into a written Engagement Letter (the "Agreement") the purpose of which was to establish an attorney-client relationship between LBBS and Plaintiff Patrick Muller for the representation, commencement and prosecution of the instant lawsuit.  (Attached hereto, marked Exhibit A and made a part hereof is a true and correct copy of said Agreement.)[1]

3.      Paragraph 9 of the Agreement, entitled "Attorney Lien" provides as follows:

> 9.  ATTORNEY LIEN
>
> In consideration of the terms of this Agreement, as security for the payment of the fees, costs, and out of pocket expenses incurred on Your behalf pursuant to its terms, and without prejudice to any rights, recourse, or remedies we may have, You hereby grant us a lien upon any sum or sums recovered by You, or on Your behalf (or which You are entitled to recover) in this or any other matter to which this or a similar agreement may pertain, and upon any sum or sums which may be on deposit with the Firm pursuant to this Agreement.  You expressly authorize us to resort to such lien to obtain partial or total satisfaction of any obligation or debut which You may have to us arising from this Agreement.

(*Id*., Exhibit "A" at Paragraph 9.)

---

[1]  Although Exhibit A was prepared and signed by Patrick Muller, he requested and it was understood that his wife Norma Bouzid Muller was to be a party to the lawsuit but that he would be responsible for the fees and costs. The parties to the agreement acted at all times in conformity with that understanding.

154177522.1

5.       Between May 15, 2023, and August 23, 2024, LBBS incurred and billed Plaintiff Muller for services and costs related to the within matter in the total amount of $43,045.68; of that amount, Plaintiff Muller paid only $9,155.00. (Attached hereto, marked Exhibit "B" and made a part hereof is a true and correct copy of the "Billing Detail.") The total amount of $33,890.69 remains unpaid, despite demand, and the total sum is subject to LBBS' attorney lien.

6.       Between July 25, 2023, and August 23, 2024, LBBS sent Plaintiff Muller periodic monthly statements and invoices for services rendered and costs, advanced during that period which remain unpaid and the subject of LBBS' attorney lien. (Attached hereto, marked Exhibit "C" and made a part hereof are true and correct copies of said statements and invoices.)

7.       On October 27, 2023, the Court granted LBBS' Motion to Withdraw as counsel of record for Plaintiffs. (Attached hereto, marked Exhibit "D," and made a part hereof, is a true and correct copy of the Court's Order Re Withdrawal.

I declare under penalty of perjury pursuant to the laws of the State of Florida that the foregoing is true and correct and this Declaration was executed at Los ANGELES, CAL. on 3 /14/ 2025.

_____
MICHAEL MAGLOFF

4

154177522.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2025, a true and correct copy of the foregoing was filed via the CM/ECF system, which will serve a true and correct copy of the same to all attorneys of record below.

**John D. Osgathorpe**
**Kenneth A. Tomchin**
**Taylor R. McMahon**
TAYLOR, DAY, GRIMM & BOYD
50 North Laura Street, Suite 3500
Jacksonville, Florida 32202
Tel: (904) 356-0700; Fax: (904) 356-3224
jdo@taylordaylaw.com
ktomchin@taylordaylaw.com
amelton@taylordaylaw.com
lad@taylordaylaw.com
hmaxwell@taylordaylaw.com
*Counsel forPatrick Muller and Mouna Bouzid*

**Steven H. Osber**
CONRAD & SCHERER, L.L.P.
633 South Federal Highway, 8th Floor
Fort Lauderdale, FL 33301
Tel: (954) 847-3305; Fax: (954) 463 9244
SOsber@conradscherer.com
AThomas@conradscherer.com
JAdamsky@conradscherer.com
AThomas@conradscherer.com
*Counsel for Johnny Previlus, Yevette Tenord, Res Investment Inter Inc., Infinite Res Investment, LLc and AAA Plus Financial Group, Inc.*

**David P. Reiner, II**
REINER & REINER, P.A.
9100 So. Dadeland Blvd, Suite 901
Miami, Florida 33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
dpr@reinerslaw.com eservice@reinderslaw.com
*Counsel for Luxury Properties Trust dated March 2, 2018*

**Cody German & Bernadette M. Gomez**
COLE, SCOTT & KISSANE, P.A.
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33256
Tel: (786) 268-6415 Fax: (305) 373-2294
Cody.german@csklegal.com
Bernadette.gomez@csklegal.com
*Counsel for New Miami Realty Corp.*

*s/Maximilien Palenzuela*
Maximilien Palenzuela

154177522.1