# EXHIBIT "A"



**LEWIS BRISBOIS**
LEWIS BRISBOIS BISGAARD & SMITH LLP

David H. Haft
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
David.Haft@lewisbrisbois.com
Direct: 954.828.0357

April 10, 2023

**PERSONAL AND CONFIDENTIAL COMMUNICATION**

<u>**VIA ELECTRONIC MAIL ONLY**</u>
Mr. Patrick Muller
c/o Wassim Benzarti, Esq.
24 Rue de Penthievre, 75008
Paris, France
E-Mail: wassim.benzarti@westfieldavocats.com

Re:   <u>Engagement Letter</u>

Dear Wassim:

The purpose of this correspondence is to, upon execution: 1) establish an attorney client relationship between Lewis Brisbois Bisgaard & Smith LLP ("LBBS" or the "Firm") and Patrick Muller (hereinafter referred to as "You" or the "Client"); 2) define the scope of the Firm's representation of the Client; and 3) establish other material terms and conditions of the representation, including but not limited to the financial terms. This correspondence may be referred to as the "Engagement Letter" or the "Agreement."

Please read the Engagement Letter with care. By executing this Engagement Letter, You are entering into a contract that is binding on both the Firm and You, on the following terms and conditions.

1.   <u>PARTIES TO ENGAGEMENT LETTER</u>

The parties to the Agreement are LBBS and You. No other person or entity shall be entitled to claim an attorney client relationship with the Firm with respect to the legal services to be provided pursuant to the Engagement Letter.

2.   <u>INCEPTION OF ATTORNEY CLIENT RELATIONSHIP</u>

No attorney client relationship will exist between LBBS and You until You have executed the Agreement, nor will LBBS be obligated to provide legal services, until You have returned a signed copy of this Agreement and paid the initial retainer called for under Paragraph 8.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

Patrick Muller
April 10, 2023
Page 2

3. SCOPE OF REPRESENTATION: SCHEDULE A

LBBS will perform only those legal services set forth in the Scope of Representation attached as Schedule A. The Client shall have no expectation that the Firm will provide legal services beyond those set forth in Schedule A, unless LBBS and the Client amend the Engagement Letter in writing or execute a separate agreement with respect to any such additional legal services. The Client is generally required by law to retain documents, including electronically stored information ("ESI"), which may be relevant to the matter which is the subject of the representation. Preservation of documents including ESI is the Client's responsibility, and it is important that the Client take all necessary and reasonable steps to preserve this information. The Firm is available to discuss the scope of the Client's obligations and to provide advice or recommendations in this regard. Nothing in this paragraph shall in any way limit the Client's obligation to pay for or the Firm's right to receive payment for any services provided by the Firm at the Client's request.

4. DUTIES OF CLIENT

You agree to be truthful and to cooperate, to keep us informed of relevant developments, to abide by the Agreement, to pay our bills on time, and to keep us advised at all times of Your current address, telephone number and whereabouts.

5. LEGAL FEES

We will charge You for the services provided pursuant to the Agreement based on the amount of time (including travel) we devote to the matter at the hourly rates for the particular professionals involved as are set forth in Schedule B. We bill in minimum units of 6 minutes, or .1 hour.

We reserve the right to reasonable annual rate increases up to 10% per annum and will request for consent if any annual increase exceeds 10%. We reserve the right to staff the handling of the matter with the partners, associates, paralegals and/or other personnel of our choice, at the rate we establish for each such timekeeper, although we will discuss the staffing of Your matter with You at any time, and will consider Your input in the staffing of the matter. Each of the undersigned individuals agree to be jointly and severally liable for all fees, costs and disbursements in connection with this representation.

6. COSTS, EXPENSES AND OTHER CHARGES

A. COSTS AND EXPENSES: SCHEDULE B

We will incur on Your behalf various costs and expenses in performing legal services under the Agreement. You agree to pay for those costs and expenses, in addition to the hourly fees. Schedule B, attached, includes a non-exhaustive list of costs we may incur on Your behalf.

B. OUTSIDE CONSULTANTS/OTHER VENDORS

Patrick Muller
April 10, 2023
Page 3

In addition to the costs of the type set forth in Schedule B, it may become necessary to hire persons or entities outside LBBS, including but not limited to consultants, experts, investigators, co-counsel, or other professionals. We will select any consultants or investigators to be hired after notice to and consultation with You, and You agree to honor the terms and conditions of any agreement that we enter into on Your behalf with any such outside person or entity.

