# EXHIBIT "B"

Muller v. Zaibet (054819.000002)

Billing Detail
Iridium

| Invoice No. | Client | Matter | Payor | Status | Invoice Date | Fees Billed | Disb Billed | Total Billed | Fees Paid | Disb Paid | Total Paid | Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3640015 | 054819 | 000002 | 54819 | Settled | 5/15/2023 | $2,797.50 | | $2,797.50 | $2,797.50 | | $2,797.50 | $0.00 |
| 3671850 | 054819 | 000002 | 54819 | Settled | 6/21/2023 | $3,097.50 | $260.00 | $3,357.50 | $3,097.50 | $260.00 | $3,357.50 | $0.00 |
| 3711419 | 054819 | 000002 | 54819 | Outstanding | 7/25/2023 | $3,900.00 | $496.40 | $4,396.40 | $2,503.60 | $496.40 | $3,000.00 | $1,396.40 |
| 3741238 | 054819 | 000002 | 54819 | Outstanding | 8/23/2023 | $12,462.50 | $1,193.85 | $13,656.35 | | | | $13,656.35 |
| 3749874 | 054819 | 000002 | 54819 | Outstanding | 9/12/2023 | $7,987.50 | $559.94 | $8,547.44 | | | | $8,547.44 |
| 3796929 | 054819 | 000002 | 54819 | Outstanding | 10/20/2023 | $3,375.00 | | $3,375.00 | | | | $3,375.00 |
| 3832250 | 054819 | 000002 | 54819 | Outstanding | 11/21/2023 | $5,620.00 | $277.00 | $5,897.00 | | | | $5,897.00 |
| 3868011 | 054819 | 000002 | 54819 | Outstanding | 12/31/2023 | $187.50 | | $187.50 | | | | $187.50 |
| 4147574 | 054819 | 000002 | 54819 | Outstanding | 8/23/2024 | | $831.00 | $831.00 | | | | $831.00 |
| | | | | | | $39,427.50 | $3,618.19 | $43,045.69 | $8,398.60 | $756.40 | $9,155.00 | $33,890.69 |