# EXHIBIT

## "C"

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

July 25, 2023
Invoice No.     3711419

Patrick Muller
24 Rue de Penthievre
Paris,  75008
France

Attn:     Wassim Benzarti, Esq.

Re:  Muller v. Zaibet
Our File No.:          54819-2

| | |
|---|---:|
| Current Fees through 06/30/23 | 3,900.00 |
| Current Disbursements through 06/30/23 | 496.40 |
| Total Current Charges | $        4,396.40 |

**\*\*\* Please return this page with your payment. \*\*\***

**Wire Instructions**

City National Bank

**All Charges in US Dollars**

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

July 25, 2023
Invoice No.    3711419

**Patrick Muller**
**24 Rue de Penthievre**
**Paris,  75008**
**France**

    **Attn:**    **Wassim Benzarti, Esq.**

Re:  Muller v. Zaibet
Our File No.:      54819-2

| | |
|---|---:|
| Current Fees through 06/30/23 | 3,900.00 |
| Current Disbursements through 06/30/23 | 496.40 |
| Total Current Charges      $ | 4,396.40 |

**Wire Instructions**



# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number | 54819-2 | Patrick Muller | | 7/25/23 |
|---|---|---|---|---|
| DH7 | | Muller v. Zaibet | Page | 3711419 1 |

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 6/09/23 | DH | Email correspondence with D. Reiner re: Hearing on Motion to Dissolve Lis Pendens | .3 |
| 6/20/23 | DH | Finalize exhibits in support, case initiation documents re: Commencement of New Federal Action | 1.0 |
| 6/20/23 | DH | Draft and record notices of lis pendens | 1.6 |
| 6/20/23 | DH | Email correspondence with D. Reiner re: Hearing on Motion to Dissolve Lis Pendens | .3 |
| 6/21/23 | DH | Draft notice or filing re: Recorded lis pendens for St. Lucie Property | .3 |
| 6/21/23 | DH | Review public records, asset searches, comprehensive reports on Defendants re: Identification of additional assets, best addresses for process, preparation of summonses for Defendants | 1.5 |
| 6/21/23 | DH | Review Court Order re: Case scheduling report and certificate of interested parties | .6 |
| 6/22/23 | DH | Email correspondence with Clerk, process server re: Case assignment, issuance of summonses for Defendants | .5 |
| 6/27/23 | DH | Draft notices of filing re: Recorded Lis Pendens on respective properties | .6 |
| 6/27/23 | DH | Draft notice of filing re: Affidavit of service for New Miami Realty | .3 |
| 6/28/23 | DH | Email correspondence with process server re: Status of process on additional Defendants | .3 |
| 6/29/23 | DH | Telephone conference with process server re: Attempted service at 2501 Property, alternate addresses for service of Trust Defendants, Zaibet and Rebulard | .5 |
| 6/29/23 | DH | Draft notices of filing, affidavits of service re: Process of Trustee, Florida Luxury Properties | .4 |
| 6/29/23 | DH | Email correspondence with D. Reiner re: Intent to appear in federal Case, conferral regarding Motion to Dissolve Lis Pendens, acceptance of service for Trust | .6 |
| 6/30/23 | DH | Email correspondence with D. Reiner re: Appearance as Counsel for Trust, intent to Oppose Lis Pendens, Motion to Dissolve Lis Pendens | .6 |
| 6/30/23 | DH | Review Motion to Dissolve Lis Pendens by Trust | 1.0 |

| Date | Description of Disbursement | Units | Rate | Amount |
|---|---|---|---|---|
| 6/26/23 | Service of process on parties Prestige Process Inv#:PPJ-2023006900 Subpoena service of New Miami Realty Corp. on 6/26/23. | | | 94.80 |
| 6/28/23 | Service of process on parties Prestige Process Inv#:PPJ-2023006895 Subpoena service of Beach Properties Rental, Inc on 6/27/23. | | | 110.80 |
| 6/28/23 | Service of process on parties Prestige Process Inv#:PPJ-2023006894 Subpoena service of Luxury Properties Inc. on 6/27/23. | | | 290.80 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| David Haft | 10.4 | 375.00 | 3,900.00 |
| Total | 10.4 | | 3,900.00 |

| | |
|---|---|
| Total Fees | 3,900.00 |
| Total Disbursements | 496.40 |
| Total Current Charges | $ 4,396.40 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT

Prestige Process
P.O Box 613634
Miami, FL 33261
Phone: (786) 916-2424
47-2269411

**INVOICE**

Invoice #PPJ-2023006895
6/28/2023



LEWIS BRISBOIS BISGAARD & SMITH LLP--FORT
LAUDERDALE
110 Se 6th Street
SUITE 2600
FORT LAUDERDALE, FL 33301

54819-2

Reference Number: 54819.2
Your Contact: AVIVA
**Case Number: SOUTHERN 1:23-CV-22276-BB**

Plaintiff:
**PATRICK MULLER, an individual, and
MOUNA BOUZID, an individual**

Defendant:
**ITEB ZAIBET a/k/a "Swagg Man", an
individual, LOLITA C. REBULARD, an
individual, LUXURY PROPERTIES INC., a
Delaware corporation, BEACH PROPERTIES
RENTAL, INC., a Delaware corporation,
LUXURY PROPERTIES TRUST u/a/d March
2, 2018, AAA PLUS FINANCIAL GROUP
INC., a Florida corporation, YVETTE
TENORD, an individual, JOHNNY PREVILUS,
an individual, RES INVESTMENT INTER,INC., a Florida corporation, INFINITE RES INVESTMENT, LLC, a
Nevada limited liability
company. EL AL;**

Received: 6/22/2023  Served: 6/27/2023 1:22 pm  CORPORATE
To be served on: BEACH PROPERTIES RENTAL, INC C/O REGISTERED AGENT, INC RA

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Printing | 79.00 | 0.20 | 15.80 |
| STATE WIDE SERVICE | 1.00 | 95.00 | 95.00 |
| TOTAL CHARGED: | | | $110.80 |
| **BALANCE DUE:** | | | **$110.80** |

Please enclose a copy of this invoice with your payment.
Thank you for your business.

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

| Vendor: | 100733 Prestige Process | Doc ID: 0003JA8G-1 | Page | 1 of 1 |
|---|---|---|---|---|
| Voucher: | 3101222  Dist: 7487506 | Date:  6/28/23 | Amount: | 110.80 |

Prestige Process
P.O Box 613634
Miami, FL 33261
Phone: (786) 916-2424
47-2269411

**INVOICE**

Invoice #PPJ-2023006894
6/28/2023



LEWIS BRISBOIS BISGAARD & SMITH LLP--FORT
LAUDERDALE
110 Se 6th Street
SUITE 2600
FORT LAUDERDALE, FL 33301

54819-2

Reference Number: 54819.2
Your Contact: AVIVA
**Case Number: SOUTHERN 1:23-CV-22276-BB**

Plaintiff:
**PATRICK MULLER, an individual, and
MOUNA BOUZID, an individual**

Defendant:
**ITEB ZAIBET a/k/a "Swagg Man", an
individual, LOLITA C. REBULARD, an
individual, LUXURY PROPERTIES INC., a
Delaware corporation, BEACH PROPERTIES
RENTAL, INC., a Delaware corporation,
LUXURY PROPERTIES TRUST u/a/d March
2, 2018, AAA PLUS FINANCIAL GROUP
INC., a Florida corporation, YVETTE
TENORD, an individual, JOHNNY PREVILUS,
an individual, RES INVESTMENT INTER,INC., a Florida corporation, INFINITE RES INVESTMENT, LLC, a
Nevada limited liability
company. EL AL;**

Received: 6/22/2023   Served: 6/27/2023 1:22 pm  CORPORATE
To be served on: LUXURY PROPERTIES INC. C/O A REGISTERED AGENT, INC RA

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| STATEWIDE SREVICE | 1.00 | 95.00 | 95.00 |
| Printing | 79.00 | 0.20 | 15.80 |
| OUT OF STATE SERVICE | 1.00 | 180.00 | 180.00 |
| TOTAL CHARGED: | | | $290.80 |
| **BALANCE DUE:** | | | **$290.80** |

Please enclose a copy of this invoice with your payment.
Thank you for your business.

