UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cv-22276-JB

PATRICK MULLER, et al.**,**

    Plaintiffs,

v.

ITEB ZAIBET, et al.,

    Defendants.

_____/

**FINAL JUDGMENT**

In accordance with the Hearing held on June 13, 2025 wherein the Court read a final verdict in favor of Plaintiffs against Defendants Johnny Previlus, Res Investment Inter, Inc., Infinite Res Investment, LLC, and AAA Plus Financial Group Inc., (the "Previlus Defendants") and in accordance with Rules 52 and 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED AND ADJUDGED** that:

1. Judgment is entered in favor of Plaintiff and against the Previlus Defendants on Plaintiff's claim for unjust enrichment in the amount of **$ 487,251.43** which consists of:

   a. the principal amount of $153,500.00; plus

   b. interest accrued between August 26, 2022 through June 16, 2025, calculated at the Federal Reserve Board Selected Interest Rate of 4.3% in the total amount of $18,535.65; plus

    c. the principal amount of $274,811.79; plus

    d. interest accrued between January 15, 2022 through June 16, 2025, calculated at the at the Federal Reserve Board Selected Interest Rate of 4.3% in the total amount of $40,403.99.

2. The Court retains jurisdiction over any other motion for costs, any post-judgment matter that may be raised pursuant to the Federal Rules of Civil Procedure, and any motions that raise issues collateral to the Final Judgment.

**DONE AND ORDERED** in Miami, Florida this 16th day of June, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**