UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 2023-cv-22276-JB**

PATRICK MULLER, an individual, and MOUNA
BOUZID, an individual,

    Plaintiffs,

vs.

ITEB ZAIBET a/k/a "Swagg Man", an individual,
LOLITA C. REBULARD, an individual, LUXURY
PROPERTIES INC., a Delaware corporation,
BEACH PROPERTIES RENTAL, INC., a Delaware
corporation, LUXURY PROPERTIES TRUST u/a/d
March 2, 2018, AAA PLUS FINANCIAL GROUP
INC., a Florida corporation, YVETTE TENORD, an
individual, JOHNNY PREVILUS, an individual,
RES INVESTMENT INTER, INC., a Florida
corporation, INFINITE RES INVESTMENT, LLC,
a Nevada limited liability company, NEW MIAMI
REALTY, CORP., a Florida corporation, and
GUZMAN305 TRUST, a Florida trust,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Jason Adamsky, Esq.[1] of Conrad & Scherer LLP, hereby files this Motion to Withdraw as Counsel for Defendants, Johnny Previlus ("Previlus") Yvette Tenord ("Tenord"), AAA Plus Financial Group Inc. ("AAA"), Res Investment Inter, Inc. ("Res Investment"), and Infinite Res Investment, LLC ("Infinite Res") (collectively "Previlus Defendants"), in accordance with the applicable Federal Rules of Civil Procedure, and in support thereof states as follows:

---

[1] The law firm of Conrad & Scherer – counsel for the Previlus Defendants - previously filed a Motion to Withdraw on April 11, 2025 (D.E. 190). However, since that Motion only included the signature block for attorney Steven H. Osber, the undersigned is filing this Motion out of an abundance of caution.

1

1. The Previlus Defendants and undersigned counsel have encountered irreconcilable differences, which, among other things, prevent the undersigned firm from complying with their professional obligations and otherwise are the basis for the relief requested herein.

2. The Previlus Defendants have been notified of counsel's intention to withdraw.

3. Likewise, counsel for Plaintiffs was served with a copy of this Motion, and attempts to confer were made via email correspondence on June 23 and 24, and July 1, 2025.  Defense counsel has not advised of their position as to whether or not they object to the relief sought in this Motion.

4. All future notices as to the Previlus Defendants shall be directed to:

   a. Johnny Previlus, at his last known mailing address of 27208 Starry Oaks Drive, Magnolia, Texas 77354, email johnprevil@gmail.com.

   b. Yvette Tenord, at her last known mailing address of 27208 Starry Oaks Drive, Magnolia, Texas 77354, email tenordres.pa@gmail.com.

5. The undersigned respectfully requests that the Court stay the matter for thirty (30) days to permit the Previlus Defendants to retain new counsel

**WHEREFORE**, the undersigned respectfully requests that the Court enter an Order: (1) granting this Motion to Withdraw immediately due to irreconcilable differences; (2) staying this matter for thirty (30) days from the date of any Order granting withdrawal to enable the Previlus Defendants to locate and retain counsel to represent them in this action; and (3) providing any such further relief as the Court deems just and proper.

**[Certificate of Service on Next Page]**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July, 2025 a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

Respectfully submitted,

**CONRAD & SCHERER, LLP**
614 S. Federal Hwy.,
Fort Lauderdale, Florida 33301
Telephone: (954) 462-5500
Facsimile: (954) 463-9244
Email: JAdamsky@conradscherer.com
  EPeyton@conradscherer.com

By: */s/ Jason R. Adamsky*
  Jason R. Adamsky
  Florida Bar No. 111326

3