### C. REIMBURSEMENT OR DIRECT PAY

Unless we agree in writing, and in our sole discretion, to pay directly any of the external costs incurred such as those set forth in Schedule "B", and/or for outside consultants or other vendors, You agree to pay any such expense directly. Our compensation arrangement with the third-party will provide that our Firm is not financially liable for the costs involved, and that You are solely responsible for payment. When You are responsible to directly pay an outside consultant or vendor invoice we will work with You and the consultant or vendor to give effect to payment arrangements, including Your payment of estimated costs in advance or a deposit against these costs. If You fail to make direct payments as required by this Letter Agreement, You agree to defend and indemnify our Firm with respect to any claim, demands or suit brought against our Firm as a result of Your failure to pay such invoice and that indemnity includes our attorney's fees and costs incurred in defending the claim against our Firm. Payment directly by our Firm of any such expense on one or more occasions shall not be construed as a waiver of our right to require You in the future to pay any similar expense directly or in advance. In addition, even if we pay these outside costs directly, we may require You to reimburse us immediately rather than waiting for the normal billing cycle to be completed.

### 7.   PERIODIC STATEMENTS AND BILLING TERMS

Our practice is to send periodic statements for services rendered and for costs incurred during the previous month or months on our client's behalf. The detail in the periodic statement will inform You of both the nature and progress of work and of the fees and costs being incurred.

Our fee structure is based upon Your promise to pay all statements no later than 30 days after receipt.

We do our best to see that our clients are satisfied not only with our services, but also with the reasonableness of the fees and costs. Therefore, while we urge You to raise any question about or objection to a fee statement, You must do so promptly. Such inquiry shall be timely only if made, in writing, within thirty (30) days after the date of the invoice. In the absence of a timely written inquiry, You will be deemed to have accepted the invoice and to have acknowledged that You are satisfied with it, in the absence of good cause for not having objected more timely.

In the event You fail to pay any invoice within thirty (30) days of the statement date, You agree to pay interest at the rate of ten percent (10%) per annum on the amount of such invoice, from the statement date until paid in full. If we accept late payment of any invoice without interest, we shall not be deemed to have waived any claim in the future for interest on other invoices. If You timely object in writing to a portion of a statement, You agree to pay the remainder of the

Patrick Muller
April 10, 2023
Page 4

statement which is not in dispute. We agree to accept such partial payment without claiming You have waived Your right to contest the unpaid portion of the bill.

Failure to pay the undisputed amount of any invoice in full within 30 days shall constitute grounds for termination of this Engagement Letter and withdrawal of the Firm from representation, as more fully discussed in Paragraph 11 ahead.

8. **RETAINER: SECURITY AND ADVANCE PAYMENT OF FINAL INVOICE**

This Engagement Letter shall not be effective until both You and LBBS have signed it and You have delivered to LBBS a retainer in the amount of $3,000 via wire, including a $500.00 cost deposit. This retainer is not an estimate of the total charges which may be incurred. The retainer is: 1) a sum to be held as security for the Firm with respect to Your obligations to pay the fees and costs incurred by the Firm pursuant to the Engagement Letter; and 2) an advance payment to be applied to the Firm's final invoice, or in the Firm's discretion any other invoice or invoices, in this matter regardless of whether or not such invoice is delinquent. We expect that You will live up to the terms and conditions of the Engagement Letter in full, in which case the full amount of the remaining retainer (if any) will be applied against the final invoice and any excess returned to You. However, as noted, should You become delinquent on the payment of any statement, we may in our discretion apply the retainer to the payment of that statement. In the event that the retainer is for any reason applied You shall immediately restore the retainer to its full amount upon our request. Failure to restore the retainer upon our request shall constitute grounds for termination of this Engagement Letter and withdrawal from representation, as more fully discussed in Paragraph 11 ahead.

We also reserve the right to require, and You agree to provide, increases to the retainer should the time and expense required to carry out the representation contemplated by this Engagement Letter increase beyond that reasonably anticipated at the beginning of the engagement.

For example, in the event that You were to request and we were to agree to undertake to represent You in connection with potential or actual litigation, such a matter could resolve in one of a variety of different ways, including dismissal, settlement, or trial. Trial preparation and the actual trial of a case are the most time consuming part of any litigation engagement. We would likely, therefore, require an increased retainer before we would begin trial preparation. We would determine the amount of the increase in the retainer prior to the trial, based upon an estimate of time and costs that may be involved for trial preparation and trial. In any event failure to provide the increased retainer upon our request shall constitute grounds for termination of this Engagement Letter and withdrawal of the Firm from the representation as more fully discussed in Paragraph 11 ahead.