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

Page 1 / 1

| Vendor: | 100733  Prestige Process | Doc ID: 0003J9X7-1 | Page | 1 of 1 |
|---|---|---|---|---|
| Voucher: | 3101279  Dist: 7487565 | Date:  6/28/23 | Amount: | 290.80 |

| Date | User | Transaction Type | Reference Id | Note | Charge | Balance | Description (PII removed) |
|---|---|---|---|---|---|---|---|
| Jun 7, 12:57 | David Haft | TruLookup Vehicle Search | 54819-2 | | $5.00 | $120.00 | 2HWUR2ZF7HLA07476 |
| Jun 7, 12:57 | David Haft | TruLookup Vehicle Search | 54819-2 | | $5.00 | $125.00 | SWAGZY1,FL |
| Jun 7, 12:58 | David Haft | TruLookup US Business Search - Advanced | 54819-2 | NO CHARGE - NO HIT | $0.00 | $125.00 | GUZMAN305 TRUST |
| Jun 7, 12:58 | David Haft | TruLookup Vehicle Search - Advanced | 54819-2 | | $5.00 | $130.00 | GUZMAN305 TRUST |
| Jun 7, 12:59 | David Haft | TruLookup Person Search - Advanced | 54819-2 | | $5.00 | $135.00 | ITEB ZAIBET |
| Jun 7, 13:00 | David Haft | TruLookup Vehicle Search - Advanced | 54819-2 | NO CHARGE - DUPLICATE | $0.00 | $135.00 | GUZMAN305 TRUST |
| Jun 7, 13:00 | David Haft | TruLookup Person Search - Advanced | 54819-2 | NO CHARGE - DUPLICATE | $0.00 | $135.00 | ITEB ZAIBET |
| Jun 7, 13:00 | David Haft | TruLookup Drivers License Search - Advanced | 54819-2 | | $5.00 | $140.00 | ITEB ZAIBET |
| Jun 7, 13:01 | David Haft | TruLookup Property Search - Advanced | 54819-2 | NO CHARGE - NO HIT | $0.00 | $140.00 | GUZMAN305 TRUST |
| Jun 7, 13:01 | David Haft | TruLookup Business Liens Search - Advanced | 54819-2 | NO CHARGE - NO HIT | $0.00 | $140.00 | GUZMAN305 TRUST |
| Jun 7, 13:02 | David Haft | TruLookup UCC Filing Search - Advanced | 54819-2 | NO CHARGE - NO HIT | $0.00 | $140.00 | GUZMAN305 TRUST |
| Jun 7, 13:02 | David Haft | TruLookup Person Search - Advanced | 54819-2 | | $5.00 | $145.00 | ITEB ZAIBET |
| Jun 7, 13:02 | David Haft | TruLookup Property Search - Advanced | 54819-2 | NO CHARGE - DUPLICATE | $0.00 | $145.00 | ITEB ZAIBET |
| Jun 7, 13:02 | David Haft | TruLookup Property Search - Advanced | 54819-2 | NO CHARGE - DUPLICATE | $0.00 | $145.00 | ITEB ZAIBET |
| Jun 7, 13:03 | David Haft | TruLookup Person Search - Advanced | 54819-2 | | $5.00 | $145.00 | PROPERTIES TRUST LUXURY |
| Jun 7, 13:04 | David Haft | TruLookup Property Search - Advanced | 54819-2 | | $5.00 | $150.00 | LUXURY PROPERTIES TRUST |
| Jun 7, 13:04 | David Haft | TruLookup Person Search - Advanced | 54819-2 | NO CHARGE - NO HIT | $0.00 | $150.00 | LOLITA C REBULARD |
| Jun 7, 13:05 | David Haft | TruLookup Property Search - Advanced | 54819-2 | EXPORT TO PDF | $0.00 | $150.00 | LUXURY PROPERTIES TRUST |
| Jun 21, 13:12 | David Haft | TruLookup Vehicle Search | 54819-2 | | $5.00 | $210.00 | 2HWUR2ZF7HLA07476 |
| Jun 21, 13:13 | David Haft | TruLookup Vehicle Search | 54819-2 | NO CHARGE - DUPLICATE | $0.00 | $210.00 | 2HWUR2ZF7HLA07476 |
| Jun 21, 13:13 | David Haft | TruLookup US Business Search - Advanced | 54819-2 | NO CHARGE - NO HIT | $0.00 | $210.00 | GUZMAN305 TRUST |
| Jun 21, 13:13 | David Haft | TruLookup UCC Filing Search - Advanced | 54819-2 | NO CHARGE - NO HIT | $0.00 | $210.00 | GUZMAN305 TRUST |
| Jun 21, 13:13 | David Haft | TruLookup Business Liens Search - Advanced | 54819-2 | NO CHARGE - NO HIT | $0.00 | $210.00 | GUZMAN305 TRUST |
| Jun 21, 13:14 | David Haft | TruLookup Property Search - Advanced | 54819-2 | NO CHARGE - NO HIT | $0.00 | $210.00 | GUZMAN305 TRUST |
| Jun 21, 13:14 | David Haft | TruLookup Vehicle Search | 54819-2 | NO CHARGE - DUPLICATE | $0.00 | $210.00 | 2HWUR2ZF7HLA07476 |
| Jun 21, 13:14 | David Haft | TruLookup Person Search | 54819-2 | | $5.00 | $215.00 | ITEB K ZAIBET,38,MIAMI,FL |
| Jun 21, 13:15 | David Haft | TruLookup Comprehensive Report | 54819-2 | | $20.00 | $235.00 | ITEB K ZAIBET,38,MIAMI,FL |
| Jun 21, 13:15 | David Haft | TruLookup Person Search - Advanced | 54819-2 | | $5.00 | $240.00 | ITEB K ZAIBET,MIAMI,FL |
| Jun 21, 13:15 | David Haft | TruLookup Relationship Graph | 54819-2 | | $5.00 | $245.00 | BRAJ-QS8W,ITEB K ZAIBET,38 |
| Jun 21, 13:17 | David Haft | TruLookup Person Search | 54819-2 | | $5.00 | $250.00 | LOLITA REBULARD,MIAMI,FL |
| Jun 21, 13:18 | David Haft | TruLookup Comprehensive Report | 54819-2 | | $20.00 | $270.00 | LOLITA REBULARD,MIAMI,FL |
| Jun 21, 13:19 | David Haft | TruLookup US Business Search - Advanced | 54819-2 | | $5.00 | $275.00 | INFINITE RES INVESTMENT, LLC |
| Jun 21, 13:19 | David Haft | TruLookup Person Search | 54819-2 | | $5.00 | $280.00 | YVETTE P TENOR3,48,MAGNOLIA,TX |
| Jun 21, 13:19 | David Haft | TruLookup Comprehensive Business Report | 54819-2 | | $10.00 | $290.00 | INFINITE RES INVESTMENT LLC,PORT SAINT LUCIE,FL |
| Jun 21, 13:20 | David Haft | TruLookup Criminal and Traffic Offenses Search - Advanced | 54819-2 | NO CHARGE - NO HIT | $0.00 | $290.00 | ITEB K ZAIBET |
| Jun 21, 13:20 | David Haft | TruLookup Criminal and Traffic Offense Search - Advanced | 54819-2 | | $5.00 | $295.00 | ITEB K ZAIBET |
| Jun 21, 13:20 | David Haft | TruLookup Comprehensive Report | 54819-2 | EXPORT TO PDF | $0.00 | $295.00 | LOLITA REBULARD,MIAMI,FL |
| Jun 21, 13:21 | David Haft | TruLookup US Business Search | 54819-2 | | $5.00 | $300.00 | AAA-PLUS FINANCIAL GROUP INC,PORT SAINT LUCIE,FL |
| Jun 21, 13:21 | David Haft | TruLookup US Business Search | 54819-2 | | $5.00 | $305.00 | RES INVESTMENT INTER INC,PORT SAINT LUCIE,FL |
| Jun 21, 13:22 | David Haft | TruLookup Person Search | 54819-2 | | $5.00 | $310.00 | JOHNNY J PREVILUS,58,SPRING,TX |
| Jun 21, 13:22 | David Haft | TruLookup US Business Search | 54819-2 | | $5.00 | $315.00 | CORPORATION DIV,CARSON CITY,NV |
| Jun 21, 13:22 | David Haft | TruLookup US Business Search | 54819-2 | | $5.00 | $320.00 | INFINITE RES INVESTMENT LLC,PORT SAINT LUCIE,FL |
| Jun 21, 13:22 | David Haft | TruLookup US Business Search | 54819-2 | NO CHARGE - DUPLICATE | $0.00 | $320.00 | INFINITE RES INVESTMENT LLC,PORT SAINT LUCIE,FL |
| Jun 21, 13:23 | David Haft | TruLookup Comprehensive Report | 54819-2 | | $20.00 | $340.00 | JOHNNY J PREVILUS,58,SPRING,TX |