9. **ATTORNEY LIEN**

In consideration of the terms of this Agreement, as security for the payment of the fees, costs, and out-of-pocket expenses incurred on Your behalf pursuant to its terms, and without

LEWIS BRISBOIS BISGAARD & SMITH LLP
www.lewisbrisbois.com

Patrick Muller
April 10, 2023
Page 5

prejudice to any other rights, recourse, or remedies we may have, You hereby grant us a lien upon any sum or sums recovered by You, or on Your behalf (or which You are entitled to recover) in this or any other matter to which this or a similar agreement may pertain, and upon any sum or sums which may be on deposit with the Firm pursuant to this Agreement. You expressly authorize us to resort to such lien to obtain partial or total satisfaction of any obligation or debt which You may have to us arising from this Agreement.

10. <u>TERMINATION OF THE FIRM BY THE CLIENT</u>

You shall have the right to terminate this Engagement Letter and discharge the Firm at any time. However, to be effective, termination or discharge of the Firm must be in writing. In such event, You authorize the Firm to make and retain a duplicate of Your file.

The Client shall bear all reasonable costs of transferring the new matter to counsel chosen by the Client.

The attorney client relationship between the Firm and the Client shall end upon discharge of the Firm by the Client pursuant to this paragraph. However, such discharge shall not relieve the Client of any obligation to pay fees and costs incurred prior to the discharge, as well as any fees and costs expended after the discharge to the extent reasonably required in the Firm's sole discretion to protect the Client's interests prior to court order substituting new counsel or permitting withdrawal of the Firm from the litigation.

11. <u>WITHDRAWAL FROM REPRESENTATION BY THE FIRM</u>

The Firm shall be permitted to withdraw from representation whenever required or permitted to do so by law. In addition, the Firm may withdraw as counsel at any time if withdrawal can be accomplished without material adverse effects on the interests of the Client, or if: 1) the Client persists in a course of action involving a lawyer's services that the lawyer reasonably believes to be criminal or fraudulent; 2) the Client has used the lawyer's services to perpetrate a crime or fraud; 3) the Client insists upon pursuing an objective that the lawyer considers repugnant or imprudent; 4) the Client fails substantially to fulfill an obligation to LBBS regarding the Firm's services (including, but not limited to, the Client's financial obligations under this Engagement Letter) after reasonable warning from the lawyer that the lawyer will withdraw unless the obligation is fulfilled; 5) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the Client; or 6) where other good cause for withdrawal exists.

12. <u>DOCUMENT STORAGE POLICY</u>

On termination of a matter, the Firm will maintain file documents for 10 years, or any alternate period as determined by the State of Florida (or the state governing the location for where work will be conducted). Upon termination of the matter, You have the right to take possession of the file. If You choose to take possession of the file, the Firm may copy all or any part of the file. If You choose not to take possession of the file, the Firm will retain the file pursuant to its document storage policy stated above.

LEWIS BRISBOIS BISGAARD & SMITH LLP
www.lewisbrisbois.com

Patrick Muller
April 10, 2023
Page 6

### 13. CONFLICTS

You should be aware that the Firm represents many other companies and individuals. It is possible that during the time that we are representing You, some of our present or future clients will have transactions or disputes with You. You agree that we may continue to represent or may undertake in the future to represent existing or new clients in any matter that is not substantially related to our work for You even if the interests or legal positions of such clients in those other matters are directly adverse. We agree, however, that Your prospective consent to conflicting representation contained in the preceding sentence shall not apply in any instance where, as a result of our representation of You, we have obtained proprietary or other confidential information of a non-public nature, that, if known to such other client, could be used in any such other matter by such client to Your material disadvantage.

### 14. CHOICE OF LAW/FORUM SELECTION

This Agreement is deemed to have been executed, and is intended to be performed in the State of Florida, subject to its laws, regardless of whether services are actually rendered outside of the State of Florida. Any dispute arising from this agreement shall be governed by the laws of the State of Florida. The venue for the judicial resolution of such dispute shall be proper within the State of Florida.

### 15. NO PROMISES OR GUARANTEES

The Client understands that the Firm has made no representation or guarantee concerning the outcome of any legal proceedings that may be filed or defended on behalf of the Client.