| Vendor: | 72730 TransUnion Risk and Alternative Data | Doc ID: 0003JAFY-9 | Page | 1 of 2 |
|---|---|---|---|---|
| Voucher: | 3102383 Dist: 7490334 | Date: 7/18/23 | Amount: | 295.25 |
| Approved by Trisha Spiller on 07/18/2023 8.50 AM | | Check#: 437487 | | |

| Date | User | Transaction Type | Reference Id | Note | Charge | Balance | Description (PII removed) |
|---|---|---|---|---|---|---|---|
| Jun 21, 13:23 | David Haft | TruLookup US Business Search | 54819-2 | | $5.00 | $345.00 | STATE OF NEVADA,CARSON CITY,NV |
| Jun 21, 13:24 | David Haft | TruLookup Relationship Graph | 54819-2 | | $5.00 | $350.00 | YXBM-1C3P,JOHNNY J PREVILUS,50 |
| Jun 21, 13:24 | David Haft | TruLookup Comprehensive Report | 54819-2 | EXPORT TO PDF | $0.00 | $350.00 | JOHNNY J PREVILUS,50,SPRING,TX |
| Jun 21, 13:25 | David Haft | TruLookup Comprehensive Business Report | 54819-2 | | $10.00 | $360.00 | AAA PLUS FINANCIAL GROUP INC,PORT SAINT LUCIE,FL |
| Jun 21, 13:25 | David Haft | TruLookup Comprehensive Report | 54819-2 | | $20.00 | $360.00 | YVETTE P TENORD,49,MAGNOLIA,TX |
| Jun 21, 13:26 | David Haft | TruLookup Watch List - Advanced | 54819-2 | | $0.25 | $360.25 | REB ZAMET |
| Jun 21, 13:27 | David Haft | TruLookup Property Search - Advanced | 54819-2 | | $5.00 | $365.25 | JOHNNY PREVILUS |
| Jun 21, 13:28 | David Haft | TruLookup Comprehensive Address Report | 54819-2 | | $10.00 | $365.25 | 11998 NE 16TH AVE 1, MIAMI, FL 33161-6676 |
| Jun 21, 13:29 | David Haft | TruLookup Comprehensive Address Report | 54819-2 | | $10.00 | $405.25 | 2151 SW NEWPORT ISLES BLVD, PORT SAINT LUCIE, FL 34953-4979 |
| Jun 21, 13:33 | David Haft | TruLookup US Business Search | 54819-2 | | $5.00 | $410.25 | J-KING BEST CLEANING SERVICES INC.,PORT SAINT LUCIE,FL |
| Jun 21, 13:33 | David Haft | TruLookup Comprehensive Address Report | 54819-2 | | $10.00 | $420.25 | 7198 SW 22ND ST, DAVIE, FL 33317-7122 |
| Jun 21, 13:34 | David Haft | TruLookup Person Search - Advanced | 54819-2 | | $5.00 | $425.25 | 4313 W SUNRISE BLVD, PLANTATION, FL 33313-6749 |
| Jun 21, 13:34 | David Haft | TruLookup Comprehensive Address Report | 54819-2 | NO CHARGE - DUPLICATE | $0.00 | $425.25 | 7198 SW 22ND ST, DAVIE, FL 33317-7122 |
| Jun 21, 13:35 | David Haft | TruLookup Comprehensive Address Report | 54819-2 | | $10.00 | $435.25 | 27208 STARRY OAKS DR, MAGNOLIA, TX 77354-7158 |
| Jun 21, 13:42 | David Haft | TruLookup Person Search | 54819-2 | NO CHARGE - DUPLICATE | $0.00 | $435.25 | JOHNNY J PREVILUS,50,SPRING,TX |
| Jun 21, 13:59 | David Haft | TruLookup US Business Search - Advanced | 54819-2 | | $5.00 | $440.25 | RES INVESTMENT INTER INC |
| Jun 21, 14:00 | David Haft | TruLookup Comprehensive Business Report | 54819-2 | | $10.00 | $455.25 | RES INVESTMENT INTER INC,PORT SAINT LUCIE,FL |
| Jun 21, 14:00 | David Haft | TruLookup US Business Search - Advanced | 54819-2 | NO CHARGE - DUPLICATE | $0.00 | $455.25 | INFINITE RES INVESTMENT, LLC |
| Jun 21, 14:01 | David Haft | TruLookup Vehicle Search - Advanced | 54819-2 | NO CHARGE - NO HIT | $0.00 | $455.25 | INFINITE RES INVESTMENT, LLC |
| Jun 21, 14:01 | David Haft | TruLookup Property Deed Search - Advanced | 54819-2 | | $5.00 | $460.25 | INFINITE RES INVESTMENT, LLC |
| Jun 21, 14:02 | David Haft | TruLookup Property Deed Search - Advanced | 54819-2 | EXPORT TO PDF | $0.00 | $460.25 | INFINITE RES INVESTMENT, LLC |
| Jun 21, 14:02 | David Haft | TruLookup UCC Filing Search - Advanced | 54819-2 | | $5.00 | $465.25 | INFINITE RES INVESTMENT LLC |

**Total** $296.25

| Vendor: | 72730 TransUnion Risk and Alternative Data | Doc ID: 0003JAFY-10 | Page | 2 of 2 |
|---|---|---|---|---|
| Voucher: | 3102383  Dist: 7490334 | Date: 7/18/23 | Amount: | 295.25 |
| Approved by Trisha Spiller on 07/18/2023  8.50 AM | | Check#: 437487 | | |

Prestige Process
P.O Box 613634
Miami, FL 33261
Phone: (786) 916-2424
47-2269411

**INVOICE**

Invoice #PPJ-2023006903
7/29/2023



LEWIS BRISBOIS BISGAARD & SMITH LLP--FORT
LAUDERDALE
110 Se 6th Street
SUITE 2600
FORT LAUDERDALE, FL 33301

Reference Number: 54819.2
Your Contact: AVIVA
**Case Number: SOUTHERN 1:23-CV-22276-BB**

Plaintiff:
**PATRICK MULLER, an individual, and
MOUNA BOUZID, an individual**

Defendant:
**ITEB ZAIBET a/k/a "Swagg Man", an
individual, LOLITA C. REBULARD, an
individual, LUXURY PROPERTIES INC., a
Delaware corporation, BEACH PROPERTIES
RENTAL, INC., a Delaware corporation,
LUXURY PROPERTIES TRUST u/a/d March
2, 2018, AAA PLUS FINANCIAL GROUP
INC., a Florida corporation, YVETTE
TENORD, an individual, JOHNNY PREVILUS,
an individual, RES INVESTMENT INTER,INC., a Florida corporation, INFINITE RES INVESTMENT, LLC, a
Nevada limited liability
company. EL AL;**

Received: 6/22/2023   Served: 7/17/2023 8:48 pm  INDIVIDUAL/PERSONAL
To be served on: YVETTE TENORD

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Printing | 79.00 | 0.20 | 15.80 |
| OUT OF STATE NOTARY | 1.00 | 15.00 | 15.00 |
| OUT OF STATE SERVICE | 1.00 | 195.00 | 195.00 |
| TOTAL CHARGED: | | | $225.80 |
| **BALANCE DUE:** | | | **$225.80** |

Please enclose a copy of this invoice with your payment.
Thank you for your business.