### 16. LEGAL MALPRACTICE INSURANCE

As of the date of this letter, Lewis Brisbois Bisgaard & Smith LLP has errors and omissions (legal malpractice) insurance applicable to the services to be rendered pursuant to this Agreement, subject to any applicable deductible or self-insured retention.

### 17. MODIFICATION IN WRITING ONLY

No change to this Agreement shall be effective unless and until confirmed in writing and signed and acknowledged by the Firm and the Client making express reference to this Agreement. This Engagement Letter embodies the whole agreement of the parties. There are no promises, terms, conditions or obligations other than those contained herein, and this contract shall supersede all previous communications, representations, or other agreements, either oral or written, between the Firm and the Client.

### 18. COUNTERPARTS AND FACSIMILES EFFECTIVE

This Agreement may be signed in counterpart. Facsimile or imaged signature pages executed by the Firm or the Client shall be effective as original signatures.

Patrick Muller
April 10, 2023
Page 7

    Thank you for choosing Lewis Brisbois Bisgaard & Smith LLP as Your counsel with respect to the matter set forth in Schedule A.

    We look forward to working with You and thank you once again for the opportunity to serve You, upon execution of this Engagement Letter.

Very truly yours,

/s/ David H. Haft

DAVID H. HAFT of
LEWIS BRISBOIS BISGAARD & SMITH LLP

DHH

Dated: 12/04/2023   Accepted and agreed to:

**Patrick Muller**

By: PATRICK MULLER

Name/Title _____

Address: _____

Phone: _____

E-mail: _____

Patrick Muller
April 10, 2023
Page 8

## SCHEDULE "A":

### SCOPE OF REPRESENTATION

Patrick Muller

Commencement of Federal Court Action on behalf of Client to recover funds lost/stolen as part of international real estate fraud and conspiracy perpetrated by Iteb Zaibet and other known and unknown co-conspirators.

Representation of You with respect to certain confidential transactions and such other matters as are assigned by the Client and accepted by the Firm, from time to time.

\*\*\*

Patrick Muller
April 10, 2023
Page 9

## SCHEDULE "B":

## RATE SCHEDULE AND COST/EXPENSE ITEMS SCHEDULE

A.  **Identification**

Client(s):   Patrick Mueller

Matter:      adv. Iteb Zaibet

B.  **Hourly rates for legal personnel:**

| | |
|---|---|
| $375.00 | David H. Haft; |
| $325.00 | Associates; |
| $150.00 | Paralegals and Assistants; and |
| $125.00 | Law Clerks. |

*We may from time to time add other attorneys within the aforesaid rate ranges as needed, as determined by LBBS.

Please note that in appropriate circumstances, the Firm's charges may include a reasonable premium fee, which will be noted on any invoice in which it is included, in addition to the minimum fees calculated on the Firm's usual hourly rates. A premium amount may be based upon the novelty or difficulty of the issues raised during the representation, the time limitations imposed by the Client or the results obtained.

In addition to the foregoing legal fees charged to Client by the Firm, and without limitation thereof, Client acknowledges and agrees that the Firm shall be entitled to payment of 10% of any and all amounts collected, received, recovered, paid to, or made for the benefit of Client, without regard to the source of any such payment, for its services rendered hereunder.

C.  **Standard charges**

We charge for our time in minimum units of .1 hours (6 minutes).

D.  **Costs and expenses incurred on Client's behalf may include but are not limited to:**

| | |
|---|---|
| Process server fees | At cost |
| Filing fees or other fees fixed by law or assessed by public agencies | At cost |
| Meals | At cost |
| Parking | At cost |
| Travel expenses including e.g., lodging, air fare, taxis, public transportation, car rental, and meals | At cost |

LEWIS BRISBOIS BISGAARD & SMITH LLP

www.lewisbrisbois.com

Patrick Muller
April 10, 2023
Page 10

| | |
|---|---|
| Facsimiles | $.25 per page |
| Deposition costs | At cost |
| Experts, consultants or investigators | At cost |
| Computer Research | At cost, plus facilities surcharge (approximately $5.00/minute) |
| Word processing support | $35.00 per hour |
| Mileage | At the Internal Revenue Service's business mileage reimbursement guidelines |
| Messenger and other delivery fees | At cost |
| Photocopying and other reproduction costs | In-house - $0.10 per page Outside service-At cost |
| After hours building services (when dictated by special client need) | At cost |