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

Page 1 / 1

Prestige Process
P.O Box 613634
Miami, FL 33261
Phone: (786) 916-2424
47-2269411

**INVOICE**

Invoice #PPJ-2023006902
7/29/2023



LEWIS BRISBOIS BISGAARD & SMITH LLP--FORT
LAUDERDALE
110 Se 6th Street
SUITE 2600
FORT LAUDERDALE, FL 33301

Reference Number: 54819.2
Your Contact: AVIVA
**Case Number: SOUTHERN 1:23-CV-22276-BB**

Plaintiff:
**PATRICK MULLER, an individual, and
MOUNA BOUZID, an individual**

Defendant:
**ITEB ZAIBET a/k/a "Swagg Man", an
individual, LOLITA C. REBULARD, an
individual, LUXURY PROPERTIES INC., a
Delaware corporation, BEACH PROPERTIES
RENTAL, INC., a Delaware corporation,
LUXURY PROPERTIES TRUST u/a/d March
2, 2018, AAA PLUS FINANCIAL GROUP
INC., a Florida corporation, YVETTE
TENORD, an individual, JOHNNY PREVILUS,
an individual, RES INVESTMENT INTER,INC., a Florida corporation, INFINITE RES INVESTMENT, LLC, a
Nevada limited liability
company. EL AL;**

Received: 6/22/2023   Served: 7/17/2023 8:48 pm  INDIVIDUAL/PERSONAL
To be served on: JOHNNY PREVILUS

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Printing | 79.00 | 0.20 | 15.80 |
| OUT OF STATE SERVICE | 1.00 | 195.00 | 195.00 |
| OUT OF STATE NOTARY | 1.00 | 15.00 | 15.00 |
| TOTAL CHARGED: | | | $225.80 |
| **BALANCE DUE:** | | | **$225.80** |

Please enclose a copy of this invoice with your payment.
Thank you for your business.

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

Page 1 / 1

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

August 23, 2023
Invoice No.    3741238

Patrick Muller
24 Rue de Penthievre
Paris,  75008
France

Attn:    Wassim Benzarti, Esq.

Re:  Muller v. Zaibet
Our File No.:          54819-2

| | |
|---|---:|
| Current Fees through 07/31/23 | 12,462.50 |
| Current Disbursements through 07/31/23 | 1,193.85 |
| Total Current Charges | $    13,656.35 |

**\*\*\* Please return this page with your payment. \*\*\***

**Wire Instructions**



**All Charges in US Dollars**

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

August 23, 2023
Invoice No.     3741238

Patrick Muller
24 Rue de Penthievre
Paris,  75008
France

    **Attn:**    **Wassim Benzarti, Esq.**

Re:  Muller v. Zaibet
Our File No.:            54819-2

| | |
|---|---:|
| Current Fees through 07/31/23 | 12,462.50 |
| Current Disbursements through 07/31/23 | 1,193.85 |
| Total Current Charges          $ | 13,656.35 |

**Wire Instructions**



**All Charges in US Dollars**

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File | 54819-2 | Patrick Muller | 8/23/23 |
|------|---------|----------------|---------|
| Number | | Muller v. Zaibet | 3741238 |
| DH7 | | | Page         1 |

| Date | Atty | Description of Services Rendered | Hours |
|------|------|----------------------------------|-------|
| 7/05/23 | DH | Begin reviewing legal authorities on basis for imposition of lis pendens in preparation of response in opposition to Motion to Dissolve by Trust | .8 |
| 7/06/23 | DH | Review email correspondence from process server re: Process of Res Investment Defendant | .3 |
| 7/07/23 | DH | Review Affidavit of Service regarding Infinite Res, prepare notice of filing re: Affidavit of Service | .4 |
| 7/10/23 | DH | Email correspondence with C. Gormon re: Representation of New Miami Realty, deadline for joint scheduling order | .4 |
| 7/10/23 | KH | Conducted research for Attorney David Haft on whether a trust could own property in its own name. | 2.4 |
| 7/10/23 | KH | Conducted research for Attorney David Haft on whether a trust could having standing in its own name to challenge and bring claims for causes of action. | 1.6 |
| 7/11/23 | DH | Review email correspondence from S. Osber re: Retention by Res Inter Defendants and principals, initial discussions | .4 |
| 7/11/23 | DH | Email correspondence with D. Reiner re: Motion to Dismiss or Stay by Trust | .2 |
| 7/11/23 | DH | Review Motion to Dismiss or Stay by Trust | 1.0 |
| 7/11/23 | DH | Email correspondence with process server re: Updated status of service on Defendants | .4 |
| 7/12/23 | DH | Prepare return of executed summons re: Service of AAA Plus Defendant | .3 |
| 7/12/23 | DH | Prepare return of executed summons re: Service of Inter Res Defendant | .3 |
| 7/13/23 | DH | Telephone conference with S. Osber re: Representation of Johnny Previus, AAA Plus and Infinite Res Defendants, waiver of service, underlying facts and discovery | 1.0 |
| 7/14/23 | DH | Draft and revise response in opposition re: Motion to Dissolve lis pendens | 3.8 |
| 7/14/23 | DH | Review legal authorities on burden to establish lis pendens, impose posting of bond in preparation of response in opposition | 1.5 |
| 7/14/23 | DH | Email correspondence with D. Reiner re: Response in opposition to Motion to Dissolve | .2 |
| 7/17/23 | DH | Draft email correspondence to S. Osber re: Returns of service, acceptance of process, waiver of service | .6 |
| 7/17/23 | DH | Email correspondence with C. Gormon re: Motion to Dismiss by New Miami Realty | .2 |
| 7/17/23 | DH | Review Motion to Dismiss and memorandum of law filed by New Miami Realty | 1.0 |
| 7/19/23 | DH | Email correspondence with S. Osber re: Acceptance of service, waiver of process, extension of time to respond to complaint, proposed Court Orders | .8 |
| 7/19/23 | DH | Draft Notice of Dismissal and Discharge of lis pendens in Miami State Court Action | .6 |
| 7/19/23 | DH | Review Court Orders re: Motions for Enlargement of Time | .5 |
| 7/20/23 | DH | Email correspondence with C. Pengel re: Proposed Motions for Extension of Time for AAA Defendants, proposed orders, correspondence with Court | .4 |
| 7/24/23 | DH | Conference call with W. Benzarti, D. Bolton re: Global strategy discussions | 1.0 |
| 7/24/23 | DH | Draft email correspondence to D. Reiner re: Good faith conferral, request for enlargement of time to respond to Motion to Dismiss | .3 |
| 7/24/23 | DH | Email correspondence with D. Reiner re: Reply in Support of Motion to Dissolve | .2 |
| 7/24/23 | DH | Reply in Support of Motion to Dissolve | .8 |
| 7/24/23 | DH | Draft and revise Motion and memorandum in support for enlargement of time re: Response to Motion to Dismiss by Trust | .6 |
| 7/24/23 | DH | Draft proposed order re: Motion for Enlargement of Time | .3 |
| 7/25/23 | DH | Review Court Order re: Resetting of response deadlines | .2 |
| 7/25/23 | DH | Review Court Order re: Case Management Track Designation, Pre-Trial Deadlines, Trial Order and Mediation Requirements | .8 |
| 7/26/23 | DH | Telephone conference with Title Agent re: Lis Pendens encumbering St. Lucie County Property | .4 |

**DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT**

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number | 54819-2 | Patrick Muller | 8/23/23 |
|---|---|---|---|
| DH7 | | Muller v. Zaibet | 3741238 |
| | | | Page   2 |

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 7/26/23 | DH | Draft Motion for Clerk's Default against Luxury Properties, Inc. | .6 |
| 7/26/23 | DH | Draft declaration in support of Motion for Clerk's Default against Luxury Properties, Inc. | .4 |
| 7/26/23 | DH | Draft declaration in support of Motion for Clerk's Default against Beach Properties Rentals | .5 |
| 7/26/23 | DH | Draft Motion for Clerk's Default against Beach Properties Rentals | .6 |
| 7/26/23 | DH | Review Court Orders re: Entry of Clerk's Defaults against Luxury Properties, Inc. and Beach Properties Rental Defendants | .6 |
| 7/26/23 | DH | Revise Notice of Voluntary Dismissal and Discharge of lis pendens re: Miami State Court Action | .2 |
| 7/26/23 | DH | Email correspondence with D. Reiner re: Notice of Voluntary Dismissal and Discharge of lis pendens re: Miami State Court Action | .2 |
| 7/27/23 | DH | Draft notice of filing, email correspondence with D. Reiner re: Notice of Dismissal of Miami State Court Case | .4 |
| 7/27/23 | DH | Review Court Order re: Default Judgment Procedures, entry of default final judgment | .6 |
| 7/27/23 | DH | Email correspondence with D. Reiner re: Filing of Amended Notice of Lis Pendens | .3 |
| 7/28/23 | DH | Draft and revise Motion and memorandum in support for enlargement of time re: Response to Motion to Dismiss by New Miami Realty | .6 |
| 7/28/23 | DH | Draft proposed order re: Motion for Enlargement of Time | .3 |
| 7/28/23 | DH | Draft email correspondence to B. Gomez re: Good faith conferral, objections to proposed Motion | .3 |
| 7/28/23 | DH | Email correspondence with Court re: Submission of proposed order of Motion for Enlargement | .2 |
| 7/28/23 | DH | Email correspondence with C. German re: Unopposed Motion for Extension | .3 |
| 7/31/23 | DH | Review Court Order re: Reset deadlines for responses on Motion to Dismiss | .3 |
| 7/31/23 | DH | Review legal authorities on Colorado River doctrine, abstention of Federal jurisdiction in preparation of response in opposition to Motion to Dismiss by Trust | 1.5 |
| 7/31/23 | DH | Review authorities cited in support of motion to dismiss or stay by Trust in preparation of response in opposition | .8 |
| 7/31/23 | DH | Draft response in opposition re: Motion to Dismiss or Stay Compliant by Trust | 3.5 |

| Date | Description of Disbursement | Units | Rate | Amount |
|---|---|---|---|---|
| 7/06/23 | Service of process on parties Prestige Process Inv#:PPJ-2023006901 Subpoena service of Infinite Res Investment, LLC on 6/29/23. | | | 225.80 |
| 7/12/23 | Service of process on parties Prestige Process Inv#:PPJ-2023006893 Subpoena service of RES Investment Inter Inc on 7/6/23. | | | 110.60 |
| 7/12/23 | Service of process on parties Prestige Process Inv#:PPJ-2023006892 Subpoena service of AAA Plus Financial Group, Inc. on 7/6/23. | | | 110.60 |
| 7/18/23 | Reproduction/Copies TransUnion Risk and Alternative Data Solutions Inv#:4870721-202306-1 Background check service fee during June 2023. | | | 295.25 |
| 7/29/23 | Service of process on parties Prestige Process Inv#:PPJ-2023006903 Subpoena service of Yvette Tenord on 7/17/23. | | | 225.80 |
| 7/29/23 | Service of process on parties Prestige Process Inv#:PPJ-2023006902 Subpoena service of Johnny Previlus on 7/17/23. | | | 225.80 |

| Recap of Services | | Hours | Effective Rate | Fees |
|---|---|---|---|---|

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File<br>Number<br>DH7 | 54819-2 | Patrick Muller<br>Muller v. Zaibet | | | | 8/23/23<br>3741238<br>Page      3 |
|---|---|---|---|---|---|---|

| | Recap of Services | | Hours | Effective<br>Rate | | Fees |
|---|---|---|---|---|---|---|
| | David Haft | | 31.9 | 375.00 | | 11,962.50 |
| | Kyle Hollander | | 4.0 | 125.00 | | 500.00 |
| | | Total | 35.9 | | | 12,462.50 |

| | | |
|---|---|---|
| **Total Fees** | | **12,462.50** |
| **Total Disbursements** | | **1,193.85** |
| **Total Current Charges** | $ | **13,656.35** |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

Prestige Process
P.O Box 613634
Miami, FL 33261
Phone: (786) 916-2424
47-2269411

**INVOICE**

Invoice #PPJ-2023006901
7/6/2023



LEWIS BRISBOIS BISGAARD & SMITH LLP--FORT
LAUDERDALE
110 Se 6th Street
SUITE 2600
FORT LAUDERDALE, FL 33301

Reference Number: 54819.2
Your Contact: AVIVA
**Case Number: SOUTHERN 1:23-CV-22276-BB**

Plaintiff:
**PATRICK MULLER, an individual, and
MOUNA BOUZID, an individual**

Defendant:
**ITEB ZAIBET a/k/a "Swagg Man", an
individual, LOLITA C. REBULARD, an
individual, LUXURY PROPERTIES INC., a
Delaware corporation, BEACH PROPERTIES
RENTAL, INC., a Delaware corporation,
LUXURY PROPERTIES TRUST u/a/d March
2, 2018, AAA PLUS FINANCIAL GROUP
INC., a Florida corporation, YVETTE
TENORD, an individual, JOHNNY PREVILUS,
an individual, RES INVESTMENT INTER,INC., a Florida corporation, INFINITE RES INVESTMENT, LLC, a
Nevada limited liability
company. EL AL;**

Received: 6/22/2023   Served: 6/29/2023 11:36 am   CORPORATE
To be served on: INFINITE RES INVESTMENT, LLC C/O REGISTERED AGENTS, INC RA

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Printing | 79.00 | 0.20 | 15.80 |
| OUT OF STATE NOTARY | 1.00 | 15.00 | 15.00 |
| OUT OF STATE SERVICE | 1.00 | 195.00 | 195.00 |
| **TOTAL CHARGED:** | | | **$225.80** |
| **BALANCE DUE:** | | | **$225.80** |

Please enclose a copy of this invoice with your payment.
Thank you for your business.

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

Page 1 / 1

| Vendor: | 100733  Prestige Process | Doc ID: 0003JFLH-1 | Page | 1 of 1 |
|---|---|---|---|---|
| Voucher: | 3104623  Dist: 7495596 | Date:  7/06/23 | Amount: | 225.80 |
| | | Check#:    440045 | | |

54819.2

Prestige Process
P.O Box 613634
Miami, FL 33261
Phone: (786) 916-2424
47-2269411

**INVOICE**

Invoice #PPJ-2023006893
7/12/2023



LEWIS BRISBOIS BISGAARD & SMITH LLP--FORT
LAUDERDALE
110 Se 6th Street
SUITE 2600
FORT LAUDERDALE, FL 33301

Reference Number: 54819.2
Your Contact: AVIVA
**Case Number: SOUTHERN 1:23-CV-22276-BB**

Plaintiff:
**PATRICK MULLER, an individual, and
MOUNA BOUZID, an individual**

Defendant:
**ITEB ZAIBET a/k/a "Swagg Man", an
individual, LOLITA C. REBULARD, an
individual, LUXURY PROPERTIES INC., a
Delaware corporation, BEACH PROPERTIES
RENTAL, INC., a Delaware corporation,
LUXURY PROPERTIES TRUST u/a/d March
2, 2018, AAA PLUS FINANCIAL GROUP
INC., a Florida corporation, YVETTE
TENORD, an individual, JOHNNY PREVILUS,
an individual, RES INVESTMENT INTER,INC., a Florida corporation, INFINITE RES INVESTMENT, LLC, a
Nevada limited liability
company. EL AL;**

Received: 6/22/2023   Served: 7/6/2023 1:35 pm  CORPORATE - REGISTERED AGENT
To be served on: RES INVESTMENT INTER INC C/O REGISTERED AGENT YVETTE TENORD

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| ROUTINE SUMMONS | 1.00 | 79.00 | 79.00 |
| Printing | 79.00 | 0.20 | 15.80 |
| Printing | 79.00 | 0.20 | 15.80 |
| TOTAL CHARGED: | | | $110.60 |

| BALANCE DUE: | | | **$110.60** |
|---|---|---|---|

Please enclose a copy of this invoice with your payment.
Thank you for your business.

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

Page 1 / 1

| Vendor: | 100733 | Prestige Process | Doc ID: 0003JFIG-1 | Page | 1 of 1 |
|---|---|---|---|---|---|
| Voucher: | 3104647 | Dist: 7495620 | Date: 7/12/23 | Amount: | 110.60 |
| | | | Check#: 440045 | | |

54819.2

Prestige Process
P.O Box 613634
Miami, FL 33261
Phone: (786) 916-2424
47-2269411

**INVOICE**

Invoice #PPJ-2023006892
7/12/2023



LEWIS BRISBOIS BISGAARD & SMITH LLP--FORT
LAUDERDALE
110 Se 6th Street
SUITE 2600
FORT LAUDERDALE, FL 33301

Reference Number: 54819.2
Your Contact: AVIVA
**Case Number: SOUTHERN 1:23-CV-22276-BB**

Plaintiff:
**PATRICK MULLER, an individual, and
MOUNA BOUZID, an individual**

Defendant:
**ITEB ZAIBET a/k/a "Swagg Man", an
individual, LOLITA C. REBULARD, an
individual, LUXURY PROPERTIES INC., a
Delaware corporation, BEACH PROPERTIES
RENTAL, INC., a Delaware corporation,
LUXURY PROPERTIES TRUST u/a/d March
2, 2018, AAA PLUS FINANCIAL GROUP
INC., a Florida corporation, YVETTE
TENORD, an individual, JOHNNY PREVILUS,
an individual, RES INVESTMENT INTER,INC., a Florida corporation, INFINITE RES INVESTMENT, LLC, a
Nevada limited liability
company. EL AL;**

Received: 6/22/2023   Served: 7/6/2023 1:35 pm  CORPORATE - REGISTERED AGENT
To be served on: AAA PLUS FINANCIAL GROUP, INC. C/O JOHNNY PREVILUS, RA

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| ROUTINE SUMMONS | 1.00 | 79.00 | 79.00 |
| Printing | 79.00 | 0.20 | 15.80 |
| Printing | 79.00 | 0.20 | 15.80 |
| TOTAL CHARGED: | | | $110.60 |

| | |
|---|---|
| **BALANCE DUE:** | **$110.60** |

Please enclose a copy of this invoice with your payment.
Thank you for your business.

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

| | | | | | |
|---|---|---|---|---|---|
| Vendor: | 100733 Prestige Process | | Doc ID: 0003JFCQ-1 | Page | 1 of 1 |
| Voucher: | 3104965 Dist: 7496081 | | Date: 7/12/23 | Amount: | 110.60 |
| | | | Check#:    440045 | | |

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

September 12, 2023
Invoice No.     3749874

Patrick Muller
24 Rue de Penthievre
Paris,  75008
France

   Attn:     Wassim Benzarti, Esq.

Re:  Muller v. Zaibet
Our File No.:          54819-2

|  | |  |
|---|---|---|
| Current Fees through 08/31/23 | | 7,987.50 |
| Current Disbursements through 08/31/23 | | 559.94 |
| Total Current Charges | $ | 8,547.44 |

**\*\*\* Please return this page with your payment. \*\*\***

**Wire Instructions**



**All Charges in US Dollars**

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

September 12, 2023
Invoice No.    3749874

Patrick Muller
24 Rue de Penthievre
Paris,  75008
France

Attn:    Wassim Benzarti, Esq.

Re:  Muller v. Zaibet
Our File No.:        54819-2

| | | |
|---|---|---|
| Current Fees through 08/31/23 | | 7,987.50 |
| Current Disbursements through 08/31/23 | | 559.94 |
| Total Current Charges | $ | 8,547.44 |

**Wire Instructions**



**All Charges in US Dollars**

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| | | | |
|---|---|---|---|
| File Number DH7 | 54819-2 | Patrick Muller<br>Muller v. Zaibet | 9/12/23<br>3749874<br>Page     1 |

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 8/01/23 | DH | Re-revise and finalize response in opposition re: Motion to Dismiss or Stay by Trust | .6 |
| 8/01/23 | DH | Email correspondence with S. Reiner re: Response in opposition | .2 |
| 8/03/23 | DH | Review email correspondence from H. Loic re: Purported appearance on behalf of Zaibet Defendants | .3 |
| 8/14/23 | DH | Email correspondence with C. Gormon re: Reply in support of Motion to Dismiss by New Miami | .2 |
| 8/14/23 | DH | Review Reply in support of Motion to Dismiss by New Miami | .8 |
| 8/16/23 | DH | Begin drafting Motion for Default Final Judgment | 1.6 |
| 8/18/23 | DH | Email correspondence with A. Osber re: Motions to Dismiss | .3 |
| 8/18/23 | DH | Review Motion to Dismiss Complaint by AAA, RES Defendants | .9 |
| 8/18/23 | DH | Review Motion to Dismiss Complaint by Johnny Previus Defendants | .8 |
| 8/18/23 | DH | Draft and finalize Joint Motion re: Selection of Mediator | .5 |
| 8/18/23 | DH | Email correspondence with D. Reiner, S. Osber re: Agreement regarding Selection of Mediator, proposed order | .6 |
| 8/18/23 | DH | Draft proposed order re: Selection of Mediator | .3 |
| 8/18/23 | DH | Continue drafting and revise Motion for Default Final Judgment | 1.3 |
| 8/18/23 | DH | Draft email correspondence to Court re: Submission of proposed order | .2 |
| 8/21/23 | DH | Email correspondence with D. Reiner re: Motion for Default Final Judgment against Luxury Properties Inc. | .3 |
| 8/21/23 | DH | Email correspondence with Court re: Proposed order on Motion for Default Judgment | .3 |
| 8/21/23 | DH | Draft proposed order re: Motion for Default Judgment against Beach Properties | .8 |
| 8/21/23 | DH | Email correspondence with S. Bolton, W. Benzarti re: Location of Lamborghini, Motion for Prejudment Attachment | .6 |
| 8/21/23 | DH | Review Court Order re: Scheduling of Mediation Conference | .3 |
| 8/21/23 | DH | Email correspondence with H. Tescher re: Scheduling of Mediation Conference | .3 |
| 8/21/23 | DH | Review legal authorities on pre-suit attachment and execution in preparation of Motion for Attachment of Lamborghini | 1.0 |
| 8/21/23 | DH | Finalize Motion for Default Judgement re: Finding of liability against Luxury Properties Inc. | .6 |
| 8/21/23 | DH | Finalize proposed Motion for Default Final Judgment and supporting memorandum of law | .8 |
| 8/21/23 | DH | Draft proposed orders re: Motion for Default Final Judgment | .6 |
| 8/21/23 | DH | Review Court Order re: Order Scheduling Mediation Conference | .2 |
| 8/24/23 | DH | Review Court Order re: Motion for Default Final Judgment | .4 |
| 8/25/23 | DH | Review Court Order re: Case Status Conference | .3 |
| 8/25/23 | DH | Review Court Order re: Referral of pending Motions to Magistrate | .3 |
| 8/29/23 | DH | Review email correspondence from G. Guzman re: Payoff and Release of lis pendens for 4401 Property | .4 |
| 8/29/23 | DH | Draft email correspondence to G. Guzman re: Payoff for release of lien on 4401 Property, relevant sale information | .4 |
| 8/29/23 | DH | Telephone conference with Title Company re: Payoff statements for outstanding liens on 4401 Property, conferral with Underwriting Counsel, workout options | .5 |
| 8/30/23 | DH | Email correspondence with S. Osber re: Agreed Extension of Time, pending Motions to Dismiss, proposed orders | .4 |
| 8/30/23 | DH | Draft Motions for Extension and Supporting Memorandum of Law re: Responses to Motions to Dismiss by AAA Defendants and Previlus | .6 |
| 8/30/23 | DH | Draft proposed orders re: Motions of Extension to Respond to Motions to Dismiss | .4 |
| 8/31/23 | DH | Review relevant Court Orders, procedures, relevant motions and oppositions in preparation for case status conference hearing | .8 |
| 8/31/23 | DH | Attend Case Status Conference/Case Management Conference Hearing with Magistrate | |

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

| File Number DH7 | 54819-2 | Patrick Muller<br>Muller v. Zaibet | 9/12/23<br>3749874<br>Page    2 |
|---|---|---|---|

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| | | Judge | .8 |
| 8/31/23 | DH | Review Court Order re: Minutes from Case Status Conference, revised case deadlines and hearing dates, Denial of Motion to Dismiss | .5 |
| 8/31/23 | DH | Email correspondence with S. Osber re: Proposed orders on Motion for Extension | .3 |
| 8/31/23 | DH | Email correspondence with A. Thomas re: Objections to proposed motions, consent to orders | .3 |
| 8/31/23 | DH | Begin drafting Amended Complaint | .5 |

| Date | Description of Disbursement | Units | Rate | Amount |
|---|---|---|---|---|
| 8/03/23 | Court filing fee City National Bank Credit Card Processing Center Inv#:062823STMT-TSPILLER Trans Date: 06/20/2023 S.D. OF FLORIDA, Electronic Filing Fee for Complaint | | | 402.00 |
| 8/03/23 | Court filing fee City National Bank Credit Card Processing Center Inv#:062823STMT-TSPILLER Trans Date: 06/21/2023 SIMPLIFILE.COM, Electronic Filing Fee for Recording of Lis pendens | | | 29.61 |
| 8/04/23 | Court filing fee City National Bank Credit Card Processing Center Inv#:072823STMT-TSPILLER Trans Date: 06/28/2023 SIMPLIFILE.COM, Electronic Filing Fee of Notices of Lis Pendens | | | 84.24 |
| 8/04/23 | Court filing fee City National Bank Credit Card Processing Center Inv#:072823STMT-TSPILLER Trans Date: 07/26/2023 EPTL4219381, Electronic Filing Fee of Notice of Voluntary Dismissal without Prejudice | | | 13.46 |
| 8/04/23 | Court filing fee City National Bank Credit Card Processing Center Inv#:072823STMT-TSPILLER Trans Date: 07/27/2023 SIMPLIFILE.COM, Electronic Filing Fee for recording of an amended lis pendens | | | 30.63 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| David Haft | 21.3 | 375.00 | 7,987.50 |
| Total | 21.3 | | 7,987.50 |

| | |
|---|---|
| Total Fees | 7,987.50 |
| Total Disbursements | 559.94 |
| Total Current Charges | $    8,547.44 |

**DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT**

**Quezada, Michelle**

| | |
|---|---|
| **Subject:** | FW: [EXT] Pay.gov Payment Confirmation: FLORIDA SOUTHERN DISTRICT COURT |

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Tuesday, June 20, 2023 4:10 PM
To: Pasternak, Aviva <Aviva.Pasternak@lewisbrisbois.com>
Subject: [EXT] Pay.gov Payment Confirmation: FLORIDA SOUTHERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Section at 305-523-5050.

Account Number ▇▇▇▇471
Court: FLORIDA SOUTHERN DISTRICT COURT
Amount: $402.00
Tracking Id: AFLSDC-16705612
Approval Code: 008801
Card Number: *************5854
Date/Time: 06/20/2023 04:09:36 ET

NOTE: This is an automated message. Please do not reply

1

| | | | | |
|---|---|---|---|---|
| Vendor: | 128015  City National Bank | Doc ID: 0003KF5P-69 | Page | 1 of 1 |
| Voucher: | 3118713  Dist: 7532121 | Date:  8/03/23 | Amount: | 402.00 |

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

October 20, 2023
Invoice No.     3796929

**Patrick Muller**
**24 Rue de Penthievre**
**Paris,  75008**
**France**

   **Attn:     Wassim Benzarti, Esq.**

Re:  Muller v. Zaibet
Our File No.:           54819-2

| | | |
|---|---|---|
| Current Fees through 09/30/23 | | 3,375.00 |
| Total Current Charges | $ | 3,375.00 |

### *** Please return this page with your payment. ***

**Wire Instructions**



**All Charges in US Dollars**

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

October 20, 2023
Invoice No.     3796929

Patrick Muller
24 Rue de Penthievre
Paris,  75008
France

   Attn:     Wassim Benzarti, Esq.

Re:  Muller v. Zaibet
Our File No.:        54819-2

Current Fees through 09/30/23                                                 3,375.00
Total Current Charges                                          $              3,375.00

**Wire Instructions**



**All Charges in US Dollars**

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number | 54819-2 | Patrick Muller | 10/20/23 |
|---|---|---|---|
| DH7 | | Muller v. Zaibet | 3796929 |
| | | | Page    1 |

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 9/01/23 | DH | Draft email correspondence to Court re: Proposed Orders of Motions for Extension. | .2 |
| 9/01/23 | DH | Review Court Orders re: Motions for Enlargement of Time. | .4 |
| 9/01/23 | DH | Email correspondence with process server re: Status of process on Iteb Zaibet, non-returns of service. | .3 |
| 9/06/23 | DH | Attend hearing on Motion to Dissolve lis pendens. | 2.5 |
| 9/06/23 | DH | Review relevant filings, responses, Legal Authorities in preparation for special set hearing on Motion to Dissolve lis pendens. | 1.5 |
| 9/08/23 | DH | Draft email correspondence to D. Reiner re: Plaintiffs' Supplemental Authority in support. | .2 |
| 9/08/23 | DH | Review email correspondence from D. Reiner re: Supplemental Authority from Trust. | .3 |
| 9/08/23 | DH | Review Supplemental Authority from Trust re: Support of Motion to Dissolve. | .8 |
| 9/08/23 | DH | Draft notice of filing Supplemental Authority in support of Opposition to Motion to Dissolve. | 1.0 |
| 9/11/23 | DH | Email correspondence with D. Reiner re: Answer and affirmative defenses by Trust | .2 |
| 9/11/23 | DH | Review answer and affirmative defenses by Trust | .8 |
| 9/20/23 | DH | Review magistrates report and recommendations re: Motion to dissolve lis pendens | .8 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| David Haft | 9.0 | 375.00 | 3,375.00 |
| Total | 9.0 | | 3,375.00 |

| | | |
|---|---|---|
| Total Fees | | 3,375.00 |
| Total Current Charges | $ | 3,375.00 |

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

November 21, 2023
Invoice No.    3832250

**Patrick Muller**
**24 Rue de Penthievre**
**Paris, 75008**
**France**

Attn:    **Wassim Benzarti**

Re:  Muller v. Zaibet
Our File No.:          54819-2

| | |
|---|---:|
| Current Fees through 10/31/23 | 5,620.00 |
| Current Disbursements through 10/31/23 | 277.00 |
| Total Current Charges                 $ | 5,897.00 |

**\*\*\* Please return this page with your payment. \*\*\***

Wire Instructions



**All Charges in US Dollars**

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

November 21, 2023
Invoice No.     3832250

**Patrick Muller**
**24 Rue de Penthievre**
**Paris,  75008**
**France**

   **Attn:**   **Wassim Benzarti**

Re:  Muller v. Zaibet
Our File No.:    54819-2

| | |
|---|---:|
| Current Fees through 10/31/23 | 5,620.00 |
| Current Disbursements through 10/31/23 | 277.00 |
| Total Current Charges    $ | 5,897.00 |

**Wire Instructions**



**All Charges in US Dollars**

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

| File Number 54819-2 | Patrick Muller | 11/21/23 |
|---|---|---|
| DH7 | Muller v. Zaibet | 3832250 |
| | | Page 1 |

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 10/09/23 | DH | Draft and Revise Objection to Report and Recommendation. | 3.0 |
| 10/09/23 | DH | Email correspondence with D. Reiner re: Objection to Report and Recommendation. | .2 |
| 10/10/23 | DH | Review Order to Show Cause. | .3 |
| 10/11/23 | DH | Email correspondence with D. Reiner re: Response to Objection. | .2 |
| 10/11/23 | DH | Review Trust's Response to Plaintiffs' Objection re: Report and Recommendation on Motion to Dissolve. | .8 |
| 10/20/23 | DH | Draft Response to Order to Show Cause. | 1.5 |
| 10/20/23 | DH | Email correspondence with D. Reiner re: Response to Order to Show Cause. | .2 |
| 10/23/23 | DH | Review Court \Oorder re: Response to Order to Show Cause. | .3 |
| 10/24/23 | DH | Draft Motion to Withdraw, Proposed Order. | .8 |
| 10/25/23 | DH | Telephone conference with K. Tornchin, email correspondence with J. Osgathorpe re: Intent of Firm to Appear in Case as New Counsel for Plaintiffs, preparation of Responses in Opposition. | .4 |
| 10/26/23 | DH | Email correspondence with S. Osber re: Response in Opposition to Motions to Dismiss. | .3 |
| 10/26/23 | DH | Research Legal Authorities regarding Establishment of Predicate Acts to RICO Claim, required elements to State Cause of Action for Civil RICO. | 1.0 |
| 10/26/23 | DH | Draft Response in Opposition re: Motion to Dismiss by Johnny Previlus. | 2.0 |
| 10/26/23 | WW | Research factual issues in support of Response to AAA Plus Financial Group's Motion to Dismiss. | 1.0 |
| 10/26/23 | WW | Research legal issues in support of Response to AAA Plus Financial Group's Motion to Dismiss. | 1.2 |
| 10/26/23 | WW | Draft Response to AAA Plus Financial Group's Motion to Dismiss. | 2.4 |

| Date | Description of Disbursement | Units | Rate | Amount |
|---|---|---|---|---|
| 10/16/23 | Service of process on parties Prestige Process Inv#:PPJ-2023006899 Subpoena service of Iteb Zaibet aka Swagg Man on 10/16/23. | | | 277.00 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| David Haft | 11.0 | 375.00 | 4,125.00 |
| Wade Williams | 4.6 | 325.00 | 1,495.00 |
| Total | 15.6 | | 5,620.00 |

| | |
|---|---|
| Total Fees | 5,620.00 |
| Total Disbursements | 277.00 |
| Total Current Charges | $ 5,897.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

Prestige Process
P.O Box 613634
Miami, FL 33261
Phone: (786) 916-2424
47-2269411

## INVOICE

Invoice #PPJ-2023006899
10/16/2023



LEWIS BRISBOIS BISGAARD & SMITH LLP--FORT
LAUDERDALE
110 Se 6th Street
SUITE 2600
FORT LAUDERDALE, FL 33301

Reference Number: 54819.2
Your Contact: AVIVA
**Case Number: SOUTHERN 1:23-CV-22276-BB**

Plaintiff:
**PATRICK MULLER, an individual, and
MOUNA BOUZID, an individual**

Defendant:
**ITEB ZAIBET a/k/a "Swagg Man", an
individual, LOLITA C. REBULARD, an
individual, LUXURY PROPERTIES INC., a
Delaware corporation, BEACH PROPERTIES
RENTAL, INC., a Delaware corporation,
LUXURY PROPERTIES TRUST u/a/d March
2, 2018, AAA PLUS FINANCIAL GROUP
INC., a Florida corporation, YVETTE
TENORD, an individual, JOHNNY PREVILUS,
an individual, RES INVESTMENT INTER,INC., a Florida corporation, INFINITE RES INVESTMENT, LLC, a
Nevada limited liability
company. EL AL;**

Received: 6/22/2023   Non-Served: 10/16/2023   NON-SERVE - COMMENTS
To be served on: ITEB ZAIBET A/K/A "SWAGG MAN"

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| ROUTINE SUMMONS | 3.00 | 79.00 | 237.00 |
| Printing | 160.00 | 0.25 | 40.00 |
| TOTAL CHARGED: | | | $277.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$277.00** |

Please enclose a copy of this invoice with your payment.
Thank you for your business.

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

Page 1 / 1

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800          FEDERAL I.D. NO   95-3720522

December 31, 2023
Invoice No.      3868011

Patrick Muller
24 Rue de Penthievre
Paris,  75008
France

Attn:    Wassim Benzarti

Re:  Muller v. Zaibet
Our File No.:          54819-2

| | |
|---|---|
| Current Fees through 11/30/23 | 187.50 |
| Total Current Charges | $      187.50 |

**\*\*\* Please return this page with your payment. \*\*\***

**Wire Instructions**



**All Charges in US Dollars**

**Please note that LBBS will be converting our Billing System in March, 2024.
In the unlikely event of an issue with your invoicing, please contact
BillingDepartmentAdmin@lewisbrisbois.com.
Thank you in advance for your understanding, and as always, for your trust in LBBS!**

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

December 31, 2023
Invoice No.    3868011

Patrick Muller
24 Rue de Penthievre
Paris,  75008
France

Attn:    Wassim Benzarti

Re:  Muller v. Zaibet
Our File No.:         54819-2

| | | |
|---|---|---|
| Current Fees through 11/30/23 | | 187.50 |
| Total Current Charges | $ | 187.50 |

**Wire Instructions**



**All Charges in US Dollars**

Please note that LBBS will be converting our Billing System in March, 2024.
In the unlikely event of an issue with your invoicing, please contact
BillingDepartmentAdmin@lewisbrisbois.com.
Thank you in advance for your understanding, and as always, for your trust in LBBS!

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

| File Number DH7 | 54819-2 | Patrick Muller<br>Muller v. Zaibet | 12/31/23<br>3868011<br>Page        1 |
|---|---|---|---|

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 11/02/23 | DH | Draft notice of compliance re: Court Order on Motion to Withdraw | .5 |

| Recap of Services | | Hours | Effective Rate | Fees |
|---|---|---|---|---|
| David Haft | | .5 | 375.00 | 187.50 |
| | Total | .5 | | 187.50 |

| | | |
|---|---|---|
| **Total Fees** | | 187.50 |
| **Total Current Charges** | $ | 187.50 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

August 23, 2024
Invoice No. 4147574

Patrick Muller
24 Rue de Penthievre
Paris,  75008
France

**Attn:   Wassim Benzarti**

Re:                              Muller v. Zaibet
Our File No.:                054819-000002
Represented Party:       Patrick Muller

Current Disbursements through 07/31/24                                                831.00
Total Current Charges                                        USD $          831.00

**\*\*\* Please return this page with your payment. \*\*\***

**Wire Instructions**



All Charges in US Dollars

**DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT**

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO   95-3720522

August 23, 2024
Invoice No. 4147574

**Patrick Muller**
**24 Rue de Penthievre**
**Paris,  75008**
**France**

**Attn:    Wassim Benzarti**

| | |
|---|---|
| Re: | Muller v. Zaibet |
| Our File No.: | 054819-000002 |
| Represented Party: | Patrick Muller |

| | | |
|---|---|---:|
| Current Disbursements through 07/31/24 | | 831.00 |
| Total Current Charges | USD $ | 831.00 |

**DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT**

# LEWIS BRISBOIS BISGAARD & SMITH LLP

**LAWYERS**
**SUITE 4000**
**633 W. FIFTH STREET**
**LOS ANGELES, CALIFORNIA 90071**
**TELEPHONE (213) 250-1800**

FEDERAL I.D. NO  95-3720522

| File | 054819-000002 | Patrick Muller | 08/23/24 |
|------|---------------|----------------|----------|
| **Number** | | **Muller v. Zaibet** | **4147574** |
| **DH** | | | **Page     1** |

| Date | Description of Disbursement | Units | $ Rate | $ Amount |
|------|---------------------------|-------|--------|----------|
| 05/09/2024 | Service of Process on Parties - Vendor: Prestige Process, LLC; Invoice#: PPJ-2023006896; Date: 5/9/2024 - Subpoena service of Guman305 Trust on 10/16/2023. | | | 277.00 |
| 05/09/2024 | Service of Process on Parties - Vendor: Prestige Process, LLC; Invoice#: PPJ-2023006897; Date: 5/9/2024 - Subpoena service of Luxury Properties Trust, on 10/16/2023. | | | 277.00 |
| 05/09/2024 | Service of Process on Parties - Vendor: Prestige Process, LLC; Invoice#: PPJ-2023006898; Date: 5/9/2024 - Subpoena service of Lolita C Rebulard on 10/16/2023. | | | 277.00 |

|  |  |  |
|--|--|--|
| **Total Fees** | | **0.00** |
| **Total Disbursements** | | **831.00** |
| **Total Current Charges** | $ | **831.00** |